IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 10686 RGS

DIOMED, INC.,

    Plaintiff,

v.

TOTAL VEIN SOLUTIONS, LLC,

    Defendant.

Civil Action No. _____

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Plaintiff Diomed, Inc. states that it has one parent corporation, Diomed Holdings, Inc. Diomed, Inc. is a Delaware corporation with its principal office at One Dundee Park, Suite 5/6, Andover, MA. Diomed Holdings, Inc. has no parent corporations or any publicly held company owning 10 percent or more of its stock. Diomed Holdings, Inc. is a Delaware corporation with its principal office at One Dundee Park, Suite 5/6, Andover, MA.

DIOMED, INC.,

By its attorneys,

Dated: April 2, 2004

Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
James J. Foster (BBO #553285)
jfoster@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 720-3500