AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Diomed, Inc.

V.

Total Vein Solutions, LLC

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10686 RGS

TO: (Name and address of Defendant)

Total Vein Solutions, LLC
801 Columbia Street
Houston, TX 77007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within [twenty (20)] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                APR 5 2004
CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | APRIL 6, 2004 AT 3:30 PM |
| NAME OF SERVER (PRINT) Del Wynn Brazos | TITLE P.I. Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 80 TERI SCHIEK OWNER OF Total Vein Solutions, LLC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APRIL 6, 2004
            Date

Signature of Server /s/ Del Wynn Brazos

Address of Server:
Pipkins Investigation Company
Brookhollow Two
9800 Northwest Freeway, Suite 906
Houston, Texas 77092

⁽¹⁾ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.