IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>    Defendant. | Civil Action No. 1:04-CV-10686-RGS |

## NOTICE OF APPEARANCE FOR MICHAEL N. RADER

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of Plaintiff Diomed, Inc. in the above-identified action.

                                    Respectfully submitted,


Dated: May 24, 2004                 /s/ Michael N. Rader_____
                                    Michael N. Rader (BBO #646990)
                                    Wolf, Greenfield & Sacks, P.C.
                                    600 Atlantic Avenue
                                    Federal Reserve Plaza
                                    Boston, MA 02210
                                    (617) 646-8000