UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIOMED, INC.,

Plaintiff,

v.

TOTAL VEIN SOLUTIONS, LLC,

Defendant.

Civil Action No. 04-10686 RGS

FILED
IN CLERKS OFFICE
2004 MAY 24 P 12: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

### DEFENDANT'S MOTION FOR DOAK C. PROCTER IV TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Defendant Total Vein Solutions, LLC ("TVS"), by its counsel Merton E. Thompson, Esq., hereby moves that Attorney Doak C. Procter, IV ("Attorney Procter"), of the law firm Fulbright & Jaworski, L.L.P., 1301 McKinney Street, Suite 5100, Houston, Texas 77010 (phone 713.651.5151; fax 713.651.5246), be allowed to appear on behalf of TVS and practice in this Court in the above-captioned action. As grounds for this Motion, TVS states as follows:

1. Attorney Procter (1) is familiar with the Local Rules of the United States District Court for the District of Massachusetts; (2) is a member in good standing in every jurisdiction where he has been admitted, such jurisdictions including the state bar of Texas, U.S. Court of Appeals for the Federal Circuit, and the U.S. District Court for the Southern District of Texas; and (3) there are no disciplinary proceedings proceeding against him as a member of the bar in any jurisdiction. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Procter is attached hereto as Exhibit A.

2. Attorney Procter is assisting with the defense of this action.

23804.3/25416700_1.DOC

3. Counsel for TVS has conferred with counsel for plaintiff, Diomed, Inc., in good faith to resolve the issues raised by this motion, and counsel for plaintiff has informed counsel for TVS that he has no objection to Attorney Procter being admitted *pro hac vice*.

4. The within motion for admission is brought by TVS's counsel, Merton E. Thompson, a member of the Bar of this Court, who previously filed an appearance in the above-captioned action.

WHEREFORE request is made that this Court admit Attorney Doak C. Procter, IV to appear and practice in this Court in the above captioned case.

Respectfully submitted,

TOTAL VEIN SOLUTIONS, LLC,
By its attorneys,

_____
Merton E. Thompson
BBO #637056
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

Dated: May 24, 2004

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for Total Vein Solutions, LLC, hereby certifies that he has conferred with plaintiff's counsel in a good faith effort to resolve or narrow any issues related to this Motion.

_____
Merton E. Thompson

23804.3/25416700_1.DOC