IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>    Defendant. | Civil Action No. 04-CV-10686-RGS |

**<u>DIOMED'S REPLY TO TOTAL VEIN SOLUTIONS' COUNTERCLAIM</u>**

Plaintiff Diomed, Inc. ("Plaintiff" or "Diomed") replies to the numbered paragraphs of the Counterclaim filed by Defendant Total Vein Solutions, LLC ("Defendant" or "TVS") as follows:

17.   Admits.

18.   Admits.

19.   Admits.

20.   Admits.

21.   Admits that Diomed alleges that TVS is infringing the '777 patent as set forth in Diomed's Complaint, which document speaks for itself.

22.   Admits only that there is an actual justiciable controversy between Diomed and TVS over whether TVS is infringing the asserted claims of the '777 patent and over whether the asserted claims of the '777 patent are valid.

23.   Denies.

24. Denies that any asserted claims of the '777 patent are invalid.

                                                    DIOMED, INC.,

                                                    By its attorneys,

Dated: June 11, 2004                      __/s/ Michael N. Rader_____
                                                    Michael A. Albert (BBO #558566)
                                                    malbert@wolfgreenfield.com
                                                    James J. Foster (BBO #553285)
                                                    jfoster@wolfgreenfield.com
                                                    Michael N. Rader (BBO #646990)
                                                    mrader@wolfgreenfield.com
                                                    WOLF, GREENFIELD & SACKS, P.C.
                                                    600 Atlantic Avenue
                                                    Boston, MA 02210
                                                    (617) 720-3500