FILED
In the Office of the
Secretary of State of Texas
JUN 30 2003
Corporations Section

# ARTICLES OF ORGANIZATION
## OF TOTAL VEIN SOLUTIONS, L.L.C.

David S. Centanni adopts the following Articles of Organization for a limited liability company under the Texas Limited Liability Company Act:

### ARTICLE 1. NAME

The name of the limited liability company, referred to in these Articles as the "Company, is Total Vein Solutions, L.L.C.

### ARTICLE 2. DURATION

The period of duration of the Company is perpetual.

### ARTICLE 3. PURPOSE

The purpose for which the Company is organized is to engage in the sale of medical supplies to medical doctors, and any or all lawful business that Company may conduct under the Texas Limited Liability Company Act.

### ARTICLE 4. REGISTERED AGENT AND OFFICE

The address of the Company's initial registered office is 4950 Woodway Drive, #606. The Company's initial registered agent at that address is David S. Centanni.

### ARTICLE 5. MANAGEMENT STRUCTURE

The Company will not have managers. The names and addresses of the initial members are:

David S. Centanni, whose address is 4950 Woodway Drive, #606, Houston, Texas 77056.

Tyrell L. Schiek, whose address is 606 East 8th Street, Houston, Texas 77007.

## ARTICLE 6. ORGANIZERS

The Company's organizers are:

David S. Centanni, whose address is 4950 Woodway Drive, #606.
Tyrell L. Schiek, whose address is 606 East 8th Street, Houston, Texas 77007.

## ARTICLE 7. CAPITAL CONTRIBUTIONS

The Company members each commit to make the following initial contributions of capital:

| NAME | AMOUNT |
|---|---|
| David S. Centanni | $5,000.00 |
| Tyrell L. Schiek | $1,000.00 |

## ARTICLE 8. CHANGE TO REGULATIONS

The Company members shall have the power to adopt, repeal, or amend Company regulations only by unanimous vote or unanimous written consent.

## ARTICLE 9. CONFLICT OF INTEREST

No member or officer shall enter into a business transaction or contract with the Company, other than a contract relating to that member's or officer's employment with the Company.

## ARTICLE 10. AUTHORITY OF COMMITTEE

The members may delegate the authority to make distributions of Company cash or property to a committee constituted under the standards set forth in the regulation.

## ARTICLE 11. ANNUAL MEETINGS

A regular annual meeting of the members of the Company will be held at the principal office of the Company on November 21 of each year. Notice of the annual meeting shall be provided by certified mail, return receipt requested.

## ARTICLE 12. DISSOLUTION

The death, expulsion, withdrawal, bankruptcy, or dissolution of a member will not cause dissolution of the Company.

These Articles of Organization are executed on behalf of the Company on June 23, 2003.

By: _David S. Centanni_ (signature)
David S. Centanni

027.llcartorg