IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

**DIOMED, INC.**

    **Plaintiffs,**

v.                                        Civil Action No. 04-10686 RGS

**TOTAL VEIN SOLUTIONS, LLC**

    **Defendant**

## DECLARATION OF TYRELL L. SCHIEK

I, Tyrell L Schiek, being at least eighteen years of age and having personal knowledge of the following, hereby state as follows:

1. I am a principal in Total Vein Solutions, LLC ("TVS"), the Defendant in this lawsuit. I submit this Declaration in support of Defendant's Opposition to Plaintiff's Motion for Leave to File an Amended Complaint.

2. TVS was formed in June of 2003, and began operations in October, 2003.

3. TVS is now, and has been since its inception, a going concern in good standing with the state of Texas.

4. I have never conducted any business activities in Massachusetts in my individual capacity and have never attended a trade show in Massachusetts.

5. I have only been physically present in Massachusetts on one occasion; for a vacation which occurred before my involvement with TVS.

6. TVS was capitalized at its inception in the amount of $6,000.00. An additional capital contribution of $60,000 has been made since its inception.

7. TVS has insurance commensurate with companies of its size and business, including general liability insurance and workers compensation insurance.

8. The finances of TVS are now and have been since the inception of TVS, separate and distinct from my personal finances. I have never commingled personal funds with those of TVS, nor have I commingled TVS funds with my personal funds.

9. TVS maintains and has maintained, since its inception, corporate records. The Board of Directors consists of David S. Centanni and Tyrell L. Schiek.

10. The Board of Directors of TVS meets regularly and has met regularly since the inception of TVS and keeps minutes of the meetings.

11. I was unaware of the existence of U.S. Patent 6,398,777, which is the basis of this suit, until April 6, 2004, when TVS was served with this lawsuit.

I believe that the facts stated in this Declaration are true.

Date: 2/3, 2005         By: _____
                             Tyrell L Schiek

THE STATE OF Illinois         §
                              §
COUNTY OF McDonough           §

Sworn to and subscribed before me on the 3rd day of February, 2005, by Tyrell L Schiek

_____
Notary Public in and for
The State of Illinois

[NOTARY SEAL]

OFFICIAL SEAL
JANICE MALONE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-14-2005

25498887.1                         - 2 -