# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| **DIOMED, INC.** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | **CIVIL ACTION 04-10686 RGS** |
| § | |
| **TOTAL VEIN SOLUTIONS, LLC** § | |
| § | |
| Defendant § | |
| § | |

## ORDER

BEFORE THE COURT is Plaintiff's Motion for Leave to File an Amended Complaint By Adding David S. Centanni and Tyrell L. Schiek as Defendants, Filed January 13, 2005, and Defendant TVS' Opposition to Plaintiff's Motion for Leave to Amend Complaint. After careful consideration, the Court finds that it lacks personal jurisdiction over David S. Centanni and Tyrell L. Schiek such that Plaintiff's proposed Amendment would be futile, and therefore Plaintiff's Motion for Leave to File an Amended Complaint Filed January 13, 2005, is DENIED.

_____

U.S. District Judge

25498937.1