IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**DIOMED, INC.**
**Plaintiffs,**

v.  Civil Action No. 04-10686 RGS

**TOTAL VEIN SOLUTIONS, LLC**
**Defendant**

## TOTAL VEIN SOLUTIONS, LLC'S
## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts, the undersigned certify that they have conferred regarding the above-captioned matter.

1. With a view to establishing the budget for the cost of conducting the full course - - and various alternative courses - - of the litigation; and

2. To consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| | |
|---|---|
| /s/ Merton E. Thompson | /s/ Tyrell L. Schiek |
| Merton E. Thompson | Tyrell L. Schiek, President |
| BBO #637056 | President |
| Burns & Levinson LLP | Total Vein Solutions, L.L.C. |
| 125 Summer Street | 801 Columbia Street |
| Boston, MA  02110 | Houston, Texas 77027 |
| Tel:  (617) 345-3000 | |
| Fax: (617) 345-3299 | |

Thomas D. Paul (Texas State Bar No. 15643100)
Fulbright & Jaworski L.L.P.
Tel:  (713) 651-5325
Fax: (713) 651-5246

00910303