IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>　　　　Defendant. | Civil Action No. 04-CV-10686-RGS |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), the parties in the above-captioned action move the Court to enter the attached Stipulated Protective Order.  Entry of the Protective Order will facilitate discovery.

Respectfully submitted,

/s/ Michael A. Albert　　　　　　　　　　　/s/ Merton E. Thompson
Michael A. Albert (BBO #558566)　　　　　Merton E. Thompson (BBO #637056)
malbert@wolfgreenfield.com　　　　　　　mthompson@burnslev.com
Michael N. Rader (BBO #646990)　　　　　Burns & Levinson LLP
mrader@wolfgreenfield.com　　　　　　　125 Summer Street
WOLF, GREENFIELD & SACKS, P.C.　　　Boston, MA  02110
600 Atlantic Avenue　　　　　　　　　　　Tel: (617) 345-3000
Boston, MA 02210　　　　　　　　　　　　Fax: (617) 345-3299
Tel: (617) 646-8000
Fax: (617) 720-2441　　　　　　　　　　　James W. Repass (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Thomas D. Paul (admitted *pro hac vice*)
COUNSEL FOR DIOMED, INC.　　　　　　Gino Catena (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Fulbright & Jaworski, LLP
　　　　　　　　　　　　　　　　　　　　1301 McKinney Street
　　　　　　　　　　　　　　　　　　　　Suite 5100
　　　　　　　　　　　　　　　　　　　　Houston, TX  77010
　　　　　　　　　　　　　　　　　　　　Tel: (713) 651-5151
　　　　　　　　　　　　　　　　　　　　Fax: (713) 651-5246

　　　　　　　　　　　　　　　　　　　　COUNSEL FOR TOTAL
　　　　　　　　　　　　　　　　　　　　VEIN SOLUTIONS, LLC

Dated: March 4, 2005