UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>Defendant. | Civil Action No. 04-10686 RGS |

**DEFENDANT'S MOTION FOR BARDEN TODD PATTERSON
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Defendant Total Vein Solutions, LLC ("TVS"), by its counsel Merton E. Thompson, Esq., hereby moves that Attorney Barden Todd Patterson ("Attorney Patterson"), of the law firm Moser, Patterson & Sheridan, L.L.P., 3040 Post Oak Boulevard, Suite 1500, Houston, Texas 77056 (phone 713-623-4844; fax 713-623-4846), be allowed to appear on behalf of TVS and practice in this Court in the above-captioned action. As grounds for this Motion, TVS states as follows:

1.      Attorney Patterson (1) is familiar with the Local Rules of the United States District Court for the District of Massachusetts; (2) is a member in good standing in every jurisdiction where he has been admitted, such jurisdictions including the state bar of Texas and the U.S. District Court for the Southern District of Texas; and (3) there are no disciplinary proceedings proceeding against him as a member of the bar in any jurisdiction. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Patterson is attached hereto as Exhibit A.

2. Attorney Patterson is assisting with the defense of this action.

3. Counsel for TVS has conferred with counsel for plaintiff Diomed, Inc. in good faith to resolve the issues raised by this motion, and counsel for plaintiff has informed counsel for TVS that he has no objection to Attorney Patterson being admitted *pro hac vice*.

4. The within motion for admission is brought by TVS's counsel, Merton E. Thompson, a member of the Bar of this Court, who previously filed an appearance in the above-captioned action.

WHEREFORE request is made that this Court admit Attorney Barden Todd Patterson to appear and practice in this Court in the above captioned case.

Respectfully submitted,

TOTAL VEIN SOLUTIONS, LLC,
By its attorneys,

Merton E. Thompson
BBO #637056
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

Dated: April 20, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOTAL VEIN SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No. 04-10686 RGS |

### RULE 83.5.3 CERTIFICATE OF BARDEN TODD PATTERSON

I, Barden Todd Patterson, hereby certify as follows:

1. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the state bar of Texas and the U.S. District Court for the Southern District of Texas.

3. As far as I know, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

Signed under the penalties of perjury, this 14th day of April 2005.

*B. Todd Patterson*
Barden Todd Patterson

354197_1

# STATE BAR OF TEXAS



*Office of The Chief Disciplinary Counsel*

April 4, 2005

Re: **BARDEN TODD PATTERSON;**
   **State Bar Number- 00789537**

To Whom It May Concern:

This is to certify that BARDEN TODD PATTERSON was licensed to practice law in Texas on May 6, 1994 and is an active member in good standing with the State Bar of Texas.

"Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Dawn Miller
Chief Disciplinary Counsel

DM/sg



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
§

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Barden Todd Patterson**, Federal Bar No. **17583**, was duly admitted to practice in said Court on July 29, 1994, and is in good standing as a member of the bar of said Court.

Dated April 5, 2005 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Shannon Jones,
Attorney Admissions Deputy Clerk

