UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>  Defendant. | Civil Action No. 04-10686 RGS |

**DEFENDANT'S MOTION FOR CRAIG V. DEPEW
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Defendant Total Vein Solutions, LLC ("TVS"), by its counsel Merton E. Thompson, Esq., hereby moves that Attorney Craig V. Depew ("Attorney Depew"), of the law firm Clark, Depew & Tracey, Ltd., L.L.P., 440 Louisiana, 16th Floor, Houston, Texas 77002 (phone 713-757-1400; fax 713-759-1217), be allowed to appear on behalf of TVS and practice in this Court in the above-captioned action. As grounds for this Motion, TVS states as follows:

1. Attorney Depew (1) is familiar with the Local Rules of the United States District Court for the District of Massachusetts; (2) is a member in good standing in every jurisdiction where he has been admitted, such jurisdictions including the state bar of Texas and the U.S. District Court for the Southern District of Texas; and (3) there are no disciplinary proceedings proceeding against him as a member of the bar in any jurisdiction. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Depew is attached hereto as Exhibit A.

2. Attorney Depew is assisting with the defense of this action.

3. Counsel for TVS has conferred with counsel for plaintiff Diomed, Inc. in good faith to resolve the issues raised by this motion, and counsel for plaintiff has informed counsel for TVS that he has no objection to Attorney Depew being admitted *pro hac vice*.

4. The within motion for admission is brought by TVS's counsel, Merton E. Thompson, a member of the Bar of this Court, who previously filed an appearance in the above-captioned action.

WHEREFORE request is made that this Court admit Attorney Craig V. Depew to appear and practice in this Court in the above captioned case.

Respectfully submitted,

TOTAL VEIN SOLUTIONS, LLC,
By its attorneys,

Merton E. Thompson
BBO #637056
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

Dated: April 20, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>Defendant. | Civil Action No. 04-10686 RGS |

### RULE 83.5.3 CERTIFICATE OF CRAIG V. DEPEW

I, Craig V. Depew, hereby certify as follows:

1. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the state bar of Texas and the U.S. District Court for the Southern District of Texas.

3. As far as I know, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

Signed under the penalties of perjury, this 4th day of April 2005.

_____
Craig V. Depew

TVS Certificate of C Depew Exhibit A

# STATE BAR OF TEXAS



*Office of The Chief Disciplinary Counsel*

April 7, 2005

Re: **CRAIG DEPEW;**
    **State Bar Number- 05655820**

To Whom It May Concern:

This is to certify that CRAIG DEPEW was licensed to practice law in Texas on November 10, 1988 and is an active member in good standing with the State Bar of Texas.

"Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Dawn Miller
Chief Disciplinary Counsel

DM/sg



*P.O. Box 12487, Capitol Station, Austin, Texas 78711-2487, (512)463-1463*