IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| DIOMED, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 04-10686 RGS |
| | § | |
| TOTAL VEIN SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF DOAK C. PROCTER, IV, ON BEHALF OF TOTAL VEIN SOLUTIONS, LLC

Doak C. Procter, IV, hereby provides notice of their withdrawal as counsel on behalf of Defendant Total Vein Solutions, LLC. Barden Todd Patterson of Moser, Patterson & Sheridan, L.L.P., and Craig V. DePew of Clark, Depew & Tracey, Ltd., L.L.P., will continue to represent the Defendant.

Dated:     April 28, 2005                Respectfully submitted,

/s/ Merton E. Thompson
Merton E. Thompson
BBO #637056
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Telephone: 617.345.3000
Facsimile: 617.345.3299

AND

25529180.1                                1

        James W. Repass
        Texas SBN 16786940
        Thomas D. Paul
        Texas SBN 15643100
        Gino Catena
        Texas SBN 24009950
        FULBRIGHT & JAWORSKI L.L.P.
        5100 Fulbright Tower
        1301 McKinney
        Houston, Texas  77010
        Telephone:  713.651.5151
        Facsimile:  713.651.5246

00923740