IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| DIOMED, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 04-10686 RGS |
| | § | |
| TOTAL VEIN SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF GINO CATENA
ON BEHALF OF TOTAL VEIN SOLUTIONS, LLC**

Gino Catena hereby provides notice of their withdrawal as counsel on behalf of Defendant Total Vein Solutions, LLC. Barden Todd Patterson of Moser, Patterson & Sheridan, L.L.P., and Craig V. DePew of Clark, Depew & Tracey, Ltd., L.L.P., will continue to represent the Defendant.

Dated:   April 28, 2005            Respectfully submitted,


/s/ Merton E. Thompson
Merton E. Thompson
BBO #637056
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Telephone:  617.345.3000
Facsimile:  617.345.3299

AND

                    James W. Repass
                    Texas SBN 16786940
                    Thomas D. Paul
                    Texas SBN 15643100
                    Gino Catena
                    Texas SBN 24009950
                    FULBRIGHT & JAWORSKI L.L.P.
                    5100 Fulbright Tower
                    1301 McKinney
                    Houston, Texas  77010
                    Telephone:  713.651.5151
                    Facsimile:  713.651.5246

00923744