IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| DIOMED, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 04-10686 RGS |
| | § | |
| TOTAL VEIN SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF JAMES W. REPASS ON BEHALF OF TOTAL VEIN SOLUTIONS, LLC

James W. Repass hereby provides notice of their withdrawal as counsel on behalf of Defendant Total Vein Solutions, LLC. Barden Todd Patterson of Moser, Patterson & Sheridan, L.L.P., and Craig V. DePew of Clark, Depew & Tracey, Ltd., L.L.P., will continue to represent the Defendant.

Dated:   April 28, 2005

Respectfully submitted,

/s/ Merton E. Thompson
Merton E. Thompson
BBO #637056
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Telephone: 617.345.3000
Facsimile: 617.345.3299

AND

James W. Repass  
Texas SBN 16786940  
Thomas D. Paul  
Texas SBN 15643100  
Gino Catena  
Texas SBN 24009950  
FULBRIGHT & JAWORSKI L.L.P.  
5100 Fulbright Tower  
1301 McKinney  
Houston, Texas  77010  
Telephone:  713.651.5151  
Facsimile:  713.651.5246  

00923751