IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>      Defendant. | CIVIL ACTION NO. 04CV10686 RGS |

**NOTICE OF APPEARANCE OF JOHN L. STRAND**

    Pursuant to local Rule 83.5.2, please enter my appearance on behalf of the Plaintiff, Diomed, Inc., in the above-identified action.

    Respectfully submitted,

Dated: July 7, 2004

/s/ John L. Strand
John L. Strand (BBO # 654985)
jstrand@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Federal Reserve Plaza
Boston, MA 02210
(617) 646-8000