UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIOMED, INC.,

    Plaintiff,

v.

TOTAL VEIN SOLUTIONS, LLC,

    Defendant.

Civil Action No. 04-10686 RGS

**DEFENDANT'S MOTION FOR HENRY M. POGORZELSKI
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Defendant Total Vein Solutions, LLC ("TVS"), by its counsel Merton E. Thompson, Esq., hereby moves that Attorney Henry M. Pogorzelski ("Attorney Pogorzelski"), of the law firm Moser, Patterson & Sheridan, L.L.P., 3040 Post Oak Boulevard, Suite 1500, Houston, Texas 77056 (phone 713-623-4844; fax 713-623-4846), be allowed to appear on behalf of TVS and practice in this Court in the above-captioned action. As grounds for this Motion, TVS states as follows:

    1.    Attorney Pogorzelski (1) is familiar with the Local Rules of the United States District Court for the District of Massachusetts; (2) is a member in good standing in every jurisdiction where he has been admitted, such jurisdictions including the state bar of Texas and the U.S. District Court for the Southern District of Texas; and (3) there are no disciplinary proceedings proceeding against him as a member of the bar in any jurisdiction. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Pogorzelski attached hereto as Exhibit A.

390228_1

2.  Attorney Pogorzelski is assisting with the defense of this action.

3.  Counsel for TVS has conferred with counsel for plaintiff Diomed, Inc. in good faith to resolve the issues raised by this motion, and counsel for plaintiff has informed counsel for TVS that he has no objection to Attorney Pogorzelski being admitted *pro hac vice*.

4.  The within motion for admission is brought by TVS's counsel, Merton E. Thompson, a member of the Bar of this Court, who previously filed an appearance in the above-captioned action.

WHEREFORE request is made that this Court admit Attorney Henry M. Pogorzelski to appear and practice in this Court in the above captioned case.

Respectfully submitted,

TOTAL VEIN SOLUTIONS, LLC,
By its attorneys,

Merton E. Thompson
BBO #637056
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

Dated: August 30, 2005

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for Total Vein Solutions, LLC, hereby certifies that he has conferred with plaintiff's counsel in a good faith effort to resolve or narrow any issues related to this Motion.

Merton E. Thompson

390228_1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>Defendant. | Civil Action No. 04-10686 RGS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's Motion for Henry M. Pogorzelski to Appeal *Pro Hac Vice* pursuant to Local Rule 7.1 and Rule 83.5.3 Certificate of Henry M. Pogorzelski was served on August 30, 2005, via overnight mail, upon the following counsel of record.

    Michael A. Albert
    Michael N. Rader
    John L. Strand
    WOLF, GREENFELD & SACKS, P.C.
    600 Atlantic Avenue
    Boston, MA  02210

Attorney for Defendant Total Vein Solutions, LLC.

                              Merton E. Thompson
                              BBO #637056
                              Burns & Levinson LLP
                              125 Summer Street
                              Boston, MA 02110
                              Tel: (617) 345-3000
                              Fax: (617) 345-3299

Dated: August 30, 2005

J:\Docs\27502\00000\00952410.DOC