IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION NO. 04CV10686 RGS |

## DIOMED'S MOTION TO COMPEL DISCOVERY RESPONSES AND DEPOSITIONS

Pursuant to Fed. R. Civ. P. 37, Diomed respectfully requests an order compelling Total Vein Solutions ("TVS") to comply with the following of its outstanding discovery obligations:

1. Provide complete answers to Diomed's Interrogatory Nos. 23 & 24, served on April 13, 2006;

2. Produce documents responsive to Diomed's Second Set of Document Requests, served on April 13, 2006;

3. Provide, pursuant to Fed. R. Civ. P. 26(e), an updated production of documents responsive to Diomed's First Set of Document Requests, served on November 17, 2004, with particular emphasis on Request Nos. 4, 7, 9, 11, 13, 14, 17, 18, 22, 23, 25, 26, 36, 37, 40, and 45.

4. Produce any documents that TVS has withheld due to objections by a third party; and

5. Produce the following TVS employees for deposition: David Centanni, Tina Clemens, Sopon Udompongusk, Randy Puddo, Kayla Garcia (Osenbaugh), Linda Kirshbaum, and Jeff Poortz.

The grounds for this motion are set forth in the accompanying memorandum.

                                      Respectfully submitted,

                                      DIOMED, INC.

                                      By its attorneys,

Dated: January 30, 2007                /s/ Michael N. Rader
                                              Michael A. Albert (BBO #558566)
                                              malbert@wolfgreenfield.com
                                              Michael N. Rader (BBO #646990)
                                              mrader@wolfgreenfield.com
                                              John L. Strand (BBO #654985)
                                              jstrand@wolfgreenfield.com
                                              WOLF, GREENFIELD & SACKS, P.C.
                                              600 Atlantic Ave.
                                              Boston, MA 02210
                                              (617) 646-8000

## CERTIFICATION BY COUNSEL PURSUANT TO
## LOCAL RULES 7.1(A)(2) & 37.1, AND FED. R. CIV. P. 37(a)(2)

Undersigned counsel for Diomed conferred in good faith with counsel for TVS, on multiple occasions, in an attempt to secure the discovery requested in this motion without court action. The attempt, however, was not successful. The details of Diomed's efforts in this regard, as well as the specific relief requested as required by Local Rule 37.1, are set forth in the accompanying memorandum and Declaration of Michael N. Rader.

## CERTIFICATE OF SERVICE

I certify that this document and its accompanying papers, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                                                  /s/ Michael N. Rader