IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>   Defendant. | CIVIL ACTION NO. 04CV10686 RGS |

## **DECLARATION OF MICHAEL N. RADER**

Michael N. Rader states as follows:

1. I am an attorney with Wolf, Greenfield & Sacks, P.C., counsel for Diomed, Inc., the plaintiff in this patent infringement action.

2. Exhibit A to this declaration are copies of selected pages from the deposition transcript of Mr. David Centanni, taken August 24-25, 2005 in this action.

3. Exhibit B to this declaration is a copy of a letter from me to TVS's counsel Henry Pogorzelski dated April 13, 2006 regarding outstanding discovery issues.

4. During the week of May 8, 2006, I conferred with Mr. Pogorzelski by telephone regarding the outstanding discovery issues and he informed me that TVS did not intend to provide responses or make witnesses available for deposition, but rather had elected to file a motion to stay this case entirely.

5. Exhibit C to this declaration is a copy of TVS's Responses (dated May 18, 2006) to Diomed's Second Set of Document Requests.

6. Exhibit D to this declaration is a copy of TVS's Responses (dated May 18, 2006) to Diomed's Second Set of Interrogatories.

7. Exhibit E to this declaration is a copy of an e-mail that I sent to Mr. Pogorzelski on December 27, 2006 in a further attempt to meet-and-confer prior to filing a discovery motion.

8. Exhibit F to this declaration is a copy of an e-mail that I sent to Mr. Pogorzelski on January 5, 2007 setting forth a compromise proposal designed to avoid motion practice.

9. Exhibit G to this declaration is a copy of an e-mail that I received from Mr. Pogorzelski on January 18, 2007 rejecting my proposal and indicating that TVS had "decided to apply to the Court for a formal stay."

10. Exhibit H to this declaration is a copy of Diomed's First Set of Document Requests.

Sworn, under the pains and penalties of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 30, 2007   /s/ Michael N. Rader
                          Michael N. Rader

**CERTIFICATE OF SERVICE**

I certify that this document and its accompanying papers, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ Michael N. Rader