# EXHIBIT A

THIS EXHIBIT REMOVED AND FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER DATED MARCH 14, 2005 (D.I.19)