# EXHIBIT E

| | |
|---|---|
| **From:** | Rader, Michael |
| **Sent:** | Wednesday, December 27, 2006 11:35 PM |
| **To:** | 'Henry Pogorzelski (hpogorzelski@mpsllp.com)' |
| **Subject:** | Diomed v. TVS |
| **Contacts:** | Henry Pogorzelski |

Dear Henry,

I hope you are having a happy holiday season.

I am writing to follow up on our last round of correspondence. At that time you indicated that TVS was unwilling to provide much of the discovery requested by Diomed, including documents and depositions, on the ground that the case should be stayed. (With regard to the separate issue of Dornier's confidentiality objection, you indicated that your client desired a court order to override such objection, and would not oppose a motion compel in that regard.) After indicating your client's intention to file a stay motion, however, no such motion was filed. For the reasons previously discussed, Diomed intends to move forward with the requested discovery. As a courtesy, I wanted to check with you again before filing the motion. I am happy to have a telephone meet-and-confer at your earliest convenience if that would be helpful.

Best regards,

Mike Rader
WOLF, GREENFIELD & SACKS, P.C.

1