# EXHIBIT F

**From:** Rader, Michael
**Sent:** Friday, January 05, 2007 12:47 PM
**To:** Henry Pogorzelski (hpogorzelski@mpsllp.com)
**Subject:** Diomed v. TVS

Dear Henry,

In our telephone call this week you indicated that your client would consider a compromise proposal to provide some of the discovery requested by Diomed, such that Diomed would not be required to file a motion to compel at this time. I agreed to provide a suggestion for you to take back to your client. To that end, I offer the following proposal:

(1) An updated document production from TVS of the items referred to under the "Documents" heading in my April 13, 2006 letter;

(2) Responses to Diomed's Interrogatory Nos. 23 and 24; and

(3) Depositions of: (a) Dave Centanni on outstanding issues (which may require a joint motion to the Court if Dornier will not give you the green light to move forward); (b) TVS employees or former employees, such as Kayla Osenbough, who have participated in trade shows; and (c) Randy Puddu.

We should be able to limit the depositions to half a day each.

Thank you for your consideration to this proposal. Please let me know if you think that a response will take more than a couple of days, as Diomed intends to proceed expeditiously.

Best regards,

**Michael N. Rader**
mrader@wolfgreenfield.com
direct dial 617.646.8370
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000 | 617.646.8646 fax