# EXHIBIT G

Case 1:04-cv-10686-NMG    Document 36-8    Filed 01/30/2007    Page 1 of 3

| | |
|---|---|
| **From:** | Henry Pogorzelski [HPogorzelski@pattersonsheridan.com] |
| **Sent:** | Thursday, January 18, 2007 4:10 PM |
| **To:** | Rader, Michael |
| **Cc:** | Henry Pogorzelski; Todd Patterson |
| **Subject:** | RE: Diomed v. TVS |
| **Importance:** | High |

Michael,

Thank you for your e-mail message, and for your patience in this matter. We have now had a good opportunity to consult in detail with our client. While we do appreciate and have given strong consideration to your proposal, we have decided to apply to the Court for a formal stay. We will try to get our motion on file within the next week. Thanks.

Henry Pogorzelski

Henry M. Pogorzelski
PATTERSON & SHERIDAN, L.L.P.
3040 Post Oak Boulevard, Suite 1500
Houston, Texas 77056-6582
Main: 713-623-4844
Direct: 713-577-4804
Fax: 713-623-4846
Email: hpogorzelski@pattersonsheridan.com
http://www.pattersonsheridan.com

CONFIDENTIAL INFORMATION

This transmission contains information from the law firm of Patterson & Sheridan, L.L.P. which may be confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

---

**From:** Rader, Michael [mailto:Michael.Rader@WolfGreenfield.com]
**Sent:** Wednesday, January 17, 2007 1:50 PM
**To:** Henry Pogorzelski
**Subject:** Diomed v. TVS

Henry:

Any word from your client?

Thanks,

**Michael N. Rader**
mrader@wolfgreenfield.com
direct dial 617.646.8370
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000 | 617.646.8646 fax

1/30/2007