IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOTAL VEIN SOLUTIONS, LLC, <br><br> Defendant. | CIVIL ACTION NO. 04CV10686 RGS |

## NOTICE OF FILING

Notice is hereby given that Exhibit A to the Declaration of Michael N. Rader in Support of Diomed, Inc.'s Motion to Compel Discovery Responses and Depositions has been filed under seal with the Clerk of the Court pursuant to the Protective Order dated March 14, 2005 (D.I. 19).

                                                                                          Respectfully submitted,

                                                                                         DIOMED, INC.

                                                                                         By its attorneys,

Dated: <u>January 31, 2007</u>                  /s/ Michael N. Rader
                                                                                    Michael A. Albert (BBO #558566)
                                                                                    malbert@wolfgreenfield.com
                                                                                   Michael N. Rader (BBO #646990)
                                                                                   mrader@wolfgreenfield.com
                                                                                  John L. Strand (BBO #654985)
                                                                                  jstrand@wolfgreenfield.com
                                                                                  WOLF, GREENFIELD & SACKS, P.C.
                                                                                  600 Atlantic Ave.
                                                                                  Boston, MA 02210
                                                                                  (617) 646-8000