UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| DIOMED, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>   Defendant. | Civil Action No. 04-10686 NMG |

## DECLARATION OF HENRY M. POGORZELSKI

I, Henry M. Pogorzelski, counsel for Total Vein Solutions, LLC ("TVS"), hereby declare under penalties of perjury that the following facts are within my knowledge and are believed to be true and correct:

1.  My name is Henry M. Pogorzelski. I am over the age of twenty-one (21) years. I am an attorney with Patterson & Sheridan, LLP, and I serve as outside litigation counsel for TVS.

2.  I am licensed to practice law in the State of Texas.

3.  Attached as Exhibit A are true and correct copies of Internet web pages from <angiodynamics.com> and <vascularsolutions.com>.

4.  Attached as Exhibit B are true and correct copies of Internet web pages from <cooltouch.com>.

5.  Attached as Exhibit C is a true and correct copy of a page from a presentation I downloaded from the following internet web site.

    http://ir.diomedinc.com/phoenix.zhtml?c=130934&p=irol-irhome

6. Attached as Exhibit D is a true and correct copy of the Declaration of David Centanni.

7. Attached as Exhibit E is a true and correct copy of a letter from Michael S. Pavento to Henry Pogorzelski dated May 26, 2006.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 13, 2007 at Houston, Texas.

      /s/ Henry M. Pogorzelski