# EXHIBIT A

Case 1:04-cv-10686-NMG    Document 39-3    Filed 02/13/2007    Page 1 of 6



# AngioDynamics™ INCORPORATED

HOME | CONTACT US | SITE MAP

SEARCH...

**Venous Products**

- VenaCure Laser Treatment
- Sotradecol

Products > Venous Products > Precision 980™ Vein Laser

## Precision 980™ Vein Laser
### VenaCure® Laser Vein Treatment
### *NEW Vascular Therapy Innovation!*



VenaCure Laser Vein Treatment. It is estimated that 25% of women and 15% of men worldwide have varicose veins. In the United States, more than half of adults over the age of 60 suffer from painful and unsightly venous disease.

The VenaCure Laser Vein Treatment is expanding the capabilities of vascular therapy for the treatment of varicose veins. VenaCure offers your patients an effective out-patient alternative to surgical ligation and vein stripping. The VenaCure treatment takes about 45 minutes and only local anesthesia is used - so your patients are up and walking immediately!

AngioDynamics' VenaCure Package includes: a most advanced procedure kit, a two-day vein training course and an award-winning business development kit.

Our minimally invasive laser treatment for varicose veins is revolutionizing the vascular field. Innovative, safe, and effective treatments are currently performed in-office, with excellent long-term results. Visit www.venacure.com for more information.

 VenaCure® Promotional Literature (1 MB)



We offer the VenaCure Procedure Kit, which includes our unique Sheath-Lok™ system:

- 600μm fiber with Sheath-Lok™ fitting
- 5F x 45cm Introducer Set
- .035" x 150cm Teflon coated stainless steel guidewire

Micro Access Set:
  - 21ga echogenic tipped B-bevel needle



- .018" x 45cm stainless steel guidewire
- 5F x 10cm sheath/dilator
- 65cm Kit now available (Catalog #11400105)

**VenaCure®**
Laser Vein Treatment

For more information, contact AngioDynamics'
Customer Service Department by phone
800-772-6446 (U.S. Only) or by
e-mail customerservice@angiodynamics.com

All Contents © copyright 2007 AngioDynamics, Inc. All rights reserved.

603 Queensbury Ave., Queensbury, NY 12804
Phone: 1-800-772-6446 Fax: 518-798-3625 Email: info@angiodynamics.com

Privacy Policy



  

« HOME

# Vari-Lase 810nm Laser Console.

« Back to Products

Vari-Lase 810nm Laser Console »

Vari-Lase Endovenous Procedure Kit »

Vari-Lase 940 Endovenous Procedure Kit »

Procedure Packs »

AutoFill & VacLok »

The Vari-Lase Endovenous Laser Console is portable and easy to use. All functions are easily accessible from the front panel. With dimensions of 52 x 30 x 15 cm and a weight of only about 24 lbs., the Vari-Lase console fits into any clinic.

Quality Safe Connector (QSC) provides increased protection for the laser

- Protects laser from thermal damage
- Safeguards against contamination to laser

Selectable status readings can be displayed during operation

- Display shows actual seconds of treatment time and joules of energy used
- All functions are easily accessible from front panel
- User-friendly interface and programming

Powerful aiming beam for visualization

- High intensity 5mW HeNe aiming beam
- Aiming beam stays on during "Ready" and "Standby" mode allowing for location of fiber tip at all times during procedure



QSC Connector





## Our Products.
Select a product to learn more about our solutions.

Duett, Duett Pro, Diagnostic Duett Pro, Pronto, Langston, Max-Support and ThrombiGel are trademarks of Vascular Solutions, Inc. D-Stat, Acolysis are registered trademarks of Vascular Solu

©1999-2007 Vascular Solutions Inc. All rights reserved. Te

Vascular Solut
6464 Sycar
Minneapolis,
76:

 Site by Electric Pulp

   

« HOME

# Vari-Lase Endovenous Procedure Kit.

« Back to Products

Vari-Lase 810nm Laser Console »

Vari-Lase Endovenous Procedure Kit »

Vari-Lase 940 Endovenous Procedure Kit »

Procedure Packs »

AutoFill & VacLok »

**Vari-Lase-the professional endovenous laser procedure kit.**

**Better. Easier. Professional.**

Vari-Lase is not just a box of components, but a professionally designed procedure kit for endovenous laser treatment of superficial venous reflux.

The Vari-Lase procedure kit is indicated for the treatment of varicose veins associated with superficial reflux of the great saphenous vein.
The Vari-Lase procedure kit can be used in conjunction with any solid state diode laser console accepting a standard SMA-905 connector and operating at a wavelength of 810nm, 940nm, or 980nm and a maximum power of 15W.





## Our Products.
Select a product to learn more about our solutions.

DUETT   LANGSTON
D-Stat   PRONTO
Acolysis  VariLase
Max-Support

Duett, Duett Pro, Diagnostic Duett Pro, Pronto, Langston, Max-Support and ThrombiGel are trademarks of Vascular Solutions, Inc. D-Stat, Acolysis are registered trademarks of Vascular Solu

©1999-2007 Vascular Solutions Inc. All rights reserved. Te

**Vascular Solut**
6464 Syca
Minneapolis,
76:

 Site by Electric Pulp

   

« HOME

# Vari-Lase 940 Endovenous Procedure Kit.

« Back to Products

Vari-Lase 810nm Laser Console »

Vari-Lase Endovenous Procedure » Kit

Vari-Lase 940 Endovenous » Procedure Kit

Procedure Packs »

AutoFill & VacLok »

The Vari-Lase 940 is compatible with Dornier 940 Laser System.

The Vari-Lase 940 is a professionally designed, feature-rich procedure kit for endovenous laser treatment of superficial venous reflux.

The Dornier D940 Diode Laser system is a product of Dornier MedTech America, Inc.





## Our Products.
Select a product to learn more about our solutions.

DUETT   LANGSTON

D-Stat   PRONTO

Acolysis   VariLase

Max-Support

Duett, Duett Pro, Diagnostic Duett Pro, Pronto, Langston, Max-Support and ThrombiGel are trademarks of Vascular Solutions, Inc. D-Stat, Acolysis are registered trademarks of Vascular Solu

©1999-2007 Vascular Solutions Inc. All rights reserved. Te

**Vascular Solut**
6464 Sycar
Minneapolis,
76:

 Site by Electric Pulp

http://www.vascularsolutions.com/products/varilase/940endo.php, Tuesday, February 13, 2007 , 3:04:...