# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

DIOMED, INC.,

    Plaintiff,

v.

TOTAL VEIN SOLUTIONS, LLC,

    Defendant.

Civil Action No. 04-10686 RGS

## DECLARATION OF DAVID CENTANNI

I, David Centanni, am an officer and owner of Total Vein Solutions, LLC, hereby declare under penalties of perjury that the following facts are within my knowledge and are believed to be true and correct:

1. My name is David Centanni. I am over the age of twenty-one (21) years. I am an officer and owner of Total Vein Solutions, LLC ("TVS").

2. TVS sells vein surgery procedure packs that may be used by physicians for vein surgical procedures. TVS employs approximately eight (8) persons, including myself.

3. During the time period from 2001 to 2003, I was employed by Dornier MedTech America, Inc. ("Dornier"). Dornier manufactures and sells laser devices to physicians. I am familiar with Dornier's laser device product line, and I am aware that Dornier laser devices may be used to perform endovenous laser procedures.

4. During my employment with Dornier, I became aware that Diomed owned a patent in the field of endovenous laser surgery. I did not ever see a copy of any such patent. However, I was informed by my superiors at Dornier as to Dornier's view of the scope or

coverage of the Diomed patent. I believe that this information may have been generated by Dornier's attorneys.

I declare under penalties of perjury under the laws of the United States that the foregoing is believed to be true and correct.

Executed on February 12, 2007.

_____
David Centanni