# EXHIBIT E

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Phone: 404/ 572-4600
Fax: 404/572-5100
www.kslaw.com

Michael S. Pavento
Direct Dial: (404) 572-3542
Direct Fax: (404) 572-5145
MPavento@KSLAW.com

May 26, 2006

**VIA E-MAIL (Confirmation by US Mail)**

Henry Pogorzelski, Esq.
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056-6582

    RE:   *Diomed, Inc. v. Total Vein Solutions, LLC (Civil Action No. 04-CV-10686-RGS)*

Dear Henry:

    At Diomed's deposition of Mr. Centanni on August 25, 2005, I objected, on behalf of Dornier, to certain questions that seemed to call for Mr. Centanni's disclosure of confidential and/or privileged information of Dornier. In particular, Mr. Centanni owes Dornier a continuing duty of confidentiality pursuant to his employment agreement dated January 10, 2000. In addition, while Mr. Centanni was employed by Dornier, he was exposed to attorney-client privileged information regarding the Diomed patent (US Patent No. 6,398,777). As we have recently discussed, Dornier continues to expect Mr. Centanni to comply with his contractual confidentiality obligations and to maintain in confidence any of Dornier's privileged information to which he was exposed, whether at future depositions in TVS' current litigation with Diomed or otherwise.

    Should you have any questions regarding the foregoing, please do not hesitate to contact me.

    Sincerely,

    *Michael S. Pavento*

    Michael S. Pavento

cc:   Holmes Hawkins, Esq.
       Dornier MedTech America, Inc.