UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>Defendant. | Civil Action No. 04-10686 NMG |

### [ PROPOSED ] ORDER

Pending before the Court is Diomed's Motion to Compel Discovery Responses and Depositions ("Motion to Compel") (Document No. 34) and Defendant Total Vein Solutions's Opposition To Diomed's Motion To Compel and Cross-Motion to Stay this Case Pending Resolution of Diomed's Lawsuits Against Angiodynamics and New Star Lasers. Having considered the motions, submissions, and applicable law, the Court determines that Defendant's Motion to Compel should be denied and that Total Vein Solutions's cross-motion should be granted. Accordingly, the Court hereby

ORDERS that Diomed's Motion to Compel is DENIED and that Total Vein Solutions's Cross-Motion to Stay is GRANTED. This case is hereby stayed pending resolution of the Angiodynamics, Inc. ("Angiodynamics") and Vascular Solutions Inc. ("VSI") (consolidated as Case No. 1:04-cv-10019-NMG), as well as against New Star Lasers, Inc. ("CoolTouch") (Case No. 1:04-cv-12157-NMG).

545482-1

IT IS SO ORDERED.

_____
Nathaniel M. Gorton
United States District Judge

545482-1