# EXHIBIT C

# Laser Competitive Set*

| | Diomed | Angio | Vasc | CoolTouch |
|---|---|---|---|---|
| Own EVLT® IP | Yes | No | No | No |
| FDA approval | 1st | 3rd | 5th | 6th |
| Market entry | 1st | 2nd | 5th | 6th |
| Market share | 1st | 2nd | 3rd | 4th – 5th |
| Laser placements | >1000 | 469+ | 100+ | 50+ |
| EVLT® Focus | Primary | 10%+ | 10%+ | Small/Growing |

*Excludes minor participants: Biolitec, Dornier and Total Vein Solutions


