UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| DIOMED, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>  Defendant. | Civil Action No. 04-10686 NMG |

**TOTAL VEIN SOLUTIONS' MOTION FOR LEAVE TO FILE REPLY BRIEF**

Defendant Total Vein Solutions, LLC, ("TVS") hereby respectfully moves pursuant to Local Rule 7.1(b)(3) for leave to file its attached reply brief entitled Total Vein Solutions' Reply in Support of its Motion to Stay Pending Resolution of Diomed's Lawsuits Against Angiodynamics and New Star Lasers. TVS seeks to address and clarify matters raised in Diomed's opposition briefing. Thus, TVS respectfully submits that its reply brief may be helpful for the Court.

A proposed order is attached.

Date: March 6, 2007                    Respectfully Submitted,

TOTAL VEIN SOLUTIONS, LLC,
By its attorneys,

/s/ Merton E. Thompson
Merton E. Thompson
BBO #637056
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

Barden Todd Patterson
(admitted *pro hac vice*)
Henry M. Pogorzelski
(admitted *pro hac vice*)
PATTERSON & SHERIDAN, LLP
3040 Post Oak Boulevard, Suite 1500
Houston, Texas 77056
Tel:  (713) 623-4844
Fax:  (713) 623-4846

Craig V. Depew
(admitted *pro hac vice*)
CLARK, DEPEW & TRACEY, LLP
4400 Louisiana, 16th Floor
Houston, Texas  77002
Tel: (713) 757-1400
Fax: (713) 759-1217

ATTORNEYS FOR DEFENDANT
TOTAL VEIN SOLUTIONS, INC.

**Local Rule 7.1(A)(2) Certification**

I, Merton E. Thompson, attorney for defendant Total Vein Solutions, Inc., hereby certify that my co-counsel has conferred with counsel for plaintiff Diomed, Inc., in a good faith effort to resolve or narrow the issues raised in this Motion.  Diomed has indicated that it will not oppose the foregoing Motion for Leave to File a Reply Brief.

/s/ Merton E. Thompson \_\_\_\_
Merton E. Thompson

**CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of this *Total Vein Solutions's Motion for Leave to File Reply Brief* to be served through the ECF system and by electronic mail upon the following counsel of record:

Michael A. Albert
Michael N. Rader
John L. Strand
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts  02210
Tel:  (617) 646-8000
Fax:  (617) 646-8646

ATTORNEYS FOR PLAINTIFF DIOMED, INC.

/s/ Merton E. Thompson

01110294