UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| DIOMED, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>  Defendant. | Civil Action No. 04-10686 NMG |

## [ PROPOSED ] ORDER

Upon consideration of Defendant Total Vein Solutions' Motion for Leave to File Reply Brief, the Court is of the opinion that such motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant may file Total Vein Solutions' Reply in Support of its Motion for Stay Pending Resolution of Diomed's Lawsuits against Angiodynamics and New Star Lasers.

IT IS SO ORDERED.

_____
Nathaniel M. Gorton
United States District Judge

01110311