# EXHIBIT D

Case 1:04-cv-10686-NMG   Document 46-5   Filed 06/01/2007   Page 1 of 7

# Vari-Lase 810nm Laser Console.

« HOME

The Vari-Lase Endovenous Laser Console is portable and easy to use. All functions are easily accessible from the front panel. With dimensions of 52 x 30 x 15 cm and a weight of only about 24 lbs., the Vari-Lase console fits into any clinic.

- Quality Safe Connector (QSC) provides increased protection for the laser
- Protects laser from thermal damage
- Safeguards against contamination to laser

Selectable status readings can be displayed during operation

- Display shows actual seconds of treatment time and joules of energy used
- All functions are easily accessible from front panel
- User-friendly interface and programming

Powerful aiming beam for visualization

- High intensity 5mW HeNe aiming beam
- Aiming beam stays on during "Ready" and "Standby" mode allowing for location of fiber tip at all times during procedure



QSC Connector





« Back to Products

Vari-Lase 810nm Laser Console
Vari-Lase Endovenous Procedure Kit
Vari-Lase 940 Endovenous Procedure Kit
Procedure Packs »
AutoFill & VacLok »

## Our Products.

Select a product to learn more about our solutions.

DUET  LANGSTON
D-Stat  PRONTO
Acolysis  VariLase
Maximus

Vascular Solutions                                                                                                                    Page 1 of 1

http://www.vascularsolutions.com/products/varilase/laser.php

Duett, Duett Pro, Diagnostic Duett Pro, Pronto, Langston, Max-Support and ThrombiGel are trademarks of Vascular Solutions, Inc. D-Stat, Vari-Lase, Acolysis are registered trademarks of Vascular Solutions, Inc.

6/1/2007 9:46:26 AM

Vascular Solutions

Site by Electric Pulp

© 1999-2007 Vascular Solutions Inc. All rights reserved. Terms of Use

**Vascular Solutions, Inc.**
6464 Sycamore Court
Minneapolis, MN 55369
763.656.4300

http://www.vascularsolutions.com/products/varilase/laser.php

6/1/2007 9:46:26 AM

Page 2 of 2





« HOME

# Vari-Lase Endovenous Procedure Kit.

### Vari-Lase–the professional endovenous laser procedure kit.

### Better. Easier. Professional.

Vari-Lase is not just a box of components, but a professionally designed procedure kit for endovenous laser treatment of superficial venous reflux.

The Vari-Lase procedure kit is indicated for the treatment of varicose veins associated with superficial reflux of the great saphenous vein. The Vari-Lase procedure kit can be used in conjunction with any solid state diode laser console accepting a standard SMA-905 connector and operating at a wavelength of 810nm, 940nm, or 980nm and a maximum power of 15W.

« Back to Products

Vari-Lase 810nm Laser Console »

Vari-Lase Endovenous Procedure Kit

Vari-Lase 940 Endovenous Procedure Kit »

Procedure Packs »

AutoFill & VacLok »

## Our Products.
Select a product to learn more about our solutions.

DUETT
LANGSTON
D-Stat   PRONTO
           VariLase
Maximum



Uniform Vari-Lase sheath markings to easily measure fiber pull-back



Adjustable Vari-Lase Fiber Lock for confident pull-back



Easier fiber deployment with the Vari-Lase Fiber Spool

Vascular Solutions

Duett, Duett Pro, Diagnostic Duett Pro, Pronto, Langston, Max-Support and ThrombiGel are trademarks of Vascular Solutions, Inc. D-Stat, Vari-Lase, Acolysis are registered trademarks of Vascular Solutions, Inc.

©1999-2007 Vascular Solutions Inc. All rights reserved. Terms of Use

**Vascular Solutions, Inc.**
6464 Sycamore Court
Minneapolis, MN 55369
763.656.4300


Site by Electric Pulp

# Vascular Solutions

## Vari-Lase 940 Endovenous Procedure Kit.

« HOME





The Vari-Lase 940 is compatible with Dornier 940 Laser System.

The Vari-Lase 940 is a professionally designed, feature-rich procedure kit for endovenous laser treatment of superficial venous reflux.

The Dornier D940 Diode Laser system is a product of Dornier MedTech America, Inc.

« Back to Products

- Vari-Lase 810nm Laser Console »
- Vari-Lase Endovenous Procedure Kit
- Vari-Lase 940 Endovenous Procedure Kit »
- Procedure Packs »
- AutoFill & VacLok »

### Our Products.
Select a product to learn more about our solutions.

DUETT  LANGSTON
D-Stat  PRONTO
Acolysis  Vari-Lase
 Maxxum




Duett, Duett Pro, Diagnostic Duett Pro, Pronto, Langston, Max-Support and ThrombiGel are trademarks of Vascular Solutions, Inc. D-Stat, Vari-Lase, Acolysis are registered trademarks of Vascular Solutions, Inc.

Site by Electric Pulp

©1999-2007 Vascular Solutions Inc. All rights reserved. Terms of Use

**Vascular Solutions, Inc.**
6464 Sycamore Court
Minneapolis, MN 55369
763.656.4300