# EXHIBIT E

Case 1:04-cv-10686-NMG   Document 46-6   Filed 06/01/2007   Page 1 of 3


# Laser Competitive Set*

|  | Diomed | Angio | Vasc | CoolTouch |
|---|---|---|---|---|
| Own EVLT® IP | Yes | No | No | No |
| FDA approval | 1st | 3rd | 5th | 6th |
| Market entry | 1st | 2nd | 5th | 6th |
| Market share | 1st | 2nd | 3rd | 4th – 5th |
| Laser placements | >1000 | 469+ | 125+ | 75+ |
| EVLT® Focus | Primary | < 20% | < 20% | Small/Growing |

*Excludes minor participants: Biolitec, Dornier and Total Vein Solutions

EVLT® by DIOMED


V 051707



# DIOMED

**DIOMED HOLDINGS, INC. (AMEX: DIO)**

*Leadership in Minimally Invasive Medical Procedures*