UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOTAL VEIN SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No. 04-10686 NMG |

**[ PROPOSED ] ORDER**

Pending before the Court is Diomed's Motion to Compel Discovery Responses and Depositions ("Motion to Compel") (Document No. 34) and Defendant Total Vein Solutions's Amended Opposition To Diomed's Motion To Compel and Cross-Motion to Stay This Case Pending Resolution of Diomed's Lawsuits Against the Four Full-Service Endovenuous Laser Companies. Having considered the motions, submissions, oral arguments of counsel and applicable law, the Court determines that Defendant's Motion to Compel should be denied and that Total Vein Solutions's cross-motion should be granted. Accordingly, the Court hereby

ORDERS that Diomed's Motion to Compel is DENIED and that Total Vein Solutions's Cross-Motion to Stay is GRANTED. This case is hereby stayed pending resolution at the district court of Diomed's actions against New Star Lasers, Inc. (Case No. 1:04-cv-12157-NMG) and Dornier Med Tech America, Inc. (Case No. 1:07-cv-10612-NMG), and pending resolution of any appeal to the Federal Circuit of Diomed's

577074_1.DOC

actions against Angiodynamics, Inc. and Vascular Solutions, Inc. (consolidated as Case No. 1:04-cv-10019-NMG).

IT IS SO ORDERED.

_____
Joyce London Alexander
United States Magistrate