IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOTAL VEIN SOLUTIONS, LLC, <br><br> Defendant. | CIVIL ACTION NO. 04-CV-10686 NMG |

**[PROPOSED] PRELIMINARY INJUNCTION ORDER**

The Court having considered Plaintiff Diomed, Inc.'s motion for a preliminary injunction against Total Vein Solutions, LLC ("TVS") under Rule 65(a) of the Federal Rules of Civil Procedure and having found such relief warranted because (1) Diomed has proven that it is likely to succeed on the merits of its patent infringement claims against TVS; (2) Diomed has proven that it would suffer irreparable harm absent preliminary injunctive relief; (3) the balance of hardships tips in Diomed's favor; and (4) the public interest favors entry of a preliminary injunction, **IT IS HEREBY ORDERED** that:

      1.      TVS and its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with any of them, are preliminarily enjoined and restrained from inducing or contributing to infringement of U.S. Patent No 6,398,777 ("the '777 patent") by:

      (a)      making, using, offering to sell, or selling in the United States, or importing into the United States any procedure packs that infringe the '777 patent, including but not limited to TVS Nos. 420, 4000, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4015, 4016, 4017, 4019, 4020, 4022, 4024, 4030, 4035, 4040, 4045, 4111, 4300, 4400, and 4401;

      (b)      making, using, offering to sell, or selling in the United States, or importing into the United States any components of the kits of sub-paragraph (a) that are intended for use, with or without other items, for endovenous laser treatment of varicose veins;

      (c)      making, using, offering to sell, or selling in the United States, or importing into the United States any optical fiber for use in endovenous laser treatment of varicose veins;

      (d)      advertising or otherwise promoting products for use in endovenous laser ablation procedures through any of the following activities:

- referencing Diomed, AngioDynamics, Vascular Solutions, Inc., EVLT®, VenaCure™, Vari-Lase®, or endovenous laser ablation in any printed advertisement or oral communication with any actual or prospective customers;
- obtaining "sponsored links" from Google, "sponsored results' from Yahoo, or any other Internet-based publicity linked to the Diomed, AngioDynamics, Vascular Solutions, Inc., EVLT®, VenaCure, Vari-Lase, or endovenous laser ablation "keywords;" and
- targeting actual or prospective customers known to perform endovenous laser ablation procedures using uncoated fibers.

- 3 -

     2.     TVS is ordered to provide a copy of this Order to each of its United States sales representatives, distribution executives and distributors of the products identified herein, whether or not such persons are employees of TVS.

     3.     This Court shall retain jurisdiction to enforce the provisions of this Order.

Dated: _____                        _____
                                                                  Nathaniel M. Gorton
                                                                  United States District Court Judge
                                                                  District of Massachusetts