IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>      Defendant. | CIVIL ACTION NO. 04-CV-10686 NMG |

## PLAINTIFF'S MOTION FOR A
## PRELIMINARY INJUNCTION

Plaintiff, Diomed, Inc. ("Diomed") moves the Court under Fed. R. Civ. P. 65(a) to enter a preliminary injunction pursuant to 35 U.S.C. § 283 enjoining the defendant Total Vein Solutions, Inc. from contributing to or inducing infringement of Diomed's U.S. Patent No. 6,398,777. Filed herewith is a copy of Diomed's proposed Order and a memorandum in support of Diomed's motion.

## LOCAL RULE 7.1(d) REQUEST FOR ORAL ARGUMENT

Diomed respectfully requests the opportunity to appear for oral argument on this motion.

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: June 6, 2007

/s/ Michael A. Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
John L. Strand (BBO #654985)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Diomed consulted with counsel for TVS in an attempt to narrow the issues addressed herein and was unable to come to any resolution.

/s/ Michael A. Albert

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert