IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 04-CV-10686 NMG |

## NOTICE OF MANUAL FILING

The memorandum in support of Plaintiffs' Motion for a Preliminary Injunction will be filed under seal with the clerk of the Court on June 7, 2007 pursuant to a protective order entered by the Court on March 14, 2005 (D.I. 19).

                                              Respectfully submitted,

                                              DIOMED, INC.

                                              By its attorneys,

Dated: <u>June 6, 2007</u>                                /s/ Michael A. Albert
                                                              Michael A. Albert (BBO #558566)
                                                              malbert@wolfgreenfield.com
                                                              Michael N. Rader (BBO #646990)
                                                              John L. Strand (BBO #654985)
                                                              WOLF, GREENFIELD & SACKS, P.C.
                                                              600 Atlantic Avenue
                                                              Boston, MA 02210
                                                              (617) 646-8000