IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 04-CV-10686 NMG |

**DECLARATION OF CHARLES T. STEENBURG
IN SUPPORT OF PLAINTIFF'S MOTION
<u>FOR A PRELIMINARY INJUNCTION</u>**

　　　　1.　　　　I, Charles T. Steenburg, an associate at Wolf, Greenfield & Sacks, P.C., attorneys for Diomed, Inc. in the above captioned matter, state as follows:

　　　　2.　　　　Attached hereto as Exhibit A are true and accurate copies of selected pages from the August 24 and August 25, 2005 deposition transcripts of Mr. David Centanni. This exhibit is being filed under seal.

　　　　3.　　　　Attached hereto as Exhibit B are true and accurate copies of selected pages from Plaintiff's Deposition Exhibit No. 5. This exhibit is being filed under seal.

　　　　4.　　　　Attached hereto as Exhibit C is a true and accurate copy of Plaintiff's Deposition Exhibit No. 3.

　　　　5.　　　　Attached hereto as Exhibit D are true and accurate copies of selected pages from Plaintiff's Deposition Exhibit No. 18.

　　　　6.　　　　Attached hereto as Exhibit E is a true and accurate copy of Plaintiff's Deposition Exhibit No. 48.

- 2 -

7. Attached hereto as Exhibit F is a true and accurate copy of selected pages from the transcript of day 6 (March 20, 2007) of the Diomed, Inc. v. AngioDynamics et al. jury trial (Civil Action No. 04-10019 NMG).

8. Attached hereto as Exhibit G is a true and accurate copy of Plaintiff's Exhibit No. 6.

9. Attached hereto as Exhibit H is a true and accurate copy of Plaintiff's Exhibit No. 49.

10. Attached hereto as Exhibit I is a true and accurate copy of the first page of results that I obtained after searching for "endovenous laser" on Google (http://www.google.com) on May 12, 2007.

11. Attached hereto as Exhibit J is a true and accurate copy of the first page of results that I obtained after searching for "Diomed" on Google on May 31, 2007.

12. Attached hereto as Exhibit K is a true and accurate copy of the first page of results that I obtained after searching for "EVLT" on Google on May 31, 2007.

13. Attached hereto as Exhibit L is a true and accurate copy of the first page of results that I obtained after searching for "Diomed" on Yahoo (http://www.yahoo.com) on May 31, 2007.

14. Attached hereto as Exhibit M is a true and accurate copy of the first page of results that I obtained after searching for "EVLT" on Yahoo (http://www.yahoo.com) on May 31, 2007.

15. Attached hereto as Exhibit N are true and accurate copies of selected pages from Plaintiff's Deposition Exhibit No. 12. This exhibit is being filed under seal.

16. Attached hereto as Exhibit O is a true and accurate copy of Plaintiff's Deposition Exhibit No. 53.

17. Attached hereto as Exhibit P is a true and accurate copy of selected pages from a 2006 report prepared by the Millennium Research Group.

18. Attached hereto as Exhibit Q is a true and accurate copy of Defendant Total Vein Solutions' Supplemental Responses to Diomed's First Set of Interrogatories.

19. Attached hereto as Exhibit R is a true and accurate copy of Defendant Total Vein Solutions' Responses to Diomed's Second Set of Interrogatories.

20. Attached hereto as Exhibit S is a true and accurate copy of Defendant New Star Lasers, Inc.'s responses to Diomed's First Set of Interrogatories in Civil Action No. 04-12157 (NMG) ("the CoolTouch case").

21. Attached hereto as Exhibit T is a DVD containing a true and accurate copy of a video produced by Defendant New Star Lasers in the CoolTouch case.

22. Attached hereto as Exhibit U is a DVD containing a true and accurate copy of a video produced by Dr. Ashish Bhatia (DuPage Medical Group, 636 Raymond Drive, No. 304, Naperville, IL, 60563) in response to a subpoena served by Diomed in the CoolTouch case. The subpoena requested "all documents concerning a presentation made by Dr. Robert Weiss in December 2004, including all videos, tapes, or other recordings of that presentation."

23. Attached hereto as Exhibit V is a DVD containing a true and accurate copy of a second video produced by Dr. Bhatia in response to the above-referenced subpoena.

24. Attached hereto as Exhibit W is a true and accurate copy of Plaintiff's Deposition Exhibit No. 25.

- 4 -

    25.    Attached hereto as Exhibit X is a true and accurate copy of Plaintiff's Deposition Exhibit No. 29.

    26.    Attached hereto as Exhibit Y is a true and accurate copy of Plaintiff's Deposition Exhibit No. 26.

    27.    Attached hereto as Exhibit Z is a true and accurate copy of Plaintiff's Deposition Exhibit No. 27.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.

Dated: June 6, 2007        /s/ Charles T. Steenburg
                                Charles T. Steenburg