TVS1473

CONFIDENTIAL-
ATTORNEYS' EYES ONLY
04-CV-10686-RGS



Witness: Tyrell Schiek
Plaintiff Diomed Depo. Ex. 3

Diomed v. Total Vein Solutions
Civil Action No: 04-10686

*We're celebrating*

# MARCH MADNESS!!

*with a special promotion*

## Order 5 Laser Fibers for only $495.00

Regular Price $119.95 - $124.95 each

*and also receive a* **bonus**



*"The Diagnosis and Treatment of Saphenous Vein Incompetence Using Duplex Ultrasound"*

A one hour professional training video by Craig Ridenhour R.V.T., R.D.C.S
formerly with the Arizona Heart Institute. Video production by V.A.S. Communication Phoenix, AZ

To order, call 713 863-1600 or fax to 713 863-1601
www.totalvein.com



TVS has laser fibers compatible with Diomed, Dornier, Biolitec,
and AngioDynamic Diode Lasers

*This Promotion and special pricing expires March 31, 2004