

## PRODUCT CATALOG

To order: Call 713 863-1600 or fax your order to: 713 863-1601

Please Visit our Website

### totalvein.com

February, 2004

*Witness: Tyrell Schiek*
*Plaintiff Diomed Depo. Ex. 18*

*Diomed v. Total Vein Solutions*
*Civil Action No: 04-10686*

CONFIDENTIAL-
ATTORNEYS' EYES ONLY
04-CV-10686-RGS

TVS01530

| | | | |
|---|---|---|---|
| TVS #3002 | **8F Introducer Kit**<br>For Radio Frequency Procedure<br><br>1 8FP CLI introducer<br>1 8FS Vessel Dilator<br>1 guidewire: 35/45/FC/SS/DE-3J & ST | 5<br>10<br>15+ | 24.95 ea<br>22.95 ea<br>19.95 ea |
| TVS #3003 | **Introducer 25cm x 5F**<br><br>1 25cm x 5F introducer<br>1 5F Vessel Dilator<br>1 guidewire 35/65/FC/SS/SE-3J/TEF | 5<br>10<br>15+ | 29.95 ea<br>27.95 ea<br>25.95 ea |
| TVS #3004 | **Introducer 35cm x 5F**<br><br>1 35cm x 5F Introducer<br>1 5F Vessel Dilator<br>1 guidewire 35/100/FC/SS/De-3J/TEF | 5<br>10<br>15+ | 29.95<br>27.95 ea<br>25.95 ea |
| TVS #3005 | **Introducer 45cm x 5F**<br><br>1 45cm x 5F Introducer<br>1 5F vessel dilator<br>1 guidewire 35/125/FC/SS/DE-3J/TEF | 5<br>10<br>15+ | 30.95 ea<br>28.95 ea<br>26.95 ea |
| TVS #3006 | **Introducer 65cm x 5F**<br><br>1 65cm x 5F introducer<br>1 5F vessel dilator<br>1 guidewire 35/150/FC/SS/DE-3J/TEF | 5<br>10<br>15+ | 32.95 ea<br>30.95 ea<br>28.95 ea |

## GUIDEWIRES

| | | | |
|---|---|---|---|
| TVS #3010 | **Nitnol Guidewire 35/150/Ref/Ang**<br>Hydrophilic coating for exceptionally smooth entry and navigation. One to one torque ratio. | 5<br>10<br>15+ | 32.95 ea<br>31.95 ea<br>29.95 ea |

## NEEDLES

| | | | |
|---|---|---|---|
| TVS #5001 | **19 gauge 2.75" Percutaneous Needle**<br>19g 2.75" Ultrathin wall arterial needle | 5<br>10<br>15+ | 3.90 ea<br>3.80 ea<br>3.75 ea |

## LASER FIBERS

| | | | |
|---|---|---|---|
| TVS #M0014 | **Surgical Laser Fiber**<br>600 Micron<br>With SMA Luer Connector, for use with **Dornier** 940 Diode Laser | 5<br>10<br>15+ | 124.95 ea<br>114.95 ea<br>104.95 ea |
| TVS #P0012 | **Surgical Laser Fiber**<br>600 Micron<br>With SMA-905 Connector for use with **Diomed, Biolitec** and **AngioDynamic** Diode Lasers | 5<br>10<br>15+ | 119.95 ea<br>109.95 ea<br>99.95 ea |