# ORDER FORM



**801 COLUMBIA • HOUSTON, TEXAS 77007**
*Order by Phone (713) 863-1600*
*Order by Fax (713) 863-1601*

DATE: _____    ORDER #: _____

| SHIP TO: | BILL TO: |
|---|---|
| TEL:          FAX: | TEL:          FAX: |

| QTY. | NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 5 | P0012 | Laser Fibers (for use with Diomed, Biolitec | | $495 | 00 |
| | | and AngioDynamic Diode Lasers) | | | |
| | | or | | | |
| 5 | M0014 | Laser Fibers (for use with Dornier 940 Diode Laser) | | $495 | 00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Method of Payment:   ☐ Visa   ☐ Master Card   ☐ Check   Ordered by _____

Credit Card # _____    Exp. Date _____  Signature _____

*INITIAL ORDER: All initial orders are prepaid. Subsequent orders are net 10 days (with credit approval.) Please allow 3-4 weeks lead time for the shipment of first order. Allow 7 days for subsequent shipments.*
*SHIPPING: Products are normally shipped via Fedex or UPS, all F.O.B destination.*
*RETURNED GOODS POLICY: Total Vein Solutions will accept return of any standard item within 90 days of shipment from invoice date. All returned items must be received by Total Vein Solutions in saleable conditions and all items must not have been held by customer more than 90 days. Request must be made by telephone to 713-335-5511 before shipment. All returned products must be accompanied by original order invoice or facsimile. Return items are all subject to 20% restocking charge. No credit will be given for an item returned unsuitable for restocking.*

*Witness: David Centanni & 30(b)(6) of Total Vein Solutions*
**Plaintiff Diomed Depo. Ex. 48**
*Diomed v. Total Vein Solutions*
*Civil Action No: 04-10686*

CONFIDENTIAL-
ATTORNEYS' EYES ONLY
04-CV-10686-RGS

TVS01526