Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIOMED, INC.,                    )
        Plaintiff,       )
                                 )
                                 )
vs.                              ) CA No. 04-10444-NMG
                                 )
                                 )
VASCULAR SOLUTIONS, INC.,        )
        Defendant.       )
_____
DIOMED, INC.,                    )
        Plaintiff,       )
                                 )
                                 )
vs.                              ) CA No. 04-10019-NMG
                                 )
                                 )
ANGIODYNAMICS, INC.,             )
        Defendant.       )

BEFORE: THE HONORABLE NATHANIEL M. GORTON

DAY SIX OF JURY TRIAL

John Joseph Moakley United States Courthouse
Courtroom No. 4
One Courthouse Way
Boston, MA 02210
Tuesday, March 20, 2007
9:08 A.M.

Cheryl Dahlstrom, RPR, RMR
Debra M. Joyce, RMR, CRR
Official Court Reporters
John Joseph Moakley United States Courthouse
One Courthouse Way, Room 3209
Boston, MA 02210
Mechanical Steno - Transcript by Computer

Page 2

```
 1  APPEARANCES:
 2  WOLF, GREENFIELD & SACKS, P.C.
       By:  Michael A. Albert, Esq.
 3          Michael N. Rader, Esq.
            John L. Strand, Esq.
 4     600 Atlantic Avenue
       Boston, Massachusetts 02210
 5  On behalf of the Plaintiff.
 6  DORSEY & WHITNEY LLP
       By:  J. Thomas Vitt, Esq.
 7          Heather Redmond, Esq.
       50 South Sixth Street, Suite 1500
 8     Minneapolis, Minnesota 55402-1498
    On behalf of the Defendant Vascular Solutions, Inc.
 9
    McCARTER & ENGLISH, LLP
10     By:  William H. Bright, Jr., Esq.
            Mark D. Giarratana, Esq.
11     185 Asylum Street
       Hartford, Connecticut 06103
12  On behalf of the Defendant AngioDynamics, Inc.
13  Also Present:  Kristin Peters
                   David Schlaifer
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1               I N D E X
 2  Testimony of:    Direct  Cross  Redirect  Recross
 3  DAVID DOSTER (Cont'd)
       by Mr. Bright            21
 4     by Mr. Appling     4              82
 5  WILLIAM APPLING
       by Mr. Giarratana  25             77
 6     by Mr. Albert             50
 7  THOMAS PROEBSTLE, M.D.
       by Mr. Vitt        84            202
 8     by Mr. Albert            160
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                PROCEEDINGS
 2       THE COURT:  Good morning, jurors.  We are ready to
 3  resume.  Mr. Doster will please retake the witness stand.  I
 4  believe -- Mr. Bright, were you through with direct
 5  examination?
 6       MR. BRIGHT:  Yes, your Honor.
 7       THE COURT:  Cross-examination, Mr. Albert.
 8       MR. ALBERT:  Thank you, your Honor.
 9       THE COURT:  Mr. Doster.  You're reminded you remain
10  under oath.  Please be seated.  Mr. Albert, you may conduct
11  cross-examination.
12  CROSS-EXAMINATION BY MR. ALBERT:
13  Q.  Good morning, Mr. Doster.
14  A.  Good morning.
15  Q.  Mr. Doster, you're not a specialist in reading
16  ultrasounds, correct?
17  A.  No, I'm not.
18  Q.  And you don't have medical or scientific training, is that
19  right?
20  A.  No, I do not.
21  Q.  You haven't done any experiments to figure out what the
22  mode of action is of endovenous laser treatment, is that
23  correct?
24  A.  No, I have not.
25  Q.  Now, Mr. Doster, you testified yesterday about the
```

Page 5

```
 1  instructions for use, the IFUs, that AngioDynamics includes in
 2  its laser kits, is that correct?
 3  A.  Yes.
 4  Q.  In particular, you testified that you drafted the first
 5  AngioDynamics IFU for the Elvs product, which is now known as
 6  VenaCure, is that right?
 7  A.  Yes.
 8  Q.  And that you did that in conjunction with Doctor Kabnick?
 9  A.  Yes.
10  Q.  You said that you reviewed a procedure that he was doing,
11  and you laid out the steps of that procedure in the
12  instructions for use, is that right?
13  A.  I don't know if the draft was before the -- rough draft
14  was before I saw the case or after, but I drafted it and there
15  was a redraft.  So there's many drafts of it.
16  Q.  You were asked in your direct testimony yesterday, "Did
17  you write these steps," referring to the first seven steps, and
18  you said, "Yes, I did"?
19  A.  Yes, I did.
20  Q.  Then you were asked about Step 26, and you said you
21  drafted that step as well?
22  A.  Yes.
23       MR. ALBERT:  Permission to approach, your Honor?
24       THE COURT:  Yes.
25  Q.  Mr. Doster, do you recall being deposed in this case?
```

