# Your Complete Supply Source
## Office-Based & Ambulatory Vein Surgery

TVS0930




*LAST year!*

Witness: Tyrell Schiek
Plaintiff Diomed Depo. Ex. 6
Diomed v. Total Vein Solutions
Civil Action No: 04-10686

## TotalVein™ SOLUTIONS

CONFIDENTIAL
04-CV-10686-RGS

**Supplying the Needs of Today's Vein Surgeons**



TVS0931

With the assistance of Vein Surgeons nationwide, Total Vein Solutions has developed a complete and comprehensive line of venous surgery packs and access products. We supply these products in order to meet the ever-expanding requirements of the advanced surgical procedures that are evolving and that are being performed in the surgical suites of Today's Vein Surgeons.

Total Vein Solutions is dedicated to providing the highest quality products to physician's and surgery centers...... always with their bottom line in mind.

Tyrell Lynn Schiek
General Manager

## TVS #4001
### Micro-Phlebectomy Pack

**Premium Surgical Pack** which includes the necessary items to successfully perform venous surgeries. Tumescent anesthesia is administered with spinal needle or with a 30cc syringe. Hooks not included.

- 1 scalpel, #11 long handle
- 2 syringes, 10cc
- 1 syringe, 30cc
- 1 needle, 25G x 1.5"
- 1 spinal needle, 20G x 3.5"
- 1 needle, 18G x 1.5"
- 1 IV set, 72"
- 10 sponges, 4x4
- 6 blue cloth towels
- 3 steri-strips .5" x 4"
- 1/2 drape sheet 41" x 58"
- 3/4 drape sheet 60" x 77"
- 1 table cover 44" x 76"
- 1 procedure tray
- 1 solution bowl, 8 oz

## TVS #4001A
### Micro-Phlebectomy Pack
(Same contents as #4001 pack, except gowns are included)

**Premium Surgical Pack** which includes the necessary items to successfully perform venous surgeries. Tumescent anesthesia is administered with spinal needle. Includes gowns. Hooks not included.

## TVS #4002
### Endovenous Percutaneous Entry Pack
For Endovenous Procedure with Laser

**Premium Surgical Pack** that includes Micro-Puncture Kit and 35cm 5F introducer and wire. Tumescent anesthesia administered with spinal needle, or a stainless steel cannula may be used.

- 1 35cm 5F introducer
- 1 dilator 5F
- 1 guidewire 35/65/FC/SS/DE-3J&ST
- 1 dilator, vessel 5F micro
- 1 dilator, vessel 3F micro
- 1 needle, AMC/4 21G x 2.75"
- 1 18/45/FC/SS/ST/mandrel
- 1 xylocaine 1% 5ml amp
- 1 probe cover, 6" x 48" w/gel
- 1 syringe, 5cc
- 2 syringe, 10cc
- 1 syringe 30cc
- 1 needle, 25G x 1.5"
- 1 needle, 20G x 1.5"
- 1 spinal needle, 20G x 3.5"
- 1 IV set 72"
- 1 scalpel #11 long handle
- 3 steri-strips .5" x 4"
- 10 sponges 4x4
- 1/2 drape sheet 41" x 58"
- 3/4 drape sheet 60" x 77"
- 6 blue cloth towels
- 4 towels 24" x 15" adhesive backing
- 1 table cover 44" x 76"
- 1 solution bowl 8 oz
- 1 utility bowl 16 oz
- 1 surgical marker
- 2 gowns XL
- 1 procedure tray

## TVS #4002A
### Endovenous Percutaneous Entry Pack
For Endovenous Procedure with Laser
(Same contents as #4002, except includes a 45cm 5F introducer instead of the 35cm 5F introducer.)

**Premium Surgical Pack** that includes Micro-Puncture Kit and 45cm 5F introducer and wire. Tumescent anesthesia administered with spinal needle, or a stainless steel cannula may be used.

CONFIDENTIAL-
ATTORNEYS' EYES ONLY
04-CV-10686-RGS

CONFIDENTIAL
04-CV-10686-RGS



TVS0932

Our surgical packs and access products contain brand medical components from major manufacturers and are assembled under ISO 9002 and KEMA Standards.

### TVS #4003 Endovenous Pack
*For Endovenous Procedure with Laser or Radio Frequency*

Premium Surgical Pack utilizing 19 gauge ultra thin wall arterial needle for percutaneous entry. Tumescent anesthesia administered with spinal needle, or a stainless steel cannula may be used. Micro-Puncture Kit and Introducer not included.

- 1 arterial needle 19G x 2.75" UTW
- 1 ultrasound probe cover 6" x 48"
- 1 scalpel, #11 long handle
- 1 spinal needle 20 x 3.5"
- 2 needles 25G x 1.5"
- 1 needle 20G x 1.5"
- 1 syringe 30cc
- 2 syringes 10cc
- 1 syringe 5cc

- 1 IV set 72"
- 1 xylocaine 1% 5ml amp
- 3 steri-strips .5" x 4"
- 2 XL gowns
- 2 absorbent towels 15" x 21"
- 4 towels 24" x 15", adhesive backing
- 6 blue cloth towels
- 10 sponges, 4x4
- 1 surgical marker

- 1 utility bowl 16 oz
- 1 solution bowl 8oz
- 1/2 drape sheet 41" x 58"
- 3/4 drape sheet 60" x 77"
- 1 table cover 44" x 76"
- 1 procedure tray
- 2 light covers

### TVS #4004 Endovenous Pack "Special"
*For Endovenous Procedure with Laser*

Premium Surgical Pack utilizing a small 30 gauge needle for local anesthesia. 19-gauge ultra thin wall arterial needle for percutaneous entry. 45cm 5F introducer and guidewire included for access. Tumescent anesthesia administered with 20 gauge spinal needle attached to 72" extension set and 3-way stopcock or a stainless steel cannula may be used.

