CONFIDENTIAL-
ATTORNEYS' EYES ONLY
04-CV-10686-RGS



Total**Vein**™
S O L U T I O N S

TVS1472

# EVLT, ELVeS, ELAS, and VNUS
# *Why use Sterile Endovenous Packs?*

*"We cut our turn around time between procedures by 30 minutes and saved nearly $100.00 per in-office surgery. If you want to make your Surgeon and or staff happy, use Total Vein Solutions Laser and Micro-Phlebectomy packs. We love them."*

**Erik B. Khan,** Surgical Assistant
New Mexico Vein Treatment Center
Las Cruces, NM

*"Ordering the numerous and difficult to locate medical products to perform vein surgery is a time-consuming process and an inventory control nightmare. The surgery packs from **Total Vein Solutions** have been a tremendous relief from this problem and have also been a very cost effective solution for us."*

**Rick Pustka, PA-C**
Kansas Vein Center
Wichita, Kansas

*"My staff found that the total cost of the packs purchased form **Total Vein Solutions** was less than if we would have purchased the components separately."*

**Mark E. Skellenger, M.D., F.A.C.S.**
Cosmetic Vein Center Of Texas
Clear Lake City, Texas

*"We did a breakdown of our venous surgery supply cost, and found that the sterile procedure packs we get from **Total Vein Solutions** saved us 40%...not to mention all the time saved in assembling the individual components."*

**Margaret Rodriguez, R.N.**
Vein Centers of Excellence
Austin, Texas





## TVS# 4002A, one of our most popular packs:
Includes Micro-Puncture Kit and 45cm 5F Introducer Kit for access plus all necessary medical components for surgery and includes gowns.

**Access Device**
**Micro-puncture kit**
1 dilator, vessel 5F micro
1 dilator, vessel 3F micro
1 needle, AMC/4 21G x 2.75"
1 18/45/FC/SS/ST/mandrel

**Introducer Kit**
1 45cm 5F introducer
1 dilator 5F
1 guidewire 35/100/FC/SS/DE-3J TEF

**Drapes, Towels & Sponges**
2 gowns XL
¾ drape sheet 60" x 77"
½ drape sheet 41" x 58"
4 towels 24" x 15" adhesive backing
10 sponges 4 x 4
6 blue cloth towels
1 table cover 44" x 76"



"I Love My Packs
They Have Exactly
what we Need!"

"I Like Them Too,
They Save Me Money!"

**Needles & Syringes**
1 syringe, 5cc
2 syringes, 10cc
1 syringe, 30cc
1 needle, 20g x 1.5"
1 needle, 25g x 1.5"
1 spinal needle, 20g x 3.5"
1 IV set, 72"

**Ancillary Products**
1 Xylocaine 1% 5ml amp
1 scalpel #11 long handle
1 ultrasound probe cover 6" x 48" w/gel
3 steri-strips .5" x 4
1 surgical marker
1 solution bowl 8 oz
1 utility bowl 16 oz
1 procedure tray

*Witness: David Centanni & 30(b)(6) of Total Vein Solutions Plaintiff Diomed Depo. Ex. 49 Diomed v. Total Vein Solutions Civil Action No: 04-10686*

801 Columbia, Houston, Tx 77007
*To order by phone: (713) 863-1600 • To order by fax: (713) 863-1601 • www.totalvein.com*