Google

Web   Images   Video   News   Maps   more »

endovenous laser        [Search]   Advanced Search / Preferences

New! View and manage your web history

**Web**                                Results **1 - 10** of about **92,300** for **endovenous** **laser**. (0.33 seconds)

### eMedicine - Varicose Vein Treatment with Endovenous Laser Therapy ...
Varicose Vein Treatment with **Endovenous Laser** Therapy - Venous insufficiency from superficial reflux through varicose veins is a serious problem that ...
www.emedicine.com/derm/topic750.htm - 66k -
Cached - Similar pages - Note this

### EndoVenous Laser Treatment
EVLT® by Diomed is the leading **laser** treatment for varicose veins.
www.evlt.com/ - 10k - Cached - Similar pages - Note this

### Endovenous Laser Treatment - EVLT For Varicose Veins
**Endovenous laser** treatment or EVLT is an alternative to surgical stripping of certain underlying veins that are the source of surface varicose veins.
www.veindirectory.org/content/**endovenous**_techniques.asp - 29k -
Cached - Similar pages - Note this

### Medrehab - Endovenous Laser Treatment of Varicose Veins (EVLT)
**Endovenous laser** treatment is performed under local anesthesia in the doctor's office. There is little to no scarring and a relative short recovery period ...
www.medrehab.com/**Endovenous_Laser_**Treatment.php - 28k -
Cached - Similar pages - Note this

### Endo venous Laser, a new treatment for varicose veins, by ...
Endo venous **Laser**, a new treatment for varicose veins, in particular for dealing with the greater saphenous vein and the small saphenous vein, ...
www.endo-venous-**laser**.co.uk/ - 7k - Cached - Similar pages - Note this

### Endovenous laser treatment of saphenous vein reflux: long-term ...
PURPOSE: To report long-term follow-up results of **endovenous laser** treatment for great saphenous vei...
www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&list_uids=12902556&dopt=Abstract - Similar pages - Note this

### EVLT - Endovenous Laser Treatment
**Endovenous Laser** Treatment for minimally invasive varicose vein treatment under local anaesthetic.
www.sweeneychaloner.co.uk/evlt.htm - 9k - Cached - Similar pages - Note this

### endovenous laser therapy evlt varicose veins sclerotherapy
South East vascular center for vascular and endovascular surgery. Board Certified Vascular Surgeons trained in endovascular surgery.
www.endovascular.net/varicoseveins.htm - 16k - Cached - Similar pages - Note this

### Vein Clinic

**Sponsored Links**

### Total Vein Solutions
Vein Surgery Supplies.
Save Up To 50% or More!
www.TotalVein.com

### Eliminate Varicose Veins
State-of-the-art **Laser** Treatments
Affordable, In-Office Procedure
www.NewHampshireVeins.com

### The Vein Store
**Endovenous Laser** Packs, Accessories
Supplies & Equipment for Physicians
www.theveinstore.com

### Laser Therapeutics, Inc.
Supplier of anti-smoking LLLT **laser**
weight loss, pain, **Laser** Therapy
www.**laser**therapeutics.us

### The Vein Clinic
Comprehensive vein treatment
center in San Diego
www.sdveinclinic.com

More recently, **endovenous laser** therapy has been developed to treat chronic venous ...
With **endovenous laser** therapy, no surgery is required, and the entire ...
www.veinvarices.com/**endovenous**.htm - 10k - Cached - Similar pages - Note this

### Laser treatment for varicose veins - Sleep Disorders on Yahoo! Health
**Endovenous laser** treatment. This newer technology is becoming more available for ...
**Endovenous laser** treatment is used to close off a larger varicose vein, ...
health.yahoo.com/topic/sleep/treatment/article/healthwise/tn10097 - 35k - May 11, 2007 -
Cached - Similar pages - Note this

Result Page:    **1** 2 3 4 5 6 7 8 9 10    **Next**

Try Google Desktop: search your computer as easily as you search the web.

[ endovenous laser ]    [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google