Web  Images  Video  News  Maps  Gmail  more ▼                                                                    Sign in

[Google]

                    diomed                                    [Search]  Advanced Search
                                                                        Preferences

| Web | Results **1** - **10** of about **1,010,000** for **diomed**. (0.08 seconds) |

**Diomed** Inc. - Welcome                                         Sponsored Links
**Diomed** is the industry leader in vein care. **Diomed** introduced the use
of diode lasers for surgery and other medical applications such as PDT    The Vein Store
and was the ...                                                           Endovenous Laser Packs, Accessories
 Stock quote for DIO                                                      Supplies & Equipment for Physicians
www.**diomed**inc.com/ - 9k - Cached - Similar pages                      www.theveinstore.com

   **Diomed** Inc. - Company Information                                  Total Vein Solutions
   **Diomed** Inc. - Uniquely Committed to Advancing Vein Care.           Vein Surgery Supplies.
   www.**diomed**inc.com/content/company-info/about-**diomed**.jsp -      Save Up To 50% or More!
   9k - Cached - Similar pages                                            www.TotalVein.com

Varicose Veins Laser Treatment - EVLT®                                    **Diomed**
EVLT® by **Diomed** is the leading laser treatment for varicose veins. ...  Looking for **Diomed**?
Court Rules for **Diomed**; **Diomed** Wins Motion on Validity and        Find exactly what you want today.
Enforceability of EVLT ...                                                www.eBay.com
www.evlt.com/ - 10k - Cached - Similar pages
                                                                          ELVeS Laser Vein System
**Diomed**                                                                Minimal Invasive Laser Treatment
Thoroughbred Heritage web site, portraits of famous thoroughbreds.        Ultrasound Guided; Quick-45 min.
www.tbheritage.com/Portraits/**Diomed**.html - 28k -                      www.biolitec-us.com
Cached - Similar pages

Welcome to the **Diomed** Developments Group Homepage
www.dermal.co.uk/ - 7k - Cached - Similar pages

**Diomed** wins court order vs. rivals in patent row - The Boston Globe
THE REGION **Diomed** Holdings Inc. won a federal court order blocking rivals
AngioDynamics Inc. and Vascular Solutions Inc. from using its patented technology ...
www.boston.com/business/articles/2007/
05/23/**diomed**_wins_court_order_vs_rivals_in_patent_row/ - Similar pages

**Diomed** - Wikipedia, the free encyclopedia
**Diomed**, born in 1777, one year into the American Revolution, was an English bred
thoroughbred race horse who led a life of ups and downs worthy of Anna ...
en.wikipedia.org/wiki/**Diomed** - 23k - Cached - Similar pages

boston.stockgroup.com - Overview
Judge Rules for **Diomed** in '777 Patent Post Trial Hearing ... www.streetinvesting.com:
Placing an Increased Focus on **Diomed** Holdings Inc. in 2007 ...
boston.stockgroup.com/sn_overview.asp?ticker=DIO - Similar pages

**Diomed**
Click on a photo to see a larger version. Grey-headed Albatross, Yellow-nosed Albatross,
Shy Albatross. Black-footed Albatross, Waved Albatross, Laysan ...
www.wfu.edu/albatross/**diomed**.htm - 7k - Cached - Similar pages

**Diomed** — Infoplease.com
The Night Adventure of **Diomed** and Ulysses. - The Iliadby Homer The Embassy to Achilles.

The Third Battle, and the Acts... The Night Adventure of . **...**
www.infoplease.com/ce6/ent/A0912556.html - 26k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10  **Next**

Download Google Pack: free essential software for your PC

| | |
|---|---|
| diomed | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google