Web  Images  Video  News  Maps  Gmail  more ▼                                                                         *Sign in*

[Google]                    EVLT                                    [Search]   Advanced Search
                                                                                Preferences

**Web**                                          Results **1** - **10** of about **139,000** for **EVLT**. (**0.17** seconds)

Sponsored Links                                                   Sponsored Links

**ELVeS Laser Vein System**
www.biolitec-us.com    Minimal Invasive Laser Treatment Ultrasound   **EVLT**
Guided; Quick-45 min.                                                A State Of The Art Laser Treatment
                                                                     To Eliminate Varicose Veins.
**Eliminate Varicose Veins**                                         www.**evlt**.com
www.NewHampshireVeins.com    State-of-the-art Laser Treatments
Affordable, In-Office Procedure                                      **Total Vein Solutions**
                                                                     Vein Surgery Supplies.
**Varicose Veins Laser Treatment - EVLT®**                           Save Up To 50% or More!
                                                                     www.TotalVein.com
**EVLT**® by Diomed is the leading laser treatment for varicose veins.
www.**evlt**.com/ - 10k - Cached - Similar pages                     **Laser & Vein Esthetics**
                                                                     Lave MD specializes in varicose
   **EVLT® - About EVLT®**                                           vein treatments and esthetic svcs
                                                                     www.lavemd.com
   **EVLT**® The No-Surgery No-Scar Way to Treat Varicose Veins.
   **EVLT**® is safe, fast, and effective procedure.                 **The Vein Store**
   www.**evlt**.com/content/patients/about-**evlt**/index.jsp - 11k - Endovenous Laser Packs, Accessories
   Cached - Similar pages                                            Supplies & Equipment for Physicians
[ More results from www.evlt.com ]                                   www.theveinstore.com

**eMedicine - Varicose Vein Treatment with Endovenous**              **Endovenous ablation help**
**Laser Therapy ...**                                                Have Expert Consultant At Your Side
                                                                     Don't go it alone
Synonyms and related keywords: endovenous laser ablation, **EVLT**, ...  www.paconcepts.com
Ablation of the vein by endovenous laser therapy (**EVLT**) is a newer
procedure that is ...                                                **Vein Clinic Marketing**
www.emedicine.com/derm/topic750.htm - 66k -                          Attract more patients to your vein
Cached - Similar pages                                               clinic. Vein clinic specialists.
                                                                     veinpractice.com
**Eagle Valley Land Trust**
                                                                     **Evlt**
The **Eagle Valley Land Trust** is dedicated to preserving open lands  Looking for **Evlt**?
for agriculture, wildlife & scenic beauty in the Eagle River Valley. ...  Find exactly what you want today.
www.**evlt**.org/ - 1k - Cached - Similar pages                      www.eBay.com

**Diomed Inc. - Welcome**                                                More Sponsored Links »

Today, **EVLT**® by Diomed is the #1 laser solution for eliminating
varicose veins. Diomed's unique commitment to advancing vein care
has inspired the ...
⊞Stock quote for DIO
www.diomedinc.com/ - 9k - Cached - Similar pages

**Medrehab - Endovenous Laser Treatment of Varicose Veins (EVLT)**

The procedure is called Endovenous Laser Treatment (**EVLT**); it is an outpatient procedure,
which means you can resume your normal activities almost ...
www.medrehab.com/Endovenous_Laser_Treatment.php - 28k - Cached - Similar pages

**EVLT - A new laser treatment for varicose veins**

At an **EVLT**™ treatment center, you can have your vein reflux treated as an out-patient
procedure in about 45 minutes and then you can walk home. ...
www.**evlt**.ca/ - 15k - Cached - Similar pages

**EVLT** - A new laser treatment for varicose veins
**EVLT** involves first using duplex ultrasound to map out the saphenous vein and then move a laser fiber through the vein to the groin. **...**
www.**evlt**.ca/physicians/procedure1.html - 21k - Cached - Similar pages

endovenous laser therapy **evlt** varicose veins sclerotherapy
South East vascular center for vascular and endovascular surgery. Board Certified Vascular Surgeons trained in endovascular surgery.
www.endovascular.net/varicoseveins.htm - 16k - Cached - Similar pages

**[PDF]** Microsoft PowerPoint - Technical Aspects of **EVLT**
File Format: PDF/Adobe Acrobat - View as HTML
**EVLT** – Conclusions. • Results comparable or superior to other **...** **EVLT**. • Can be also be used to treat reflux in. • Short Saphenous vein **...**
www.miit.com/PDF/MIIT%202003/Technical%20Aspects%20of%20**EVLT**.pdf - Similar pages

**1** 2 3 4 5 6 7 8 9 10    **Next**

Download Google Pack: free essential software for your PC

EVLT    Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google