Yahoo!  My Yahoo!  Mail  Welcome, **Guest** [Sign In]                                                                                Help

**YAHOO! SEARCH**

Web | Images | Video | Local | Shopping | more »

diomed                                                              Search   Advanced Search

**Search Results**                                                  1 - 10 of about 114,000 for **diomed** - 0.14 sec. (About this page)

Also try: **diomed** laser, **diomed** inc, **diomed** evlt, **diomed** holdings

SPONSOR RESULTS

1. **Diomed Inc. - Welcome**
   Today, EVLT® by **Diomed** is the number ... **Diomed** Wins Patent Infringement Case against Angiodynamics and Vascular Solutions ...
   www.**diomed**inc.com - 8k - Cached - More from this site

2. **Varicose Veins Laser Treatment - EVLT®**
   EVLT® by **Diomed** is the leading laser treatment for varicose veins. ... **Diomed** Wins Patent Infringement Case against Angiodynamics and Vascular Solutions ...
   www.evlt.com/evlt.jsp - 10k - Cached - More from this site

3. **Diomed**
   Thoroughbred Heritage web site, portraits of famous thoroughbreds ... **Diomed** is one of the most noteworthy horses on both sides of the Atlantic. ...
   www.tbheritage.com/Portraits/**Diomed**.html - 28k - Cached - More from this site

4. **Diomed Inc. - Company Information**
   **Diomed** Inc. - Uniquely Committed to Advancing Vein Care ... **Diomed** was the first to introduce the diode laser for surgery and was the ...
   www.**diomed**inc.com/content/company-info/about-**diomed**.jsp - 8k - Cached - More from this site

5. **diomed** - Translate this page
   ... Steffi Reger beantworten Ihnen gern alle Fragen zum aktuellen **DIOmed**-Programm. ... Ihnen dabei die Möglichkeit, das **DIOmed**-System vor Ort kennen zu lernen. ...
   www.**diomed**.de - 10k - Cached - More from this site

6. **Diomed - Wikipedia, the free encyclopedia**
   **Diomed**, born in 1777, one year into the American Revolution, was an English bred ... A bright chestnut (**Diomed** means "the marvel"), he was by the unraced Florizel ...
   Quick Links: Bright Beginnings - Long dull years - The New World
   en.wikipedia.org/wiki/**Diomed** - 22k - Cached - More from this site

7. **Diomed Inc. - Information**
   The new **Diomed** DELTA Laser, EVLT® Procedure Kits. ... From start to finish, only **Diomed** provides the full spectrum of products ...
   www.evlt.com/content/products/evlt/index.jsp - 9k - Cached - More from this site

8. **Diomed Horse Pedigree**
   Thoroughbred pedigree for **Diomed**, progeny, and female family reports from the Thoroughbred Horse Pedigree Query. ... **Diomed** fell lame in the final race and was ...
   www.pedigreequery.com/**diomed** - 29k - Cached - More from this site

9. **Diomed**
   Albatrosses are members of the family Diomedeidae, in the bird order Procellariformes. Their relatives in this order are the petrels and fulmars. ...
   www.wfu.edu/albatross/**diomed**.htm - 6k - Cached - More from this site

10. **Diomed UK - Welcome**
    Today, EVLT® by **Diomed** is the number ... **Diomed** Wins Patent Infringement Case against Angiodynamics and Vascular Solutions ...
    www.**diomed**int.com - 8k - Cached - More from this site

SPONSOR RESULTS

- **Vein Surgery Supplies**
  www.totalvein.com - Total Vein Solutions offers Reduced Vein Surgery Supply Costs by 50%.

- **Diomed: In-Depth Company Info**

---

**Sponsor Results (right column):**

**Vein Surgery Supplies**
Total Vein Solutions offers Reduced Vein Surgery Supply Costs by 50%.
www.totalvein.com

**Diomed: In-Depth Company Info**
Go to Hoover's for in-depth, first-hand, company coverage provided...
www.hoovers.com

**Diomed & Esophagus Cancer**
Barrett's Esophagus, Esophagus Cancer and related conditions can be...
www.photofrin.com

**Elves Laser Vein System**
Minimal Invasive Laser Treatment Ultrasound Guided Quick-45 min.
www.biolitec-us.com

See your message here...

www.hoovers.com - Go to Hoover's for in-depth, first-hand, company coverage provided by business experts.

Also try: **diomed laser**, **diomed inc**, **diomed evlt**, **diomed holdings**

**1**  2  3  4  5  6  7  8  9  10  **Next**

| diomed | Search |

🛒 New on Y! Search: See stores that offer faster and safer checkout through PayPal. Learn more

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site