Yahoo!   My Yahoo!   Mail   Welcome, **Guest** [Sign In]                                                                                              Help

**Web** | Images | Video | Local | Shopping | **more »**

YAHOO! SEARCH    EVLT                                    [Search]  Advanced Search

**Search Results**                                                              1 - 10 of about 81,300 for EVLT - 0.15 sec. (About this page)

Also try: varicose veins, endovenous laser treatment, laser energy   More...

SPONSOR RESULTS

1. **Varicose Veins Laser Treatment - EVLT®**
   **EVLT**® by Diomed is the leading laser treatment for varicose veins. ... Court Rules for Diomed; Diomed Wins Motion on Validity and Enforceability of **EVLT** Patent ...
   www.**evlt**.com/**evlt**.jsp - 10k - Cached - More from this site

2. **EVLT® - About EVLT®**
   **EVLT**® The No-Surgery No-Scar Way to Treat Varicose Veins. ... you think you're a candidate, find a local physician trained in performing **EVLT**® ...
   www.**evlt**.com/content/patients/about-**evlt**/index.jsp - 10k - Cached - More from this site

3. **EVLT - A new laser treatment for varicose veins**
   At an **EVLT**_ treatment center, you can have your vein reflux treated as an out ... Or, Click here to see a list of available **EVLT** physicians in your area. ...
   www.**evlt**.ca/index.html - 14k - Cached - More from this site

4. **Wikipedia: EVLT**
   **EVLT** (Endovenous laser therapy) is a minimally invasive image-guided technique ... Laser Treatment. From Wikipedia, the free encyclopedia (Redirected from **EVLT**) ...
   Quick Links: References
   en.wikipedia.org/wiki/**EVLT** - 14k - Cached - More from this site

5. **EVLT - A new laser treatment for varicose veins**
   ... and 22 certified physicians in Canada provide endovenous laser treatment (**EVLT**) ... **EVLT** treats the main superficial veins. ... Copyright© **evlt**.ca 2005. ...
   www.**evlt**.ca/new1.html - 18k - Cached - More from this site

6. **Diomed Inc. - Welcome**
   Today, **EVLT**® by Diomed is the number ... Court Rules for Diomed; Diomed Wins Motion on Validity and Enforceability of **EVLT** Patent ...
   www.diomedinc.com - 8k - Cached - More from this site

7. **Endovenous Laser Treatment - EVLT For Varicose Veins**
   Find a endovenous laser vein treatment specialist in your area. View before and after **EVLT** ... **EVLT**® uses targeted laser energy to close the vein shut and ...
   www.veindirectory.org/content/endovenous_techniques.asp - 29k - Cached - More from this site

8. **EVLT - Online Surgery**
   **EVLT** (Endovenous Laser Treatment) is an outpatient procedure that involves ... it has been able to treat and the treatment time is noticeably longer than **EVLT**. ...
   www.onlinesurgery.com/varicosevein/**evlt**.asp - 42k - Cached - More from this site

9. **EndoVenous Laser Treatment (EVLT) - Frequently Asked Questions (FAQ)**
   Find a **evlt** specialist in your area. ... ENDOVENOUS LASER TREATMENT (**EVLT**) ULTRASOUND-GUIDED SCLEROTHERAPY. RADIOFREQUENCY OCCLUSION ...
   www.veindirectory.org/faq/**evlt**-faq.asp - 16k - Cached - More from this site

10. **Eagle Valley Land Trust**
    About **EVLT**. The Eagle Valley Land Trust is dedicated to preserving open ... Since its founding, **EVLT** has helped to protect more than 9,000 acres of land in ...
    www.**evlt**.org - 9k - Cached - More from this site

SPONSOR RESULTS

- **Training Evlt**
  www.courseadvisor.com - Request Free Info From Accredited Online Universities (US Residents Only) about Training **Evlt**.

---

Sidebar (SPONSOR RESULTS):

**Training Evlt**
Request Free Info From Accredited Online Universities (US Residents...
www.courseadvisor.com

**Evlt**
Looking for **evlt**? Find exactly what you want today.
www.eBay.com

**Vein Surgery Supplies**
Reduce Vein Surgery Supply Costs by 50%. Supplies from **Evlt** to...
www.totalvein.com

**Elves Laser Vein System**
Minimal Invasive Laser Treatment Ultrasound Guided Quick-45 min.
www.biolitec-us.com

**Aurell Wedding Rings by Evlt**
Designers/manufacturers of Aurell, Wedding/Anniversary band rings.
www.handengraved-weddingrings.com

See your message here...

- **evlt**
  www.eBay.com - Looking for **evlt**? Find exactly what you want today.

Also try: varicose veins, endovenous laser treatment, laser energy More...

**1** 2 3 4 5 6 7 8 9 10 Next

EVLT          Search

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site