

## Customize Your Own
## *Endovenous Pack*

Choose any three of the following:

**Laser Fiber**  *plus*  **Introducer Kit**  *plus*  **Micropuncture Kit**
600 Micron        25cm, 35cm, 45cm, or 65cm        Stainless or Nitnol Guide Wire

All three for only

# $169.95

*or*

*try one of our*

## *All Inclusive Custom Packs*

Example: TVS # 4002

**Micro-Puncture Kit**
1 dilator, vessel 5F micro
1 dilator, vessel 3F micro
1 needle, AMC/4 21G x 2.75"
1 18/45/FC/SS/ST/mandrel

**Drapes, Towels & Sponges**
2 gowns XL
½" drape sheet 41" x 58"
¾" drape sheet 60" x 77"
4 towels 24" x 15" adhesive backing
10 sponges 4 x 4
6 blue cloth towels
1 table cover 44" x 76"

**Needles & Syringes**
1 syringe, 5cc
2 syringes, 10cc
1 syringe, 30cc
1 needle, 20g x 1.5"
1 needle, 25g x 1.5"
1 spinal needle, 20g x 3.5"

**All for only**

# $229.00

**Laser Fiber**
600 Micron

**Introducer Kit**
1 35cm 5F introducer
1 dilator 5F
1 guidewire 35/100/FC/SS/DE-3J TEF

**Ancillary Products**
1 Xylocaine 1% 5ml amp
1 scalpel #11 long handle
1 ultrasound probe cover 6" x 48" w/gel
3 steri-strips .5" x 4
1 surgical marker
1 solution bowl 8 oz
1 utility bowl 6 oz
1 procedure tray
1 IV set, 72"

801 Columbia, Houston, Tx 77007
*To order by phone: (713) 863-1600 • To order by fax: (713) 863-1601 • www.totalvein.com*

CONFIDENTIAL-
ATTORNEYS' EYES ONLY
04-CV-10686-RGS

Witness: David Centanni &
30(b)(6) of Total Vein Solutions
**Plaintiff Diomed Depo. Ex. 53**
*Diomed v. Total Vein Solutions*
*Civil Action No: 04-10686*

TVS01505



# Most Popular Packs with Special ISET Pricing

## #1

**TVS 4002 Endovenous Percutaneous Entry Pack**
*(includes all necessary components to perform the procedure)*
Includes: **Micropuncture Kit** and **35cm Introducer Kit**

$118.95

**TVS P0012 Surgical Laser Fiber**
*(for use with AngioDynamic, Diomed and Biolitec lasers)*

$ 99.95

### Total Package Price:  $218.90

---

## #2

**TVS 4002A Endovenous Percutaneous Pack**
*(includes all necessary components to perform the procedure)*
Includes: **Micropuncture Kit** and **45cm Introducer Kit**

$118.95

**TVS P0012 Surgical Laser Fiber**
*(for use with AngioDynamic, Diomed and Biolitec lasers)*

$99.95

### Total Package Price:  $218.90

Please compare with your current supplier...
You'll be astonished at the savings!

CONFIDENTIAL-
ATTORNEYS' EYES ONLY
04-CV-10686-RGS

TVS01506



# PRICE LIST

## Surgical Packs

**TVS #4001**  Micro-Phlebectomy Pack
w/o gowns
5..........44.95
10........42.95
15+......39.95

**TVS #4001A**  Micro-Phlebectomy Pack
w/ gowns
5..........52.95
10........50.95
15+......47.95

**TVS #4002**  Endovenous Percutaneous Entry Pack
w/ Micro-Puncture Kit and
35cm 5F Introducer Kit
5...........125.95
10........121.95
15+......118.95

**TVS #4002A**  Endovenous Percutaneous Entry Pack
Same contents as #4002, except
includes a 45cm 5F Introducer Kit
5..........125.95
10........121.95
15+......118.95

**TVS #4003**  Endovenous Pack
w/ 19 gauge ultra thin wall arterial needle
5..........86.95
10........82.95
15+......79.95

**TVS #4004**  Endovenous Pack
w/ 19 gauge ultra thin wall arterial needle
and 45cm 5F Introducer Kit
5..........117.95
10........107.95
15+.......99.95

**TVS #4005**  Endovenous Pack
w/ Micro-Puncture Kit
5..........96.95
10........92.95
15+.......89.95

**TVS #4006**  Endovenous Pack w/ Surgical Dressing and One Step™
*New Pack Available March 15*
w/o Access Device and Introducer
w/1 gown                  w/2 gowns
5..........66.95          5..........68.95
10........65.95           10........67.95
15+......63.95            15+......65.95

**TVS #4007**  Endovenous Pack w/ U Drape
*New Pack Available March 15*
w/o Access Device and Introducer
5..........79.95
10........77.95
15+......74.95

**TVS #4008**  Endovenous Pack w/ Introducer
*New Pack Available March 15*
w/ 19 g Ultra Thin Wall Arterial Needle
and 45cm 5F Introducer Kit
5..........95.95
10........92.95
15+......89.95

**TVS #4009**  Percutaneous Entry Pack w/ Surgical Dressing
*New Pack Available March 15*
w/ Micro-Puncture Kit and
45cm 5F Introducer Kit
5..........129.95
10........127.95
15+......122.95

**TVS #4010**  Endovenous Surgical Dressing Pack
*New Pack Available March 15*
w/ ABD Pads, Kerlix, Coban, and E-Z Elastic Bandages w/ Velcro
5..........16.95
10........15.95
15+......14.95

**TVS #4011**  Percutaneous Entry Pack One Step™
*New Pack Available March 15*
w/ Raulerson One Step™ and Micro-Puncture Kit
w/ Nitnol wire and Echogenic Needle. Includes 35cm 5F Introducer Kit and U Drape
5..........139.95
10........134.95
15+......129.95

**TVS #4012**  Percutaneous Entry Pack w/o Gowns
*New Pack Available March 15*
w/ Micro-Puncture Kit and 35cm 5F Introducer Kit
5..........104.95
10......... 99.95
15+....... 94.95

Page 1
(over)

CONFIDENTIAL-
ATTORNEYS' EYES ONLY
04-CV-10686-RGS

801 Columbia • Houston, Texas 77007 • (713) 863-1600 • Fax (713) 863-1601

1/2004

TVS01507