medical technology
USVTD06 | November 2005

# us markets for varicose vein treatment devices 2006

company: Diomed
report code: 5576


millennium
RESEARCH GROUP

175 Bloor St. E, Suite 701, South Tower | Toronto, ON | M4W 3R8 | Canada | T: (416) 364-7776 | F: (416) 364-8246 | www.mrg.net

Exhibit 4-11: Limiters of the ELA Market, US

| Market Limiter | Explanation |
| --- | --- |
| Absence of longer-term studies | - Although 3-year studies on ELA procedures show a 93% success in vein occlusion, physicians may be reluctant to purchase this technology without even longer-term results. ERFA, in contrast, has published 5-year studies on the success rates of vein occlusion and has been available in the US for a longer period of time compared to ELA. |
| Declining ASP | - With six competitors in the ELA market, companies will attract physicians by decreasing the console and disposable ASPs, which will erode potentially higher revenues. |

Source: Millennium Research Group.

## 4.3 Competitive Analysis

With an increasing number of competitors in the ELA market, the 2005 market shares for many of the companies have declined as reported in MRG's *US Markets for Varicose Vein Treatment Devices 2004* report. Most notably, Diomed and Angiodynamics experienced significant decreases in market share, largely due to the increase of new laser consoles being sold by all competitors. Additionally, many companies in 2005 experienced high revenues due to high console sales instead of disposable kits. Disposable market shares have also been impacted by physicians selecting less expensive alternatives if available. With companies like Cooltouch and Diomed (with the new DELTA laser system) attempting to prevent cross-flow laser fibers from different suppliers, the market shares for disposables will be more reflective of the console market shares in the 2006 to 2010 forecast period. Exhibits 4-12 through 4-15 show the leading competitors in the US ELA market in 2005. Exhibit 4-16 summarizes the endovenous laser ablation product availability in the US market in 2005.

Exhibit 4-12: Leading Competitors in the ELA Market, 2005

| Company | Capital Equipment Market Share | Disposables Market Share | Total ELA Market Share | Highlights |
|---|---|---|---|---|
| Diomed | **38.1%** | **32.3%** | **35.2%** | ▪ Experienced total market share decline, both due to increased laser console sales by all competitors and some physicians using alternative laser fibers on Diomed consoles |
| Angiodynamics | 16.7% | 27.2% | 22.0% | ▪ Experienced total market share decline due to increased laser console sales by all competitors |
| Vascular Solutions | 10.4% | 10.4% | 10.4% | ▪ Increased laser unit sales due to larger sales force in the US |
| Cooltouch | 16.6% | 4.0% | 10.3% | ▪ First full year of sales in 2005; has become a strong competitor in the ELA market due to higher priced laser consoles |
| Dornier | 12.0% | 8.0% | 10.0% | ▪ Increased market share due to slight increase in sales of very high priced dual purpose endovenous and external laser consoles |
| Biolitec | 6.2% | 7.4% | 6.9% | ▪ Biolitec provides a portion of its lasers to Angiodynamics, but this market share only includes Biolitec's own sales |
| Others | | 10.7% | 5.2% | ▪ Market share resulting from sales of inexpensive laser fibers that are complimentary to many laser systems |
| Total | 100.0% | 100.0% | 100.0% | |

Note:
(1) **Market leader**.
(2) Others include generic disposable competitors like Total Vein Solutions.
(3) Capital equipment market shares are based on new system sales.
Source: Millennium Research Group.

**Diomed**

In 2005, Diomed was the leader in the ELA market, capturing 35.2% market share. Entering the market in January 2002 with its EVLT brand of lasers, Diomed has established its primary market position with strong physician networks, which has helped these physicians increase the number of patients they treat for varicose veins. Although Diomed has made substantial investments to achieve its market position, it will likely continue to lead the ELA market with smart marketing and well-priced disposable kits.

Besides strong physician training programs, Diomed has been at the forefront of funding research for endovenous laser treatments for incompetent veins. Nearly all scientific publications investigating efficacy of the ELA treatment have used Diomed's laser units. Diomed's investment in clinical research serves to confer strong confidence with physicians of its laser system because physicians are the primary consumer of these laser units. In addition to funding clinical research, Diomed provides extensive support for physicians to help them promote their services. For example, in September 2005, Diomed assisted in webcasting a live EVLT procedure from the operating room of the Nebraska Medical Center. These types of indirect advertising and marketing opportunities convince both physicians and patients alike that Diomed's EVLT units are the most reliable laser consoles in the US. With these clever marketing campaigns, Diomed is likely to continue to capture the leading position in the market for ELA procedures.

**Angiodynamics**

Angiodynamics captured 22.0% of the US ELA market in 2005. Although the company does not make its own lasers, it has a distribution agreement with Biolitec to sell its lasers and disposable fibers. Even though this business relationship is set to expire in March 2007, it will very likely be renewed as a result of its success. Angiodynamics has extensive sales expertise and has been successful at targeting interventional radiologists in the US, such that it sells nearly three-quarters of Biolitec's lasers. In addition to selling Biolitec's laser units, Angiodynamics also sells Biolitec's laser fibers in a comprehensive kit.

With most of the revenues in the ELA market to be determined from the sales of disposables, Angiodynamics has developed a highly specialized procedure kit. It offers catheters with a wide range of sizes from 2 to 8 French, as well as features that make it easily visible under both ultrasound and fluoroscopy and make the insertion process less complicated for more torturous veins by providing an exclusive hydrophilic coating for the catheter. These distinguishing features are very important because proper catheter placement at the SFJ is vital for a successful surgery and proper occlusion of the GSV.

