IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>        Defendant. | CIVIL ACTION NO. 04-CV-10686 NMG |

**THIS DISC CONTAINING THIS EXHIBIT HAS BEEN
FILED MANUALLY WITH THE COURT**


**EXHIBIT V TO
DECLARATION OF CHARLES T. STEENBURG
IN SUPPORT OF PLAINTIFF'S MOTION
<u>FOR A PRELIMINARY INJUNCTION</u>**