⑲ BUNDESREPUBLIK  ⑫ **Offenlegungsschrift**  �localize Int. Cl.³:
DEUTSCHLAND  ⑪ DE 31 19 322 A1  A 61 B 17/36



DEUTSCHES PATENTAMT

㉑ Aktenzeichen: P 31 19 322.6
㉒ Anmeldetag: 15. 5. 81
㊸ Offenlegungstag: 27. 1. 83

DE 31 19 322 A 1

㉛ Anmelder:
Messerschmitt-Bölkow-Blohm GmbH, 8000 München, DE

㊂ Erfinder:
Frank, Frank, Dipl.-Phys., 8000 München, DE



㊵ Sonde zum Veröden von Krampfadern

Zur operativen Behandlung von Krampfadern mit Hilfe eines Lasers wird eine Lichtleitersonde vorgeschlagen, deren Lichtleiter am lichtaustrittsseitigen Ende aufgerauht und von einer lichtdurchlässigen Kappe aus Teflon umgeben ist, die in Richtung ihrer Längsachse verlaufende Nute aufweist. Einer Zerstörung des Lichtleiters durch thermische Überbelastung am lichtaustrittsseitigen Ende ist mittels eines dort zwischen der Kappe und dem Lichtleiter angeordneten Luftspaltes und der Anordnung einer metallischen Masse vorgebeugt.

(31 19 322)



Witness: David Centanni &
30(b)(6) of Total Vein Solutions
Plaintiff Diomed Depo. Ex. 29
Diomed v. Total Vein Solutions
Civil Action No: 04-10686

TVS01572

DE 31 19 322 A 1

BUNDESDRUCKEREI BERLIN  12. 82  230 064/44  4/60

3119322

MESSERSCHMITT-BÖLKOW-BLOHM         Ottobrunn, 11.5.81
      GESELLSCHAFT                 BT01 Rd/we
MIT BESCHRÄNKTER HAFTUNG
        MÜNCHEN                    8994

Sonde zum Veröden von Krampfadern

PATENTANSPRÜCHE

1.) Sonde zum Veröden von Krampfadern, dadurch g e -
   k e n n z e i c h n e t , daß sie einen ummantelten
   Lichtleiter (2) aufweist, der am behandlungsseitigen
   Ende (4) von seiner Ummantelung befreit und aufgerauht
   ist und dort von einer Kappe (5) aus lichtdurchlässigem
   Material umgeben ist.

2. Sonde nach Anspruch 1, dadurch g e k e n n z e i c h -
   n e t , daß auf das abgemantelte Ende (4) des Licht-
   leiters (2) ein metallischer Ring (6) aufgeschoben ist.

3. Sonde nach Anspruch 2, dadurch g e k e n n z e i c h -
   n e t , daß der metallische Ring (6) eine verspie-
   gelte Oberfläche (7) aufweist.

4. Sonde nach Anspruch 3, dadurch g e k e n n z e i c h -
   n e t , daß die verspiegelte Oberfläche (7) die Form
   einer Kugelkalotte hat.

5. Sonde nach einem der vorhergehenden Ansprüche, dadurch
   g e k e n n z e i c h n e t , daß das aufgerauhte

- 2 -

TVS01573

15.05.81  3119322

8994 - 2 -

Ende (4) des Lichtleiters (2) von der lichtdurchlässigen Kappe (5) unter Bildung eines Luftspaltes (8) umgeben ist.

6. Sonde nach einem der vorhergehenden Ansprüche, d a d u r c h   g e k e n n z e i c h n e t , daß ihre Kappe (5) aus Teflon besteht.

7. Sonde nach einem der vorhergehenden Ansprüche, d a d u r c h   g e k e n n z e i c h n e t , daß die äußere Oberfläche der Kappe (5) in Richtung ihrer Längsachse verlaufende Nute (10) aufweist.

TVS01574

৩ 15.05.☒ 3119322

MESSERSCHMITT-BÖLKOW-BLOHM     Ottobrunn, 11.5.81
    GESELLSCHAFT             BT01 Rd/we
MIT BESCHRÄNKTER HAFTUNG
       MÜNCHEN               8994

Sonde zum Veröden von Krampfadern
─────────────────────────────────

Die Erfindung betrifft eine Sonde zum Veröden von Krampfadern mit Hilfe eines Lasergerätes.

Nach dem derzeitigen Stand der medizinischen Praxis erfolgt die Behandlung von Krampfadern mit relativ hohem
5 klinischen Aufwand auf chirurgischem Wege oder mit einem vergleichbar hohen medikamentösen Aufwand unter erheblicher physischer Belastung des Patienten.

Der Erfindung liegt die Aufgabe zugrunde, eine Sonde zum Anschluß an bekannte medizinische Lasergeräte zu schaffen,
10 die vom behandelnden Arzt leicht und mit geringer physischer Belastung des Patienten in durch Wärmeeinwirkung zu verödende Blutgefäße einzuführen ist.

