IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br>v.<br>TOTAL VEIN SOLUTIONS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION NO. 04-CV-10686 NMG |

**DECLARATION OF DR. LUIS NAVARRO IN SUPPORT OF
DIOMED'S MOTION FOR A PRELIMINARY INJUNCTION**

　　1.　　I, Luis Navarro, M.D., FACS, am a General Surgeon, originally Board Certified in 1976. I am the Founder and Medical Director of The Vein Treatment Center, established in 1982 and located in New York City. I am also affiliated with Beth Israel Medical Center and Lenox Hill Hospital in New York. I submit this declaration under penalty of perjury in support of Diomed's motion for a preliminary injunction against Total Vein Solutions, LLC ("TVS").

　　2.　　I completed my residency at Mount Sinai Hospital in New York, where I served as Chief Surgical Resident. Prior to that, I graduated cum laude from the University of Barcelona Medical School in my native Spain.

　　3.　　I am a Diplomate of the American College of Surgeons and a member of the American College of Phlebology, International Union of Phlebology, Canadian Society of Phlebology, American Society of Laser Medicine, and numerous other venous-related societies.

　　4.　　I am a named inventor on the patent involved in this lawsuit, U.S. Patent No. 6,398,777, entitled "Endovascular Laser Device and Treatment of Varicose Veins."

5.  My surgical practice encompasses a wide range of varicose vein treatments, including intraluminal laser ablation ("ILA") of varicose veins, the technique covered by the '777 patent. I am very familiar with the medical devices required for ILA as well as those typically used in all other common venous procedures.

6.  Many of the doctors attending professional meetings like the International Vein Conference and the conferences held by the American College of Phlebology have significant ILA practices. In fact, the development of ILA is a major reason why such meetings have become popular and well-attended in recent years.

7.  I have reviewed the 2007 catalog of "Procedure Packs" sold by Total Vein Systems ("TVS") (attached as Exhibit A).

8.  The following TVS products are for use in ILA and nothing else:

    - "Universal Procedure Packs" (Exhibit A, page 1): TVS 4005, TVS 4035, TVS 4045, TVS 4002, and TVS 420.

    - "TVS Custom Procedure Packs (Exhibit A, pages 3-8): TVS 4004, TVS 4008, TVS 4009, TVS 4011, TVS 4012, TVS 4015, TVS 4016, and TVS 4019.

9.  These products have no substantive use other than to perform endovenous laser treatment. Using such packs in connection with other venous procedures would be inconvenient and entail substantial waste.

10. Each of aforementioned packs includes (1) supplies for the injection of tumescent anesthesia, (2) supplies for ultrasound monitoring, and (3) a 5 F introducer kit. ILA is the only venous procedure that (1) involves the use of tumescent anesthesia as well as ultrasound, (2) requires an introducer (i.e., to deliver another medical device *into* the vein), and (3) permits that introducer to be less than or equal to 5 F in diameter. Thus, there is no other procedure that would use all the components of these packs.

11. 5 F (short for "5 French") refers to the diameter of the introducer sheath. Higher numbers correspond to larger diameters. For example, a 6 F sheath is larger than a 5 F sheath. The diameter of the sheath is chosen based on the size of the instrument that one wishes to insert through it.

12. None of the electrode catheters sold by VNUS Medical Technologies are compatible with a 5 F introducer. Attached as Exhibits B, C, and D are copies of VNUS promotional materials. The catheters for the conventional VNUS Closure treatment are a minimum of 6 F in diameter. (Exhibit B). So too is the catheter for the VNUS ClosureRFS treatment, designed for the treatment of perforator veins. (Exhibit C). The catheter for the new ClosureFAST procedure is even larger – 7 F. (Exhibit D).

13. There would be no reason for a doctor to purchase or use one of the TVS products referenced above for any procedure other than ILA. For example, Universal Procedures Packs TVS 4005, TVS 4035, TVS 4045, TVS 4002, and TVS 420 are all a minimum of $30 more expensive than otherwise comparable packs without 5 F introducers. (Exhibit A, page 1).

14. To the best of my knowledge, the laser fibers that TVS sells (Exhibit E) are not used for any purpose other than ILA.

15. The more echogenic (visible under ultrasound) an introducer sheath, the easier that it is for doctors to perform ILA.

Dated: June 4, 2007

_____
Luis Navarro, M.D., FACS