

| PATIENT INFORMATION | PHYSICIAN INFORMATION | PRODUCT PORTFOLIO | COMPANY INFORMATION |

**Product Portfolio**

- ClosurePLUS™ Catheters
  - Radiofrequency Energy
  - Thermal Penetration
  - Lumen Contraction
- ClosureRFS™ Stylet
- VNUS RF Generator
- VNUS Accessories
- VarEx™ Instruments
- Veinlite®
- U-CLIP™ Anastomotic Device
- V&V Stockings
- LOGIQ Book® XP Ultrasound

**Other Links**

- Patient Information
- Physician Information
- Company Information

### ClosurePLUS™ Catheters



✉ EMAIL PAGE    🖨 PRINT PAGE

ClosurePLUS™ catheters have been developed for endovenous occlusion of vessels utilizing radiofrequency (RF) energy. Delivery of RF energy via the Closure electrodes causes resistive heating of the vein wall resulting in vein shrinkage and occlusion.



Each ClosurePLUS catheter possesses a micro-thermocouple that continuously measures vein wall temperature and provides feedback to the VNUS Radiofrequency Generator.

ClosurePLUS catheters are designed with flexible electrodes, which allow the target vessel to collapse around the catheter as the vein shrinks. The unique insulated electrode design limits the depth of thermal penetration.



ClosurePLUS catheter Features:

- ➢ Micro-thermocouple continuously measures vein wall temperature
- ➢ 6F & 8F sizes available for small and large vein sizes
- ➢ 0.025" guidewire compatible for catheter navigation in challenging vessel anatomy
- ➢ Slimmer, lighter handle and reinforced shaft for better bend control
- ➢ Integrated catheter cable simplifies inventory management and case set-up

Download a Closure System brochure including ordering information.

Patient Information | Physician Information | Request Information | Locate a Physician | Contact Us
Copyright. ©2004 VNUS Medical Technologies Inc. All rights reserved. Privacy Policy