# VNUS® Closure*RFS*™



> Only endovenous device designed specifically for the treatment of incompetant perforators

> Unique design allows direct access and treatment of incompetant perforator veins using ultrasound guidance

> Can be routinely used as a primary procedure, or adjunctive to the VNUS ClosurePLUS procedure

*ClosureRFS is designed for use with VNUS Closure RFG1 and RFG Plus generators*



VNUS Closure*RFS* accessing perforator vein

## VNUS Closure*RFS* Ordering Information

| Order# | Description | Catheter Type | Catheter Size | Catheter Length |
|---|---|---|---|---|
| PDF-6DR-12 | RFS Stylet | Rigid Stylet | 6F | 12cm |

Requires use of IC-710 cable
Compatible with .035″ guidewire (with sharp removed)

> To order, call toll free: 1-888-797-VEIN (8346)



**Corporate Office**
VNUS Medical Technologies, Inc.
2200 Zanker Road, Suite F
San Jose, CA 95131
Tel: +1-408-473-1100
Fax: +1-408-944-0842
www.vnus.com

**Authorized Representative**
VNUS Medical Technologies GmbH
Marktstrasse 2
71384 Weinstadt
Germany
Tel: +49–7151–6046008
Fax: +49–7151–6046010

VNUS, the VNUS logo, Closure, the Closure logo and RFS are registered/trademarks of VNUS Medical Technologies in the USA and/or other countries.
© Copyright 2005 VNUS Medical Technologies, Inc. All Rights Reserved.

VN25-35-B 11/05