# VNUS® ClosureFAST™ Catheter

**NEW!**

## Overview of Segmental Ablation Procedure

### Procedure Speed Comparison
(45 cm vein length)

| | | |
|---|---|---|
| ClosurePlus™ | 85°C | 18-24 min |
| ClosureFAST™ | **120°C** | **3-5 min** |
| 810nm laser | 10-14 W | 3-5 min[1] |
| 1320nm laser | 8 W | 7.5 min[2] |

**References:**
[1] EVLT® – Compare Alternatives, Diomed website 12/19/06
[2] Proebstle, et. al., Abstract at ACP 18th Annual Congress (2004)

### Technology Features

- Compatible with VNUS RFG*Plus*™ radiofrequency generators after software upgrade
- Temperature-controlled energy delivery
- Lubricious outer jacket on heating element for easy re-positioning
- Recommended sheath: 7F, 11 cm
- No saline drip required



**1.** Catheter tip positioned at the ostium of the superficial epigastric vein. Tumescent infiltration is administered.



**2.** 7 cm vein segment treated all at once during 20-second treatment cycle. Additional vein segments treated serially.



**3.** Catheter shaft markings allow fast and accurate catheter re-positioning between treatment cycles. No energy is delivered during re-positioning.



**4.** Treatment of 45 cm vein length takes 3 to 5 minutes (seven treatment segments).

### Similarity of Fibrotic Sealing Mechanism with Closure*Plus*

 

**Closure*Plus*:** Goat saphenous vein at 6 weeks after ablation.

**Closure*FAST*:** Goat saphenous vein at 12 weeks after ablation.

## ClosureFAST Ordering Information

| Order# | Description | Working Length | Heating Element Length | Compatible Guidewire |
|---|---|---|---|---|
| CF7-7-60 | 7F ClosureFAST catheter | 60 cm | 7 cm | 0.025" |
| CF7-7-100 | 7F ClosureFAST catheter | 100 cm | 7 cm | 0.025" |

➤ **To order, call toll free: 1-888-797-VEIN (8346)**



**Corporate Office**
VNUS Medical Technologies, Inc.
5799 Fontanoso Way
San Jose, CA 95138 USA
Tel: 408-360-7200
Fax: 408-365-8480
www.vnus.com

VNUS, the VNUS logo, RFG*Plus*, Closure*Plus* and Closure*FAST* are trademarks of VNUS Medical Technologies, Inc.
© Copyright 2006 VNUS Medical Technologies, Inc. All Rights Reserved.

VN25-91-A 12/06