IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION NO. 04-CV-10686 NMG |

## NOTICE OF MANUAL FILING

　　Exhibits A, B, and N to the Declaration of Charles T. Steenburg in Support of Plaintiff's Motion for a Preliminary Injunction will be filed under seal with the clerk of the Court on June 7, 2007 pursuant to a protective order entered by the Court on March 14, 2005 (D.I. 19).

　　Exhibits T, U, and V (digital video discs) will also be manually filed with the clerk on June 7.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　DIOMED, INC.
　　　　　　　　　　　　　　　　　　　　By its attorneys,

Dated: June 6, 2007　　　　　　　　　　/s/ Michael A. Albert
　　　　　　　　　　　　　　　　　　　　Michael A. Albert (BBO #558566)
　　　　　　　　　　　　　　　　　　　　malbert@wolfgreenfield.com
　　　　　　　　　　　　　　　　　　　　Michael N. Rader (BBO #646990)
　　　　　　　　　　　　　　　　　　　　John L. Strand (BBO #654985)
　　　　　　　　　　　　　　　　　　　　WOLF, GREENFIELD & SACKS, P.C.
　　　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　(617) 646-8000