# Laser Fibers



Total Vein Systems™ Laser Fibers are compatible with our complete line of Introducers. Our laser fibers are manufactured and processed under strict tolerance and quality control guidelines in FDA registered facilities. TVS offers one of the largest selections of laser fibers in the industry.



### Single Use Surgical Laser Fiber

600 & 400 Micron - For use with medical laser systems having transmission between 532 and 2100nm, and accepting a SMA 905 connector.



### Single Use Surgical Laser Fiber

600 Micron - For use with medical laser systems having transmission between 532 and 2100nm, and accepting a SMA 905 connector with luer nut. A stainless steel, spring-loaded luer connector designed to help prevent cross threading. Easy on and off connection.



### Five Times Fiber™
Reusable Fiber w/ luer nut

600 Micron - For use with medical laser systems having transmission between 532 and 2100nm, and accepting a SMA 905 connector with luer nut.



### TVS Fiber Stripper & Cleaver

For re-use products.



### Five Times Fiber™
Reusable Fiber

600 Micron - For use with medical laser systems having transmission between 532 and 2100nm, and accepting a SMA 905 connector.



### TVS Spin-Lock™ Adapter

This unique device secures the Total Vein Systems™ laser fiber into any of our introducers.

Photographic thanks to Mario Kapusta, MD
Houston Vein Center, Houston, Texas

# A few words from our clients...



### "...much more efficient and cost effective."

"The packs supplied by Total Vein Systems have allowed our set ups to be much more efficient and cost effective. New nurses are able to learn their roles more rapidly, because there are fewer details for them to worry about. Total Vein provides great, friendly service to meet all our laser closure needs!"

Deborah Manjoney, MD
Wisconsin Vein Center & MediSpa



### "...introducers are definitely easier to see under ultrasound..."

"We have been using TVS procedure packs and introducers for several years. Our staff finds the introducers are definitely easier to see under ultrasound than the ones we used previously."

Rajagopalan Ravi, MD
Arizona Heart Institute Vein Center



### "...tremendous impact on increasing our bottom line."

"Our clinic averages ten laser procedures per week, and reusing Total Vein Systems' fibers has made a tremendous impact on increasing our bottom line."

Michael F. Bardwil, MD
Texas Vein and Cosmetic Specialists

### "...fantastic service and great prices!"

"Since we have established TVS as our primary supply source, our vein center is running smoother and is more prosperous. TVS has fantastic service and great prices!"

Imtiaz Ahmad, MD
Hamilton, New Jersey

### "...cut our turnaround time between procedures by 20 minutes..."

"We cut our turnaround time between procedures by twenty minutes and saved $100 per in-office surgery. If you want to make your Surgeon and OR Staff happy, use Total Vein Systems™ Venous Surgery and Micro-Phlebectomy Packs. We love them."

Erik B. Khan, Surgical Assistant
New Mexico Vein Treatment Center

### "...impressed with Total Vein Systems' customer service..."

"I have been, and continue to be, impressed with Total Vein Systems' customer service."

Deanna Williams, OR Coordinator
West Hills Surgery Center
Portland, Oregon

### "...quality, selection and price are unbeatable."

"When it comes to procedure packs, TVS wins hands down. Their quality, selection and price are unbeatable. Hand me a TVS pack!"

Robert Goodman, MD
Vein & Laser Center
Springfield, Massachusets



## Your complete vein surgery supply source.™

We invite you to review our complete line of vein surgery supplies including procedure packs, laser fibers, access devices and ancillary products. TVS products are manufactured and processed in FDA registered facilities, and we have one of the most comprehensive selection of vein surgery supplies in the industry.

Virtually all (98%) of our shipments are completed without back orders, and many of our customers have reduced their surgery supply expenses by more than 50%. Our customers are not only satisfied, they are advocates for our business, and we look forward to providing the same levels of service and value for you.



901 Yale Street • Houston, Texas 77008
713.863.1600 • 888.868.8346 • www.totalvein.com

©2007, Total Vein Systems




# Procedure Packs



A leading supplier and innovator of cost effective Procedure Packs for in-office vein surgery, Total Vein Systems™ has an unsurpassed selection of more than 35 Procedure Packs, in stock and available for same-day shipment.



### A Must For The Busy Vein Center

With all the necessary items in one sterile pack, turnaround time is brought to a minimum with our Universal and Custom Procedure Packs.



### Bottom Line Accountability

Many centers have reduced their vein surgery supply costs by over 50% with Total Vein Systems™ Universal and Custom Procedure Packs.



### No More Inventory Control Nightmares

By using Total Vein Systems™ Procedure Packs, you eliminate the need to order, stock and track individual products, saving you time and money.

# Access Devices

Total Vein Systems™ offers the most comprehensive collection of Introducers and Micro-Introducers in the industry, as well as our line of One-Step Introducers.



### Introducer Kits

Our comprehensive selection is available in 4F and 5F with lengths of 25cm, 35cm, 45cm, 65cm and 85cm. All are combined with compatible guidewires and dilators.



### One-Step Introducer Kits

Save valuable time and reduce your access costs with our One-Step Introducer Kits. Available in 4F, 5F, 6F and 8F, from 11cm to 20cm.



### Micro-Introducer Kits

Micro-Introducer Kits are available in 4F and 5F with echogenic or non-echogenic needles and stainless steel or nitinol guidewires.



### Access Needles

Our extensive line of ultra thin wall needles is available in 18g, 19g, 20g and 21g, and from 1/2" to 2 3/4" in length; echogenic and non-echogenic tips.