# Enhanced Visibility Under Ultrasound

*Your complete vein surgery supply source.*™

All TVS Introducers contain 8% Bismuth Sub Carbonate and are manufactured with .011" walled-tubing, which is 28% thicker than some of the most widely-used brands.

This unique combination enhances visibility under ultrasound and makes the Introducers easier to see during procedures.



**TVS Preferred Access™ Introducer**
Wall Thickness = 0.011"



**Other Brands**
0.009"

**Image: TVS 5F Introducer**



Captured on: Sonosite® 180 Plus
Courtesy of Michael F. Bardwil, MD

**Image: TVS 5F Introducer**



Captured on: Terason® 2000 Portable Ultrasound Laptop System
with 10L5 Transducer
Courtesy of William Kalchoff, MD

> *"…introducers are definitely easier to see under ultrasound…"*
>
> "We have been using TVS procedure packs and introducers for several years. Our staff finds the introducers are definitely easier to see under ultrasound than the ones we used previously."
>
> Rajagopalan Ravi, MD
> Arizona Heart Institute Vein Center



901 Yale Street • Houston, Texas 77008
713.863.1600 • 888.868.8346 • www.totalvein.com
©2007, Total Vein Systems