Case 1:04-cv-10686-NMG   Document 52-4   Filed 06/06/2007   Page 1 of 14

# 2007 PRODUCT CATALOG

Your complete vein surgery supply source.

# Procedure Packs





TotalVein™ SYSTEMS

**1.888.868.8346**

901 Yale Street • Houston, Texas 77008 • 713.863.1600 • www.totalvein.com

# Procedure Packs
January 2007 Catalog

Universal Packs..................................................................Page 1

Guide to Custom Packs....................................................Page 2

Custom Packs....................................................................Pages 3-8

Economy Packs.................................................................Pages 9-10

Universal Dressing Pack..................................................Page 10

To Order Call: (888) 868-8346

# TVS Universal Procedure Packs™
*"The Industry Standard"*

**All Universal Packs are in stock and available for same day shipment.**

| | | |
|---|---|---|
| **TVS 4000**   Universal Pack™ | 5 | 84.95 ea |
| | 10 | 79.95 ea |
| | 15+ | 74.95 ea |

**Drapes, Towels & Sponges**
2 XL gowns
1 split drape
1 drape sheet ( ¾ )
2 absorbent towels
4 utility drapes w/tape
4 blue cloth towels
10 sponges 4 x 4
1 table cover

**Needles & Syringes**
1 syringe 5cc
2 syringes 10cc
2 syringes 30cc
2 needles 25g x 1.5"
1 spinal needle 20g x 3.5"
1 needle 20g x 1.5"
1 IV set

**Ancillary Products**
1 Xylocaine 1% 5ml amp
1 scalpel, #11 long handle
1 ultrasound probe cover,
   6" x 48" w/gel
3 steri-strips ½ x 4"
1 surgical marker w/ruler
2 light handle covers
1 solution bowl 8 oz
1 utility bowl 16 oz
1 procedure tray

The following TVS Universal Procedure Packs™ contain the same items as the TVS #4000, plus the additional access devices listed below:

| | | | |
|---|---|---|---|
| **TVS 4003** | including 19g needle | 5 | 88.95 ea |
| | | 10 | 83.95 ea |
| | | 15+ | 78.95 ea |
| **TVS 4005** | including 5F Micro-Introducer Kit | 5 | 119.95 ea |
| | | 10 | 114.95 ea |
| | | 15+ | 109.95 ea |
| **TVS 4035** | including 35cm x 5F Introducer Kit | 5 | 119.95 ea |
| | | 10 | 114.95 ea |
| | | 15+ | 109.95 ea |
| **TVS 4045** | including 45cm x 5F Introducer Kit | 5 | 119.95 ea |
| | | 10 | 114.95 ea |
| | | 15+ | 109.95 ea |
| **TVS 4002** | including 5F Micro-Introducer Kit and 35cm x 5F Introducer Kit | 5 | 138.95 ea |
| | | 10 | 133.95 ea |
| | | 15+ | 128.95 ea |
| **TVS 420** | including 5F Micro-Introducer Kit and 45cm x 5F Introducer Kit | 5 | 138.95 ea |
| | | 10 | 133.95 ea |
| | | 15+ | 128.95 ea |

To Order Call: (888) 868-8346

# Guide to Custom Procedure Pack Selection

*TVS Custom Packs have now become as popular as the widely acclaimed Universal Packs™. Like TVS Universal Packs™, all Custom Packs are in stock and available for same day shipment.*

## Packs Containing Both Introducer Kit and Micro-Introducer Kit

| | |
|---|---|
| TVS 4009 | 45cm Introducer Kit and Micro-Introducer Kit w/ Stainless wire & Stainless Needle |
| TVS 4011 | 35cm Introducer Kit and Micro-Introducer Kit w/ Nitinol wire & Echogenic Needle |
| TVS 4012 | 35cm Introducer Kit and Micro-Introducer Kit w/ Stainless wire & Stainless Needle |
| TVS 4015 | 35cm Introducer Kit and Micro-Introducer Kit w/ Nitinol wire & Echogenic Needle |
| TVS 4016 | 45cm Introducer Kit and Micro-Introducer Kit w/ Nitinol wire & Echogenic Needle |
| TVS 4019 | 45cm Introducer Kit and Micro-Introducer Kit w/ Stainless wire & Stainless Needle |