Page 14

1  right?
2  A. That is correct.
3  Q. There is nothing in the instructions for use that
4  AngioDynamics provides to its doctors that says to use a steam
5  bubble, is there?
6  A. It discusses a steam bubble in the IFU.
7  Q. Does it say --
8  A. Does it not?
9  Q. Does it say to create a steam bubble somewhere in the IFU?
10 A. I don't have one in front of me.
11 Q. You don't recall?
12 A. I don't recall.
13 Q. Now, AngioDynamics puts out a physician training guide,
14 correct?
15 A. That's correct.
16 Q. In fact, that guide is in that box that you have right in
17 front of you that you were testifying about yesterday, right?
18 A. Yes.
19 Q. And that goes to all of the physician who purchase your
20 kits, right?
21 A. Yes.
22 Q. Now, could you pull out the physician training guide
23 that's in that box if you have it there currently.
24     MR. ALBERT: Dave, could you put Exhibit 1030 up on
25 the screen so we can all see it.

Page 15

1  Q. This is the physician training guide that we're talking
2  about, correct?
3  A. Yes.
4  Q. And you see the title --
5     MR. ALBERT: Well, Dave, go to Page 190.
6  Q. This is a chart that's included in that physician training
7  guide, correct?
8  A. Correct.
9  Q. You see the title at the top of that chart, "Endovascular
10 Saphenous Vein Ablation Scientific Literature Summary"?
11 A. Yes.
12 Q. So this is a chart that lists a number of articles
13 relating to the endovascular laser treatment, correct?
14 A. That is correct.
15 Q. And you provide this to physicians?
16 A. Yes.
17 Q. In this chart AngioDynamics identifies a number of
18 articles, and they list information including the author, the
19 journal, the date, which hardware was used and some other
20 information, correct?
21 A. Correct.
22 Q. And you see in that chart there are various references to
23 articles by Doctor Min and Doctor Navarro, correct?
24 A. Yes.
25 Q. And you understand that Doctor Min and Doctor Navarro have

Page 16

1  described in their articles that the procedure works by
2  contact, right?
3  A. Yes.
4  Q. There is nothing in this chart that suggests that there
5  are two different endovascular laser treatment procedures, one
6  with contact and one without, right?
7  A. That's correct.
8  Q. They're all listed in the same single chart, right?
9  A. Correct.
10     MR. ALBERT: Dave, you can take that down.
11 Q. Mr. Doster, you testified yesterday that by April of 2002
12 AngioDynamics had assembled the team to launch the laser
13 treatment product, right?
14 A. Yes.
15 Q. In fact, by April of 2002, AngioDynamics had already made
16 a commitment and signed a supply contract with its business
17 partner Biolitec, right?
18 A. That is correct.
19 Q. Did you hear Mr. Hobbs testify yesterday about the
20 company's getting an opinion from outside patent counsel?
21 A. Yes, I did.
22 Q. And requesting that opinion, I believe, in late September
23 of 2002?
24 A. Yes.
25 Q. By the time that opinion was requested of outside counsel,

Page 17

1  AngioDynamics had already made a commitment that it was going
2  to launch this product line five months earlier, is that
3  correct?
4  A. We were -- yes.
5  Q. Now, Mr. Doster, AngioDynamics sells its VenaCure kits
6  exclusively for the VenaCure procedure, right?
7  A. That is correct.
8  Q. And the lasers -- the laser consoles that are sold with it
9  are also exclusively for the VenaCure procedure, right?
10 They're not sold for any other purpose, right?
11 A. That's correct.
12 Q. Now, Mr. Doster, you're familiar with the radiofrequency,
13 or RF, procedure that's sold by a company called VNUS?
14 A. I am.
15 Q. The laser procedure that your company sells has
16 considerable advantages over the RF procedure, doesn't it?
17 A. Yes.
18 Q. So, for example, time, price, efficacy, these are all
19 advantages that laser has over RF?
20 A. Yes.
21 Q. On the time issue, the pull-back speed, you can do the
22 pull-back on the laser procedure in about three to five
23 minutes?
24 A. That's a good guess, yes.
25 Q. Whereas, it's about 20 minutes for the RF procedure?

5 (Pages 14 to 17)