- 1 45cm 5F introducer
- 1 guidewire 35/150/FC/PTFE/3J
- 1 vessel dilator 5F
- 1 needle AMC/4 19GTW x 2.75"
- 1 needle 30G x 1"
- 1 needle 25G x 1.5"
- 1 spinal needle 20G x 3.5"
- 1 syringe 1cc
- 1 syringe 10cc
- 1 syringe 30cc

- 1 needle 20G x 1.5"
- 1 xylocaine 1% 5 ML amp
- 1 IV set 72"
- 1 extension set 72"
- 1 3-way stopcock
- 1 ultrasound probe cover 6" x 48" w/gel
- 3 steri-strips .5" x 4"
- 1 scalpel #11 long handle
- 10 gauze sponges 4x4
- 1 surgical marker

- 2 light handle covers
- 6 blue cloth towels
- 2 gowns XL
- 1 utility bowl 16 oz
- 1 solution bowl 8oz
- 2 drape sheets 60" x 77"
- 1 table cover 44" x 76"
- 1 procedure tray

### TVS #4005 Endovenous Pack
*For Endovenous Procedure with Laser or Radio Frequency*

Premium Surgical Pack with Micro-Puncture Kit for percutaneous entry. Tumescent anesthesia administered with spinal needle, or a stainless steel cannula may be used. Introducer not included.

- 1 dilator, vessel 5F micro
- 1 dilator, vessel 3F micro
- 1 needle AMC/4 21G x 2.75"
- 1 .18/45/FC/SS/ST/mandrel
- 1 ultrasound probe cover 6" X 48"
- 1 scalpel, #11 long handle
- 1 spinal needle 20 x 3.5"
- 2 needles 25G x 1.5"
- 1 needle 20G x 1.5"
- 1 syringe 20cc

- 2 syringes 10cc
- 1 syringe 5cc
- 1 IV set 72"
- 1 xylocaine 1% 5ml amp
- 3 steri-strips .5" x 4"
- 2 XL gowns
- 2 absorbent towels 15" x 21"
- 4 towels 24" x 15" adhesive backing
- 6 blue cloth towels
- 10 sponges 4x4

- 1 surgical marker
- 1 utility bowl 16 oz
- 1 solution bowl 8 oz
- 1/2 drape sheet 41" x 58"
- 3/4 drape sheet 60" x 77"
- 1 table cover 44" x 76"
- 1 procedure tray
- 2 light covers

CONFIDENTIAL- ATTORNEYS' EYES ONLY 04-CV-10686-RGS

CONFIDENTIAL 04-CV-10686-RGS

TVS0933

*"My staff found the _____ of the packs purchased from Total Vein Solutions was less than if we would have purchased the components separately."*

Mark E. Skellenger, M.D., F.A.C.S.
Clear Lake, Texas

### #M0014
### Surgical Laser Fiber
**600 Micron**

With SMA Luer Connector for use with Dornier 940 Diode laser

### #P0012
### Surgical Laser Fiber
**600 Micron**

With SMA – 905 Connector for use with Diomed, Biolitec and AngioDynamic Diode lasers

### TVS #2001
### Micro-Puncture Kit

1 21G X 2.75" AMC/4 Needle
1 5F Vessel Dilator
1 3F Vessel Dilator
1 18/45/FC/SS/ST/Mandrel

### TVS #3001
### 6F Introducer Kit
**For Radio Frequency Procedure**

1 6FP CLI Introducer
1 6FS Vessel Dilator
1 Guide Wire: 35/45/FC/SS/SE-3J & ST

### TVS #3002
### 8F Introducer Kit
**For Radio Frequency Procedure**

1 8FP CLI Introducer
1 8FS Vessel Dilator
1 Guide Wire: 35/45/FC/SS/DE-3J & ST

### TVS #3003
### Introducer 25cm x 5F

1 25cm x 5F Introducer
1 5F Vessel Dilator
1 38/150/FC/PTFE/3J

### TVS #3004
### Introducer 35cm x 5F

1 35cm x 5F Introducer
1 5F Vessel Dilator
1 38/150/FC/PTFE/3J

### TVS #3005
### Introducer 45cm x 5F

1 45cm x 5F Introducer
1 5F Vessel Dilator
1 38/150/FC/PTFE/3J

### TVS #3006
### Introducer 65cm x 5F

1 65cm x 5F Introducer
1 5F Vessel Dilator
1 38/150/FC/PTFE/3J



*"Ordering the numerous and difficult to locate medical products to perform vein surgery is a time-consuming and an inventory control nightmare. The surgery packs from Total Vein Solutions has been a tremendous relief from this problem and has also been a very cost effective solution for us."*

Total Vein Solutions, Inc
2425 West Loop South, #200
Houston, Texas 77027
CONFIDENTIAL-
ATTORNEYS' EYES ONLY
04-CV-10686-RGS

CONFIDENTIAL
04-CV-10686-RGS

Rick Pustka, PA-C
Mid-America Surgical Associates
Wichita, Kansas

www.totalvein.com   To order call: (713) 335-5511 or Fax (713) 297-9198