In addition to strong laser unit and disposable kit sales in the US, Angiodynamics has expanded into the sclerotherapy market by partnering with Bioniche to provide total varicose vein treatment solutions to physicians. With both ELA and sclerotherapy procedures on the rise for GSV and non-GSV treatments, respectively, this synergy will enable Angiodynamics to compete effectively in the varicose vein treatment market.

**Vascular Solutions**

As one of the smaller competitors providing ELA solutions, Vascular Solutions captured a respectable 10.4% of this market in 2005 by increasing sales of its laser consoles at below-industry ASPs. As the second-last entrant into this market in June 2003 with its Vari-Lase brand of diode lasers, Vascular Solutions has started to focus on increasing its market share by bolstering its sales force and increasing physician support services. Although Vascular Solutions will have difficulty competing with the larger companies, it expects that value-added services for its laser units and disposables will help its reputation within the medical community, which would in turn bring more patients and revenues to Vascular Solutions. While these are important considerations for physicians making expensive capital equipment purchase for endovenous treatment of varicose veins, it will likely be insufficient to make this company the leading competitor in the ELA market. Vascular Solutions may benefit from offering more comprehensive varicose vein treatment packages, including sclerotherapy or phlebectomy tools in addition to its GSV treatment laser. Providing a full range of treatment solutions in addition to excellent physician services would enable Vascular Solutions to ensure a continued presence in the ELA market.

**Cooltouch**

As the newest competitor in the ELA market, entering in the second half of 2004, Cooltouch captured only 10.3% of this market in 2005. Within the ELA market, however, Cooltouch has set itself apart from other diode laser manufacturers by introducing a 1,320 nm wavelength laser that has a fundamentally different mode of action compared to other diode lasers. While other diode lasers heat up blood within the vein that causes the incompetent vein to collapse, the CTEV laser by Cooltouch acts directly on the wall of the vein, causing the collagen within those walls to contract and the occlusion of the vein. Although no long-term studies have yet shown the difference between these lasers, initial observations indicated that patient comfort, due to less postoperative pain and bruising, is improved with the CTEV laser.

Even if the CTEV laser is shown to be superior to standard diode lasers, the company needs to market its product and provide comprehensive disposable kit solutions if it is to capture a significant portion of this market. In 2005, Cooltouch only provided physicians laser fibers, both single and multi-use, but neglected to combine these into a profitable disposable kit like many of the other ELA and ERFA companies. Although this may provide physicians with more flexibility if they have certain preferences with introducer needles, catheters, and other surgical accessories, it fails to capture a significant portion of the ELA disposable market revenues. While choice for physicians is no doubt important for established customers, it may deter a younger generation of physicians new to ELA procedures for who complete treatment solutions are a high priority.

**Dornier**

Dornier, which captured 10.0% of the ELA market in 2005, quietly competes in this market with its Medilas D Compact and Medilas SkinPulse S/D940 diode laser

systems. Although Dornier is a large, profitable company operating internationally, it has not been as focused on the ELA market in the US, evidenced by low marketing visibility, nor has it even been considered a large threat by other ELA companies. Dornier does, however, have an advantage over the other ELA companies because the SkinPulse laser console can be used for endovenous GSV ablation as well as smaller varicosities and spider veins using an attached hand piece for external treatment. This dual-purpose laser has accounted for nearly all of Dornier's endovenous laser unit sales, and at nearly twice the ASP of traditional endovenous lasers, has given the company a stronger position in the ELA market. Although the SkinPulse unit is more than double the price as the traditional endovenous laser, its multiple applications make it an attractive option for surgeons and dermatologists alike. With a more assertive marketing campaign Dornier has excellent potential to grow its revenues in this market.

### Biolitec

In 2005, Biolitec's share of the ELA market was 6.9% with its ELVeS brand of endovenous lasers. This market share was obtained by Biolitec's sales force, not including its sales to its distribution partner Angiodynamics. Upon its market entry with the ELVeS system in August 2002, Biolitec negotiated an agreement with Angiodynamics to sell the lasers to interventional radiologists and vascular surgeons while Biolitec targeted general surgeons and cardiologists. This partnership has been profitable for both companies, especially for Biolitec because a majority of its laser units and laser fibers are sold through Angiodynamics. With the original agreement between the companies set to expire in March 2007, it is expected that the partnership between these companies will be renewed. Although Biolitec's individual market share will not grow considerably in the ELA market, laser units and disposables between Biolitec and Angiodynamics are certainly set to capture an increasing share of this market.

### Other: Generic Disposable Competitors

Generic companies, which only participate in the disposable segment of the ELA market, captured 5.2% market share of total ELA revenues in 2005. The most significant generic disposable competitor in the ELA market was Total Vein Solutions (TVS).

Considering that these generic firms do not sell laser consoles, they have been quite successful in marketing generic laser fiber kits that cost nearly half as much as disposable kits from leading ELA companies. With more revenues expected to be derived from sales of disposable fibers, these generic competitors have a major market opportunity to benefit from the increasing popularity of ELA procedures. With companies like Diomed and Cooltouch introducing fiber recognition components to laser consoles, however, generic firms may be limited in the number of platforms on which its laser fibers can function, which would prevent them from capturing a significant portion of the ELA market. If generic firms, such as TVS, are able to overcome this minor technical hurdle and emerge unscathed from patent litigation with Diomed, they may perform well in the ELA market.