Diese Aufgabe ist erfindungsgemäß dadurch gelöst, daß die Sonde einen ummantelten Lichtleiter aufweist, der am be-
15 handlungsseitigen Ende von seiner Ummantelung befreit und aufgerauht ist und dort von einer Kappe aus lichtdurchlässigem Material umgeben ist. Eine derartige Sonde ist mit bekannten Kupplungen versehen an beliebige medizinische Lasergeräte handelsüblicher Ausbildung anschließbar,
20 wobei wegen ihres hohen wirksamen Infrarotgehaltes der Laserstrahlung beispielsweise Lasergeräte des Neodyn-YAG-

- 2 -

TVS01575

8994    45-05-01 3119322
- 2 -

Typs eine bevorzugte Stelle einnehmen.

Weitere vorteilhafte Ausgestaltungen der Erfindung sind in den Unteransprüchen beschrieben.

Die Zeichnung zeigt ein nachfolgend beschriebenes Aus-
5 führungsbeispiel der Erfindung in einem schematisch ver-
einfachten Längsschnitt.

In der Figur der Zeichnung ist das applikationsseitige
Ende einer Sonde 1 zum Veröden von Krampfadern darge-
stellt, das einen ummantelten einaderigen Lichtleiter 2
10 aufweist, dessen Ummantelung 3 am behandlungsseitigen
und aufgerauhten Ende 4 entfernt ist und der dort von
einer Kappe 5 aus lichtdurchlässigem Material umgeben
ist. Wegen der vernachlässigbar geringen Leitungsverluste
kann der abgebrochen dargestellte Lichtleiter 2 in jeder
15 praktikablen Länge hergestellt sein. Er ist an seinem
nicht in der Zeichnung enthaltenen Ende mit einer handels-
üblichen und dem zur Energieversorgung vorgesehenen Laser-
gerät entsprechenden Kupplung für den Lichtleiter 2 ver-
sehen. Die Kappe 5 ermöglicht die gefahrlose Einbringung
20 der Sonde in eine Ader und gewährleistet in Verbindung
mit der rauhen Oberfläche des von seiner Ummantelung be-
freiten Endes 4 des Lichtleiters 3 einen gleichmäßig an
der äußeren Oberfläche 9 der Kappe 5 auftretenden Wärme-
übergang, der zu einer partiellen Koagulation des Gewebes
25 an der Behandlungsstelle führt.

Ein metallischer Ring 6, der das aufgerauhte Ende 4 des
Lichtleiters 2 am Ende der Ummantelung 3 umgibt, verein-
facht eine Verfolgung des Weges der Sonde mit Hilfe eines
Röntgenbildes und schützt das freie Faserende des Licht-
30 leiters 2 vor Zerstörung durch unzulässig hohe Erwär-
mung an seinem Austritt aus der Ummantelung 3, wobei eine

- 3 -

TVS01576

8994

15.05.81 3119322

- 5 -

Verspiegelung und kugelförmige Krümmung seiner Oberfläche 7 einen günstigen Einfluß auf den Wärmeübergang zur Kappe 5 und den daran anliegenden Gewebe einer nicht dargestellten Ader haben. Zur sicheren Vermeidung einer örtlichen
5 Überhitzung der Kappe 5 umgibt diese das aufgerauhte Ende 4 des Lichtleiters 2 mit einem Luftspalt 8.

Die Kappe 5 ist aus einem lichtdurchlässigen Material, vorzugsweise einem infrarotdurchlässigem Material gefertigt, das bei der Durchführung einer Behandlung nicht mit
10 dem Gewebe verklebt. Als besonders zweckmäßig hat sich ein unter der Handelsbezeichnung Teflon bekanntes Material erwiesen. An der äußeren Oberfläche 9 der Kappe 5 angebrachte und in Richtung ihrer Längsachse verlaufende Nute 10 vergrößern die wärmeabgebende Oberfläche und verhin-
15 dern eine Kolbenwirkung bei der Transposition der in ein Blutgefäß eingeführten Sonde.

Mit der Sonde ist dem Arzt ein preiswertes Gerät in die Hand gegeben, das eine erweiterte Anwendung etwa vorhandener medizinischer Lasergeräte ermöglicht und das bei
20 gefahrloser Handhabung durch den behandelnden Arzt eine weitgehende Entlastung des behandelten Patienten erlaubt.