## Packs Containing Both Introducer Kit and Access Needle

| | |
|---|---|
| TVS 4004 | 45cm Introducer Kit and Arterial Needle, 19g x 2.75" UTW |
| TVS 4008 | 45cm Introducer Kit and Arterial Needle, 19g x 2.75" UTW |

## Packs Containing Only Micro-Introducer Kit

| | |
|---|---|
| TVS 4022 | Micro-Introducer Kit w/ Stainless wire & Stainless Needle |

## Packs Containing Only an Access Needle

| | | | |
|---|---|---|---|
| TVS 4013 | Arterial Needle, 19g x 2.75" UTW | TVS 4014 | Arterial Needle, 19g x 2.75" UTW |

## Packs Do Not Contain Access Devices

| | | |
|---|---|---|
| TVS 4006 | TVS 4017 | TVS 4024 |
| TVS 4007 | TVS 4020 | TVS 4111 |

Detailed contents of each custom procedure pack contained on the following pages, in numerical order.

To Order Call: (888) 868-8346

2

## Custom Procedure Packs

**TVS 4004**  Includes **19g ultra thin wall arterial needle** and **45 cm Introducer Kit.**

| | | |
|---|---|---|
| 5 | 132.95 ea |
| 10 | 127.95 ea |
| 15+ | 122.95 ea |

**Access Device**
1 arterial needle 19g x 2.75" UTW

**Ancillary Products**
1 Xylocaine 1% 5ml amp
1 scalpel, #11 long handle
1 ultrasound probe cover,
    6" x 48" w/gel
3 steri-strips ½"x 4"
1 surgical marker w/ruler
2 light handle covers
1 solution bowl 8 oz
1 utility bowl 16 oz
1 procedure tray

**Drapes, Towels & Sponges**
2 gowns XL
1 split drape
1 drape sheet (¾)
4 blue cloth towels
10 gauze sponges 4 x 4
1 table cover
4 utility drapes w/tape
2 absorbent towels

**Introducer Kit**
1 45cm 5F introducer
1 vessel dilator, 5F
1 guidewire .035/100/FC/TEF/DE/35/ST

**Needles & Syringes**
1 syringe 1cc
1 syringe 10cc
1 syringe 30cc
1 needle 20g x 1.5"
1 spinal needle 20g x 3.5"
1 needle 25g x 1.5"
1 needle 30g x 1"
1 IV set
1 extension set 72"
1 3-way stopcock

---

**TVS 4006**  Includes **Raulerson One Step™** to assist in access and **surgical dressing.**
Includes **one XL gown.**

| | |
|---|---|
| 5 | 84.95 ea |
| 10 | 79.95 ea |
| 15+ | 74.95 ea |

**Access Device**
Raulerson One Step

**Drapes, Towels & Sponges**
1 gown XL
¾ drape sheet, fan folded
1 Mayo stand cover
1 table cover

**Needles & Syringes**
2 syringes 3cc
1 control syringe 10cc
1 syringe 20cc
1 needle 18g x 1.5"
1 spinal needle 20g x 3.5"
1 needle 30g x .5"
1 extension set 48"
1 IV set

**Ancillary Products**
Xylocaine, 1% 20ml multi-dose vial
1 ultrasound probe cover, 6" x 48" w/gel
5 steri-strips ¼ " x 4"
2 padding, Webril 4" x 4 yds.
2 Coban 4" x 5 yds.
1 #11 blade, stainess steel

---

**TVS 4007**  Does not contain an access device or introducer.

| | |
|---|---|
| 5 | 89.95 ea |
| 10 | 84.95 ea |
| 15+ | 79.95 ea |

**Drapes, Towels & Sponges**
2 gowns XL
1 split drape
30 4 x 4 sponges
2 absorbent towels
3 blue cloth towels
1 Mayo stand cover
1 Mayo tray
1 table cover

**Needles & Syringes**
1 syringe 5cc
1 syringe 10cc
2 syringes 30cc
1 needle 18g x 1 ½"
1 spinal needle 20g x 3 ½"
1 needle 30g x ½"
1 IV set

**Ancillary Products**
1 Xylocaine 1% 10ml vial
1 scalpel #11 long handle
3 steri-strips ½" x 4"
1 ultrasound probe cover,
    6" x 48" w/gel
1 ultrasound gel 20g
1 utility bowl 16 oz
1 utility bowl 32 oz
1 surgical marker w/ruler