TVS01577

-6-
Leerseite

TVS01578



| | |
|---|---|
| Nummer: | **31 19 322** |
| Int. Cl.³: | **A 61 B 17/36** |
| Anmeldetag: | 15. Mai 1981 |
| Offenlegungstag: | 27. Januar 1983 |



TVS01579

German Patent No. 31 19 322 A1

Job No.: 2037-104377                                        Ref.: DE3119322A
Translated from German by the McElroy Translation Company
800-531-9977          customerservice@mcelroytranslation.com

TVS01580

FEDERAL REPUBLIC OF GERMANY
GERMAN PATENT OFFICE
PATENT NO. DE 31 19 322 A1
(Offenlegungsschrift)

| | |
|---|---|
| Int. Cl.$^3$: | A 61 B   17/36 |
| Filing No.: | P 31 19 322.6 |
| Filing Date: | May 15, 1981 |
| Publication Date: | January 27, 1983 |

PROBE FOR ERADICATION OF VARICOSE VEINS

| | |
|---|---|
| Inventor: | Frank Frank<br>8000 Munich, DE |
| Applicant: | Messerschmitt-Bölkow-Blohm GmbH<br>8000 Munich, DE |

A light-guide probe whose light guide is roughened at the end from which light exits and is surrounded by a light-permeable cap of Teflon that has grooves along its length is proposed for surgical treatment of various veins. Damage to the light guide by thermal overload at the light-emitting end is prevented by an air gap between the cap and the light guide and the presence of a metallic mass.

Claims

1. A probe for eradication of varicose veins, which is characterized by the fact that it has a jacketed light guide (2), which is free of its jacketing at the treatment end (4) and has been roughened there and is surrounded there by a cap (5) of light-permeable material.

2. A probe as in Claim 1, which is characterized by the fact that a metallic ring (6) is slipped onto the jacketed end (4) of light guide (2).

3. A probe as in Claim 2, which is characterized by the fact that the metallic ring (6) has a mirrored surface (7).

4. A probe as in Claim 3, which is characterized by the fact that the mirrored surface (7) has the shape of a spherical cap.

5. A probe as in one of the preceding claims, which is characterized by the fact that the roughened end (4) of the light guide (2) is surrounded by the light-permeable cap (5) with an air gap (8) between them.

6. A probe as in one of the preceding claims, which is characterized by the fact that its cap (5) consists of Teflon.

7. A probe as in one of the preceding claims, which is characterized by the fact that the outer surface of the cap (5) has grooves (10) running in its lengthwise direction.

The invention concerns a probe for eradication of varicose veins with the aid of a laser apparatus.

According to current medical practice, varicose veins are treated at relatively high clinical expense by surgical means, or at a comparably high medical expense of considerable physical stress on the patient.

The invention is based on the task of creating a probe, to be connected to known medical laser devices, that the treating physician can easily introduce into the blood vessels to be obliterated via thermal action, and with low physical stress on the patient.

This task is solved in accordance with the invention by the probe having a jacketed light guide, which is free of its jacketing at the treatment end and is roughened there and is surrounded by a cap of light-permeable material at the end. Such a probe, provided with known connectors, can be connected to any medical laser device of commercial design, where, for example, laser devices of the neodymium-YAG type are preferred because of the high effective infrared content of the laser radiation.

Other advantageous embodiments of the invention are described in the subordinate claims.

The drawing shows an embodiment of the invention in a schematically simplified lengthwise cross section, which is described below.

The figure shows the treatment end of a probe 1 for eradication of varicose veins, which has a jacketed single-line light guide 2, whose jacketing 3 has been removed at the treatment end 4, which has been roughened and which is surrounded by a cap 5 of light-permeable material. Because of the negligibly low conduction loss, the light guide 2, only the end of which is shown, can be produced in any practical length. At the end, not shown in the drawing, it is provided with a coupling for the light guide 2 to the laser apparatus that supplies the energy. The cap 5 enables safe introduction of the probe into a vein and, in combination with the rough surface of the end 4 of the light guide 3 from which the jacketing has been removed, assures heat transfer that arises uniformly on the outer surface 9 of cap 5, which leads to partial coagulation of the tissue at the treatment site.

A metal ring 6, which surrounds the roughened end 4 of the light guide 2 at the end of the jacketing 3, facilitates following the path of the probe using an X-ray image and protects the free-fiber end of the light guide 2 from destruction by unacceptably high heat where it leaves the jacketing 3, whereby sealing and spherical crimping of its surface 7 has a good effect on the heat transfer to cap 5 and the tissue of a vein (not shown) lying on it. To reliably avoid local overheating of the cap 5, it surrounds the roughened end 4 of light guide 2 with an air gap 8.

The cap 5 is made of a light-permeable material, preferably an infrared-permeable material that does not stick to tissue when carrying out treatment. A material known under the trade name Teflon has proved to be particularly expedient. Grooves 10 made on the outer surface 9 of cap 5 and running in its lengthwise direction increase the heat transfer surface and prevent a piston effect when moving the probe inserted into a blood vessel.

With the probe the physician is given an inexpensive apparatus that enables expanding the applications of medical laser equipment already present and that enables far-reaching relief for the treated patient, while providing safe handling for the treating physician.

TVS01583

4



TVS01584