---

To Order Call: (888) 868-8346

| | | | | |
|---|---|---|---|---|
| **TVS 4008** | Includes **19g ultra thin wall arterial needle** and **45cm 5F Introducer Kit**. | | 5<br>10<br>15+ | 109.95 ea<br>104.95 ea<br>99.95 ea |

**Access Devices**
1 arterial needle 19g x 2.75" UTW

**Ancillary Products**
1 skin marker w/ruler
1 scalpel #11 long handle
1 ultrasound probe cover
   6" x 48" w/gel
2 light handle covers
6 steri-strips ½" x 4"
1 solution bowl 8 oz
1 utility bowl 16 oz
1 Mayo Tray

**Drapes, Towels & Sponges**
2 gowns XL
1 split drape
1 drape sheet 60" x 77"
10 gauze sponges 4 x 4
6 blue cloth towels
1 table cover

**Introducer Kit**
1 45 cm 5F introducer
1 vessel dilator, 5F
1 guidewire .035/80/FC/SS/DE/35/ST

**Needles & Syringes**
1 syringe 3 cc
2 syringes 10cc
1 syringe 30cc
1 needle 20g x 1.5"
1 spinal needle 22g x 3.5"
1 needle 25g x 1.5"
1 needle 30g x .5"
1 IV set

| | | | | |
|---|---|---|---|---|
| **TVS 4009** | Includes **Micro-Introducer**, and **45cm 5F Introducer Kit and surgical dressing.** | | 5<br>10<br>15+ | 147.95 ea<br>142.95 ea<br>137.95 ea |

**Micro-Introducer Kit**
1 Arterial needle 21g x 2.75"
1 vessel dilator, 5F micro
1 vessel dilator, 3F micro
.018/45/SS/ST/mandrel

**Drapes, Towels & Sponges**
2 gowns, XL
30 sponges 4" x 4"
1 split drape
1 drape sheet (¾)
1 table cover
6 blue cloth towels

**Needles & Syringes**
1 syringe 5cc
2 syringes 10cc
2 syringes 30cc
1 spinal needle 20g x 3.5"
1 needle 20g x 1.5"
1 needle 25g x 1.5"
1 IV set

**Introducer Kit**
1 45 cm 5F introducer
1 vessel dilator, 5F
1 guidewire .035/100/FC/TEF/DE

**Ancillary Products**
1 Xylocaine 1% 5ml amp
1 skin marker w/ruler
1 scalpel #11 long handle
6 steri-strips ½" x 4"
4 cotton tip applicators 6"
1 ultrasound probe cover 6" x 48" w/gel
1 solution bowl 8 oz
1 utility bowl 16 oz
1 procedure tray

**Dressings**
5 Abdominal pads 5" x 9"
2 Kerlix 4.5" x 4.1 yds

| | | | | |
|---|---|---|---|---|
| **TVS 4011** | Includes **Micro-Introducer Kit** with **Echogenic needle and Nitinol wire, 35cm 5F Introducer Kit**, and **Raulerson One-Step**. | | 5<br>10<br>15+ | 164.95 ea<br>159.95 ea<br>154.95 ea |

**Micro-Introducer Kit w/Nitinol wire & Echogenic Needle**
1 Arterial needle 21g x 2.75"
   w/ Echogenic tip
1 5F Vessel Dilator Micro
1 3F Vessel Dilator Micro
.018/45/Nitinol/SS

**Drapes, Towels & Sponges**
2 gowns XL
1 drape sheet (½)
1 split drape
10 sponges 4 x 4
4 blue cloth towels
1 Mayo stand cover
1 table cover

**Needles & Syringes**
1 10cc syringe
1 35cc syringe
1 needle 20g x 1"
1 needle 25g x 1"
1 spinal needle 20g x 3.5"
1 extension set 30"
1 IV set

**Introducer Kit**
1 35cm 5F introducer
1 vessel dilator, 5F
1 guidewire .035/100/FC/TEF/DE

**Raulerson One-Step**

**Ancillary Products**
1 ultrasound probe cover,
   6" x 48" w/gel
1 scalpel #11 long handle
3 steri-strips ¼" x 1.5"
3 steri-strips ½" x 4"
1 surgical marker w/ruler
1 procedure tray

**To Order Call: (888) 868-8346**

**TVS 4012**    Includes **Micro-Introducer Kit** and **35cm 5F Introducer Kit**.
Gowns not included.

| | |
|---|---|
| 5 | 119.95 ea |
| 10 | 114.95 ea |
| 15+ | 109.95 ea |

**Micro-Introducer Kit**
1 Arterial needle 21g x 2.75"
1 vessel dilator, 5F micro
1 vessel dilator, 3F micro
.018/45/FC/SS/ST/mandrel

**Drapes, Towels & Sponges**
1 split drape
1 drape sheet (¾)
6 blue cloth towels
10 4 x 4 sponges
1 table cover
1 procedure tray

**Needles & Syringes**
1 needle 20g x 1.5"
1 needle 25g x 1.5"
1 syringe 5cc
2 syringes 10cc
1 syringe 30cc
1 IV set

**Introducer Kit**
1 35cm 5F introducer
1 vessel dilator, 5F
1 guidewire .035/100/FC/PTFE/SS/DE-3J & ST

**Ancillary Products**
1 ultrasound probe cover 6' x 48" w/gel
1 scalpel #11 long handle
3 wound closure strips ¼" x 3"
1 solution bowl 8 oz
1 solution bowl 16 oz

---

**TVS 4013**    Includes **19g ultra thin wall arterial needle**.

| | |
|---|---|
| 5 | 89.95 ea |
| 10 | 84.95 ea |
| 15+ | 79.95 ea |

**Access Device**
1 arterial needle 19g x 2.75" UTW

**Drapes, Towels & Sponges**
2 XL gowns
1 split drape
1 drape sheet (¾)
6 blue cloth towels
10 sponges 4 x 4
table cover

**Needles & Syringes**
1 syringe 5cc
2 syringes 10cc
1 syringe 30cc
1 needle 20g x 1.5"
2 needles 25g x 1.5"
1 IV set

**Ancillary Products**
1 Xylocaine 1% 5ml amp
1 scalpel, #11 long handle
1 ultrasound probe cover, 6" x 48" w/gel
3 steri- strips ½"x 4"
1 surgical marker w/ruler
1 solution bowl 8 oz
1 utility bowl 16 oz
1 procedure tray

---

**TVS 4014**    Does not contain an access device or introducer.

| | |
|---|---|
| 5 | 110.95 ea |
| 10 | 104.95 ea |
| 15+ | 99.95 ea |

**Access Device**
1 arterial needle 19g x 2.75" EETW

**Needles & Syringes**
1 syringe 10cc
1 syringe 20cc
2 syringes 30cc
1 needle 25g x 1.5"
1 needle 30g x .5"
1 IV set
1 IV extension set

**Ancillary Products**
1 skin marker w/ ruler
1 scalpel # 11 long handle
6 steri-strips 1/2" x 4'
1 ultrasound probe cover 6" x 48" w/ gel
1 utility bowl 16 oz
1 procedure tray

**Drapes, Towels & Sponges**
2 gowns XL
10 sponges 4" x 4"
1 split drape
1 drape sheet (3/4)
1 table cover
6 blue cloth towels

| | | | | |
|---|---|---|---|---|
| **TVS 4015** | Includes **Micro-Introducer Kit with Echogenic needle, Nitinol wire, and 35cm 5F Introducer Kit.** | | 5<br>10<br>15+ | 134.95 ea<br>129.95 ea<br>124.95 ea |

**Micro-Introducer Kit w/Nitinol & Echogenic Needle**
1 Arterial needle 21g x 2.75" w/Echogenic tip
1 5F Vessel Dilator Micro
1 3F Vessel Dilator Micro
1 guidewire .018/45cm/Nitinol/SS

**Drapes, Towels & Sponges**
2 gowns, XL
1 split drape
2 absorbent towels
30 sponges 4" x 4"
4 blue cloth towels
1 table cover

**Needles & Syringes**
1 syringe 3cc
1 syringe 5cc
1 syringe 30cc
1 syringe 60cc
1 needle 18g x 1.5"
1 needle 30g x .5"
1 IV set
1 3-way stopcock w/swivel

**Introducer Kit**
1 35cm 5F introducer
1 vessel dilator, 5F
1 guidewire .035/100cm/FC/TEF/DE-3J & ST

**Ancillary Products**
1 Lidocaine 1% 5ml amp
1 ultrasound probe cover, 6" x 48" w/gel
1 scalpel, #11 long handle
3 steri-strips 1/2" x 4"
1 solution bowl, 8 oz.
1 utility bowl, 16 oz.
1 procedure tray

| | | | | |
|---|---|---|---|---|
| **TVS 4016** | Same as the TVS 4015 with a 45cm 5F Introducer Kit | | 5<br>10<br>15+ | 134.95 ea<br>129.95 ea<br>124.95 ea |

**Contains 45cm Introducer Kit.**
**Basic components same as TVS 4015**

| | | | | |
|---|---|---|---|---|
| **TVS 4017** | Does not contain an access device or introducer | | 5<br>10<br>15+ | 77.95 ea<br>72.95 ea<br>67.95 ea |

**Drapes, Towels & Sponges**
2 gowns, XL
1 split drape
1 drape sheet (3/4)
1 utility drape w/ tape
4 blue cloth towels
10 sponges 4" x 4"
1 table cover

**Needles & Syringes**
1 syringe 10cc
1 syringe 30cc
1 spinal needle 18g x 3.5"
1 needle 25g x 1.5"

**Ancillary Products**
1 scalpel, #11 long handle
1 ultrasound probe cover, 6" x 48" w/gel
3 steri-strips 1/2" x 4"
1 solution bowl 8 oz.
1 utility bowl 16 oz.
1 procedure tray

To Order Call: (888) 868-8346

| | | | |
|---|---|---|---|
| **TVS 4019** | Includes **Micro-Introducer Kit, 45cm 5F Introducer Kit** for access and surgical dressing | 5<br>10<br>15+ | 144.95 ea<br>139.95 ea<br>134.95 ea |

**Micro Introducer**
1 Arterial needle 21g x 2.75"
1 vessel dilator, 5F micro
1 vessel dilator, 3F micro
.018/45cm/FC/SS/ST/mandrel

**Dressings**
5 Abdominal pads 5" x 9"
2 Kerlix 4.5" x 4.1 yds
2 Coban 4" x 5 yards
1 EZe-Band Elastic Bandage 4" x 5 yards
1 EZe-Band Elastic Bandage 6" x 5 yards

**Ancillary Products**
1 Xylocaine 1% 5 ml amp
1 skin marker w/ ruler
1 scalpel # 11 long handle
6 steri-strips 1/2" x 4"
1 ultrasound probe cover 6" x 48" w/ gel
1 4oz tube lubricating jelly w/ flip top
1 solution bowl 8 oz
1 utility bowl 16 oz
1 procedue tray

**Drapes, Towels & Sponges**
1 gown L
1 gown XL
30 sponges 4" x 4"
1 split drape
1 drape sheet (3/4)
1 table cover
6 blue cloth towels

**Introducer Kit**
1  45cm 5F Introducer
1  vessel dilator, 5F
1 guidewire .035/100/FC/TEF/DE

**Needles & Syringes**
1 syringe 5cc
1 syringe 30cc
1 spinal needle 20g x 3.5"
1 needle 20g x 1.5"
1 needle 25g x 1.5"

**Retaining Device**
1 Spin-Lock® Adapter

| | | | |
|---|---|---|---|
| **TVS 4020** | Does not contain an access device or introducer. | 5<br>10<br>15+ | 128.95 ea<br>125.95 ea<br>119.95 ea |

**Drapes, Towels & Sponges**
2 gowns L
20 sponges 4" x 4"
1 laparotomy drape w/ armboard covers
1 drape sheet (3/4)
1 table cover
10 blue cloth towels
5  18" x 18" Lap sponges w/ loop
2 absorbent towels
6 foam wing sponges
2 17" x 19" poly lined towels
1 Mayo stand cover

**Dressing**
12 4" x 4" Post Op Sponges
3 Kerlix 4.5" x 4.1 yards
1 Elastic bandage w/ Velcro 4" x 5 yards
2 Elastic bandage w/ Velcro 6" x 5 yards

**Needles & Syringes**
2 syringes 10cc
2 spinal needles 20g x 3.5"
1 needle 30g x 1"
1 Infiltration set
1 10ct needle counter w/ foam and adhesive
3 30" extension sets

**Ancillary Products**
1 skin marker with ruler and labels
2 #11 blades
6 steri-strips 1/2" x 4"
1 ultrasound probe cover 6" x 48" w/ gel
1 suture bag w/ tape
1 penrose drain 1/2" x 18
2 light handle covers
2 large vinyl PF exam gloves
1 2 oz. medicine cup
1 3 compartment tray

| TVS 4022 | Includes **Micro-Introducer Kit (Does not contain an introducer).** | 5 | 99.95 ea |
|---|---|---|---|
| | | 10 | 96.95 ea |
| | | 15+ | 94.95 ea |

**Micro-Introducer Kit**
1 Arterial needle 19g x 2.75"
1 vessel dilator, 5F micro
1 vessel dilator, 3F micro
.018/45/FC/SS/ST/mandrel

**Drapes, Towels & Sponges**
2 gowns XL
1 split drape
1 drape sheet (¾)
6 blue cloth towels
10 gauze sponges 4 x 4
1 table cover
1 procedure tray
2 absorbent towels

**Needles & Syringes**
1 needle 20g x 1.5"
1 needle 25g x 1.5"
1 syringe 5cc
2 syringes 10cc
1 syringe 30cc
1 IV set

**Ancillary Products**
1 ultrasound probe cover 6" x 48" w/gel
1 scalpel #11 long handle
3 wound closure strips ¼" x 3"
1 solution bowl 8 oz
1 solution bowl 16 oz

| TVS 4024 | Does not contain an access device or introducer. | 5 | 74.95 ea |
|---|---|---|---|
| | | 10 | 72.95 ea |
| | | 15+ | 69.95 ea |

**Drapes, Towels & Sponges**
2 gowns XL
10 sponges 4" x 4"
1 split drape
1 drape sheet (3/4)
2 absorbent towels
4 blue cloth towels
1 table cover
1 mayo stand cover

**Needles & Syringes**
2 syringes 10cc
2 spinal needles 20g x .5"
1 needle 20g x 1.5"
1 needle 25g x 1.5"
1 extension set

**Ancillary Products**
1 scalpel #11 long handle
1 ultrasound probe cover 6" x 48" w/ gel
1 skin marker w/ ruler

| TVS 4111 | Does not contain an access device or introducer. | 5 | 79.95 ea |
|---|---|---|---|
| | | 10 | 74.95 ea |
| | | 15+ | 69.95 ea |

**Drapes, Towels & Sponges**
2 gowns XL
10 sponges 4" x 4"
1 split drape
1 drape sheet (3/4)
2 absorbent towels
4 blue cloth towels
1 table cover
1 mayo stand cover

**Needles & Syringes**
1 syringe 10cc
1 syringe 35cc
1 needle 20g x 1"
1 needle 25g x 1"
1 extension set

**Ancillary Products**
1 scalpel #11 long handle
1 ultrasound probe cover 6" x 48" w/ gel
1 skin marker w/ ruler
1 Guidewire Bulb 1-step
1 procedure tray
1 platform tray

To Order Call: (888) 868-8346

## Economy Procedure Packs

| | | | | |
|---|---|---|---|---|
| TVS 4300 | Base Pack A | | 5 | 54.95 ea |
| | | | 10 | 52.95 ea |
| | | | 15+ | 49.95 ea |

**Drapes, Towels & Sponges**
2 XL gowns
1 split drape
1 drape sheet (1/2)
2 absorbent towels
6 blue cloth towels
20 sponges 4 x 4
1 table cover

**Needles & Syringes**
1 syringe 5 cc
1 syringe 10cc
1 syringe 20cc
2 syringes 30cc
2 needles 18g x 1.5"
2 needles 22g x 1.5"
1 needle 25g x 5/8"
1 bag decanter

**Ancillary Products**
1 Xylocaine 1 % 5ml amp
1 scalpel, #11 long handle
1 ultrasound probe cover,
  6" x 96" w/ gel
3 steri strips 1/2" x 4"
1 surgical marker w/ ruler
1 solution bowl 16 oz
2 solution bowls 32 oz
1 procedure tray

| | | | | |
|---|---|---|---|---|
| TVS 4400 | Base Pack B | | 5 | 69.95 ea |
| | | | 10 | 64.95 ea |
| | | | 15+ | 59.95 ea |

**Drapes, Towels & Sponges**
2 XL gowns
1 split drape
2 absorbent towels
4 blue cloth towels
20 sponges 4 x 4
1 table cover

**Needles & Syringes**
1 syringe 3cc
1 syringe 10cc
1 needle 25g x 1.5"
1 spinal needle 22g x 3"

**Ancillary Products**
1 Xylocaine 1 % 5ml amp
1 # 11 blade
1 ultrasound probe cover,
  7" x 48"
3 20cc gel packs
3 steri strips 1/2" x 4"
1 surgical marker w/ ruler
1 16 oz bowl
1 needle stick pad

| | | | | |
|---|---|---|---|---|
| TVS 4401 | Base Pack C | | 5 | 78.95 ea |
| | | | 10 | 73.95 ea |
| | | | 15+ | 69.95 ea |

**Drapes, Towels & Sponges**
2 XL gowns
1 split drape
1 drape sheet (1/2)
2 absorbent towels
4 blue cloth towels
20 sponges 4 x 4
1 table cover

**Needles & Syringes**
1 syringe 3cc
1 syringe 10cc
1 syringe 20cc
1 needle 25g x 5/8"
1 needle 25g x 1.5"
1 spinal needle 22g x 3"

**Ancillary Products**
1 Xylocaine 1 % 5ml amp
1 # 11 blade
1 ultrasound probe cover,
  7" x 48"
3 20cc gel packs
3 steri strips 1/2" x 4"
1 surgical marker w/ ruler
1 16 oz bowl
1 needle stick pad

To Order Call: (888) 868-8346

| TVS 4030 | Drape Pack | | 5 | 53.95 ea |
|---|---|---|---|---|
| | | | 10 | 48.95 ea |
| | | | 15+ | 43.95 ea |

**Drapes, Towels & Sponges**
2 gowns XL
2 absorbent towels
4 utility drapes with tape
1 split drape
1 drape sheet (3/4)
1 table cover

| TVS 4040 | Accessory Pack | | 5 | 48.95 ea |
|---|---|---|---|---|
| | | | 10 | 43.95 ea |
| | | | 15+ | 38.95 ea |

**Drapes, Towels & Sponges**
20 sponges 4 x 4

**Needles & Syringes**
1 20g x 1.5" needle
2 25g x 1.5" needles
1 20g x 3.5" spinal needle
2 syringes 10cc
1 syringe 5cc
2 syringes 30cc
1 IV set

**Ancillary Products**
3 steri-strips 1/4" x 1.5"
2 light handle covers
1 scalpel #11 long handle
1 ultrasound probe cover.
  6" x 48" w/ gel
1 surgical marker w/ ruler
1 solution bowl 8oz
1 utility bowl 16oz
1 full deep tray

## *TVS Universal Dressing Pack*

| TVS 4010 | Sterile Dressing Pack | 5 | 23.95 ea |
|---|---|---|---|
| | | 10 | 22.95 ea |
| | | 15+ | 21.95 ea |

Includes abdominal pads, Kerlix, Coban, and E-Z elastic bandages with velcro.

2 ea Kerlix 4 ½" x 5 yds
4 ea ABD Pads 5" x 9"
2 ea Coban 4" x 5 yds.
1 ea elastic bandage 6" w/velcro
1 ea elastic bandage 4" w/velcro



To Order Call: (888) 868-8346

### TERMS AND CONDITIONS OF SALE

**INITIAL ORDER:** All initial orders are prepaid. Subsequent orders are net 10 days (with credit approval). Please allow 3-7 days for ground shipment.

**SHIPPING:** Products are normally shipped via UPS ground. Overnight and 2nd day shipping available upon request.

**RETURNED GOODS POLICY:** Total Vein Solutions will accept return of any standard item within 90 days of shipment from invoice date. All returned items must be received by Total Vein Solutions in saleable condition and all items must not have been held by customer more than 90 days. Request must be made by telephone to 713-863-1600 before shipment. All returned products must be accompanied by original invoice or facsimile. Return items are all subject to 20% restocking charge. No credit will be given for an item returned unsuitable for restocking.

To Order Call: (888) 868-8346



**1.888.868.8346**

901 Yale Street • Houston, Texas 77008 • 713.863.1600 • www.totalvein.com