# 2007 PRODUCT CATALOG

Your complete vein surgery supply source™

# Laser Fibers
# and
# Access Devices



TotalVein™
SYSTEMS

**1.888.868.8346**

901 Yale Street • Houston, Texas 77008 • 713.863.1600 • www.totalvein.com

# Laser Fibers and Access Devices
January 2007 Catalog

600 Micron Single Use Laser Fibers..................................Page 1

400 Micron Single Use Laser Fibers..................................Page 1

600 Micron Five Times Fibers™.........................................Page 2

Laser Reuse Tools for Five Times Fiber™..........................Page 2

Micro-Introducer Kits, 4 French.........................................Page 3

Micro-Introducer Kits, 5 French.........................................Page 3

Long Introducer Kits, 4 French..........................................Page 4

Long Introducer Kits, 5 French..........................................Page 4

Access Needles................................................................Page 5

One-Step Introducer Kits..................................................Page 5

Guidewires.......................................................................Page 6

AccuRate Tape.................................................................Page 6

6F and 8F Introducer Kits.................................................Page 6

To Order Call: (888) 868-8346

## 600 Micron Laser Fibers (Single Use)
### w/ Spin-Lock® Adapters

| Part # | Description | | Qty | Price |
|---|---|---|---|---|
| TVS P0063 | **Surgical Laser Fiber**<br>**Coil Packaging**<br>For use with medical laser systems having transmission between 532 and 2100 nm, and accepting SMA 905 connector. |  | 5<br>10<br>15+ | 124.95 ea<br>119.95 ea<br>111.95 ea |
| TVS P0063CL | **Surgical Laser Fiber**<br>For use with medical laser systems having transmission between 532 and 2100 nm, and accepting SMA 905 connector. |  | 5<br>10<br>15+ | 119.95 ea<br>109.95 ea<br>99.95 ea |
| TVS P0064 | **Surgical Laser Fiber**<br>For use with medical laser systems having transmission between 532 and 2100 nm, and accepting SMA 905 connector with luer nut. *Stainless steel, spring-loaded luer connector designed to help prevent cross threading.* **Easy on and off connection.** |  | 5<br>10<br>15+ | 124.95 ea<br>119.95 ea<br>111.95 ea |
| TVS P0065 | **Surgical Laser Fiber**<br>For use with medical laser systems having transmission between 532 and 2100 nm, and accepting SMA 905 connector with reduced buffer and aluminum sleeve. |  | 5<br>10<br>15+ | 124.95 ea<br>119.95 ea<br>111.95 ea |

## 400 Micron Laser Fibers (Single Use)

| Part # | Description | | Qty | Price |
|---|---|---|---|---|
| TVS P0034 | **Surgical Laser Fiber**<br>For use with medical laser systems that accept 400 micron laser fibers, having transmission between 532 and 2100 nm, and accepting SMA 905 connector. |  | 5<br>10<br>15+ | 119.95 ea<br>109.95 ea<br>99.95 ea |
| TVS P0012 | **Surgical Laser Fiber**<br>For use with medical laser systems that accept 400 micron laser fibers, having transmission between 532 and 2100 nm, and accepting SMA 905 connector. With reduced buffer and aluminum sleeve. |  | 5<br>10<br>15+ | 124.95 ea<br>119.95 ea<br>111.95 ea |

To Order Call: (888) 868-8346

## 600 Micron Laser Fibers *(Reusable)*

| | | | |
|---|---|---|---|
| **TVS P0063R** | **Five times fiber**™ <br> For use with medical laser systems having transmission between 532 and 2100 nm, and accepting SMA 905 connector. <br> *FDA Clearance Number: 501(k) #K022338* | 1 <br> 3 <br> 6+ | 239.00 ea <br> 219.00 ea <br> 199.00 ea |



| | | | |
|---|---|---|---|
| **TVS P0064R** | **Five times fiber**™ <br> For use with medical laser systems having transmission between 532 and 2100 nm, and accepting SMA 905 connector with luer nut. <br> *FDA Clearance Number: 501(k) #K022338* | 1 <br> 3 <br> 6+ | 239.00 ea <br> 219.00 ea <br> 199.00 ea |



## *Laser Reuse Tools for Five Times Fiber* ™

| | | |
|---|---|---|
| **TVS 0600A-S** | **Micro-Strip® Fiber Stripper** <br> 600 micron laser fiber stripper | 65.00 ea |
| **TVS 200/ 600-C** | **Ceramic Cleaver** <br> For fiber optic use | 10.00 ea |
| **TVS SP5110** | **Self Seal Sterilization Pouch** - Steam and EtO Indicator <br> 5.25" x 11 | 20.69 box of 200 |
| **TVS SP7513** | **Self Seal Sterilization Pouch** - Steam and EtO Indicator <br> 7.5" x 13" | 34.79 box of 100 |
| **TVS 100X** | Laser fiber microscope 100X and 8X inspection power. | 150.00 |



To Order Call: (888) 868-8346

2

## Micro-Introducer Kits, 4 French

| | | | |
|---|---|---|---|
| TVS 2211 | **Preferred Access™, Micro-Introducer Kit**<br>Hooped Guidewire, .018/45/SS/SS<br>Micro-Introducer Sheath and Dilator, 4F Coxial, 9cm<br>Introducer Needle 21g x 2.75" | 5<br>10<br>15+ | 30.95 ea<br>28.95 ea<br>26.95 ea |
| TVS 2212 | **Preferred Access™, Micro-Introducer Kit,<br>w/ Nitinol Wire and Echogenic Needle**<br>Hooped Guidewire, .018/45cm/Nitinol/SS<br>Micro-Introducer Sheath and Dilator, 4F Coaxial, 9cm<br>Introducer Needle, Echogenic, 21g x 2.75" | 5<br>10<br>15+ | 39.95 ea<br>37.95 ea<br>35.95 ea |
| TVS 2213 | **Preferred Access™, Micro-Introducer Kit<br>w/ Echogenic Needle**<br>Hooped Guidewire, .018/45/SS/SS<br>Micro-Introducer Sheath and Dilator, 4F Coaxial, 9cm<br>Introducer Needle, Echogenic 21g x 2.75" | 5<br>10<br>15+ | 31.95 ea<br>29.95 ea<br>27.95 ea |
| TVS 2011 | **Micro-Introducer Kit**<br>Guidewire, .018/45cm/FC/SS/ST/Mandrel<br>Micro-Introducer Sheath and Dilator, 4F Coaxial, 9cm<br>Introducer Needle 21g x 2.75" | 5<br>10<br>15+ | 30.95 ea<br>28.95 ea<br>26.95 ea |
| TVS 2012 | **Micro-Introducer Kit w/Nitinol Wire and Echogenic Needle**<br>Guidewire, .018/45cm/FC/Nitinol/ST/Mandrel<br>Micro-Introducer Sheath and Dilator, 4F Coaxial, 9cm<br>Introducer Needle, Echogenic 21g x 2.75" | 5<br>10<br>15+ | 39.95 ea<br>37.95 ea<br>35.95 ea |
| TVS 2013 | **Micro-Introducer Kit w/Echogenic Needle**<br>Guidewire, .018/45cm/FC/SS/ST/Mandrel<br>Micro-Introducer Sheath and Dilator, 4F Coaxial, 9cm<br>Introducer Needle, Echogenic 21g x 2.75" | 5<br>10<br>15+ | 31.95 ea<br>29.95 ea<br>27.95 ea |

## Micro-Introducer Kits, 5 French

| | | | |
|---|---|---|---|
| TVS 2201 | **Preferred Access™, Micro-Introducer Kit**<br>Hooped Guidewire, .018/45cm/SS/SS<br>Micro-Introducer Sheath and Dilator, 5F Coaxial, 9cm<br>Introducer Needle 21g x 2.75" | 5<br>10<br>15+ | 30.95 ea<br>28.95 ea<br>26.95 ea |
| TVS 2202 | **Preferred Access™, Micro-Introducer Kit,<br>w/Nitinol Wire and Echogenic Needle**<br>Hooped Guidewire, .018/45cm/Nitinol/SS<br>Micro-Introducer Sheath and Dilator, 5F Coaxial, 9cm<br>Introducer Needle, Echogenic, 21g x 2.75" | 5<br>10<br>15+ | 37.95 ea<br>35.95 ea<br>33.95 ea |
| TVS 2001 | **Micro-Introducer Kit**<br>Guidewire, .018/45cm/FC/SS/ST/Mandrel<br>Micro-Introducer Sheath and Dilator, 5F Coaxial, 9cm<br>Introducer Needle 21g x 2.75" | 5<br>10<br>15+ | 30.95 ea<br>28.95 ea<br>26.95 ea |
| TVS 2002 | **Micro-Introducer Kit w/Nitinol Wire and Echogenic Needle**<br>Guidewire, .018/45cm/FC/Niti/ST/Mandrel<br>Micro-Introducer Sheath and Dilator, 5F Coaxial, 9cm<br>Introducer Needle, Echogenic 21g x 2.75" | 5<br>10<br>15+ | 37.95 ea<br>35.95 ea<br>33.95 ea |
| TVS 2003 | **Micro-Introducer Kit w/Echogenic Needle**<br>Guidewire, .018/45cm/FC/SS/ST/Mandrel<br>Micro-Introducer Sheath and Dilator, 5F Coaxial, 9cm<br>Introducer Needle, Echogenic 21g x 2.75" | 5<br>10<br>15+ | 31.95 ea<br>29.95 ea<br>27.95 ea |

To Order Call: (888) 868-8346

## Long Introducer Kits, 4 French

| | | | |
|---|---|---|---|
| TVS 3103 | **Introducer 25cm x 4F**<br>Guidewire, .035/65/FC/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 4F, 25cm | 5<br>10<br>15+ | 32.95 ea<br>29.95 ea<br>27.95 ea |
| TVS 3104 | **Introducer 35cm x 4F**<br>Guidewire, .035/100/FC/PTFE/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 4F, 35cm | 5<br>10<br>15+ | 32.95 ea<br>29.95 ea<br>27.95 ea |
| TVS 3105 | **Introducer 45cm x 4F**<br>Guidewire, .035/125/FC/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 4F, 45cm | 5<br>10<br>15+ | 33.95 ea<br>31.95 ea<br>28.95 ea |
| TVS 3106 | **Introducer 65cm x 4F**<br>Guidewire, .035/150/FC/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 4F, 65cm | 5<br>10<br>15+ | 35.95 ea<br>33.95 ea<br>30.95 ea |
| TVS 3107 | **Introducer 85cm x 4F**<br>Guidewire, .035/175/FC/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 4F, 85cm | 5<br>10<br>15+ | 44.95 ea<br>43.95 ea<br>40.95 ea |



## Long Introducer Kits, 5 French

| | | | |
|---|---|---|---|
| TVS 3003 | **Introducer 25cm x 5F**<br>Guidewire, .035/65/FC/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 5F, 25cm | 5<br>10<br>15+ | 31.95 ea<br>28.95 ea<br>26.95 ea |
| TVS 3004 | **Introducer 35cm x 5F**<br>Guidewire, .035/100/FC/PTFE/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 5F, 35cm | 5<br>10<br>15+ | 31.95 ea<br>28.95 ea<br>26.95 ea |
| TVS 3005 | **Introducer 45cm x 5F**<br>Guidewire, .035/125/FC/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 5F, 45cm | 5<br>10<br>15+ | 32.95 ea<br>30.95 ea<br>27.95 ea |
| TVS 3006 | **Introducer 65cm x 5F**<br>Guidewire, .035/150/FC/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 5F, 65cm | 5<br>10<br>15+ | 34.95 ea<br>32.95 ea<br>29.95 ea |
| TVS 3007 | **Introducer 85cm x 5F**<br>Guidewire, .035/175/FC/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 5F, 85cm | 5<br>10<br>15+ | 43.95 ea<br>42.95 ea<br>39.95 ea |

## To Order Call: (888) 868-8346

## Access Needles

| | | |
|---|---|---|
| **TVS 5001** | 19g x 2.75" UTW Percutaneous Needle | **3.95 ea** |
| **TVS 5002** | 19g x 2.75" UTW Premium Percutaneous Needle | **4.95 ea** |
| **TVS 5003** | 19g x 2.75" UTW Premium Percutaneous Needle w/ echo tip | **4.95 ea** |
| **TVS 5004** | 21g x 2.75" UTW Percutaneous Needle | **3.75 ea** |
| **TVS 5005** | 21g x 2.75" UTW Percutaneous Needle, w/echo tip | **3.95 ea** |
| **TVS 5006** | 18g x 2.75" UTW Winged Arterial Needle | **5.95 ea** |
| **TVS 5020** | 20g x 1.5 " UTW Percutaneous Needle, will accept 400 micron laser fiber | **7.95 ea** |
| **TVS 5025** | 20g x 2.75" UTW Percutancous Needle, will accept 400 micron laser fiber | **7.95 ea** |



TVS 2020 4 French One Step Introducer

## One-Step Introducer Kits

| | | | | |
|---|---|---|---|---|
| **TVS 2005** | **4F One Step Introducer Kit, 11cm** | | 5 | 34.95 ea |
| | **Combination of Micro-Introducer Kit w/11cm 4F Introducer** | | 10 | 33.95 ea |
| | Guidewire, .018/45cm/FC/SS/ST/Mandrel | | 15+ | 32.95 ea |
| | Introducer Sheath and Dilator, 4F Coaxial, 11cm | | | |
| | Micro-dilator, 4F 1-step | | | |
| | Introducer Needle, 21g x 2.75" | | | |
| **TVS 2020** | **4F One Step Introducer Kit, 20cm** | | 5 | 44.95 ea |
| | **Combination of Micro-Introducer Kit w/20cm 4F Introducer** | | 10 | 42.95 ea |
| | Guidewire, .018/45cm/FC/SS/ST/Mandrel | | 15+ | 39.95 ea |
| | Introducer Sheath and Dilator, 4F Coaxial, 20cm | | | |
| | Micro-dilator, 4F 1-step | | | |
| | Introducer Needle, 21g x 2.75" | | | |
| **TVS 2004** | **5F One Step Introducer Kit, 11cm** | | 5 | 34.95 ea |
| | **Combination of Micro-Introducer Kit w/11cm 5F Introducer** | | 10 | 33.95 ea |
| | Guidewire, .018/45cm/FC/SS/ST/Mandrel | | 15+ | 32.95 ea |
| | Introducer Sheath and Dilator, 5F Coaxial, 11cm | | | |
| | Micro-dilator, 5F 1-step | | | |
| | Introducer Needle, 21g x 2.75" | | | |

To Order Call: (888) 868-8346

## Guidewires

| | | |
|---|---|---|
| **TVS 3010** | **Nitinol Guidewire .035/150/Reg/Angled**<br>Hydrophilic coating for exceptionally smooth entry and navigation.<br>One to one torque ratio. | 29.95 ea |
| **TVS 3011** | **100cm Guidewire** .035/100/FC/PTFE/DE/3J&ST | 9.95 ea |
| **TVS 3012** | **80cm Guidewire** .035/80/FC/SS/DE/3J & ST | 9.95 ea |
| **TVS 3013** | **45cm Guidewire** .018/45/SS/Mandrel | 15.95 ea |
| **TVS 3014** | **150cm Guidewire** .025/150/FC/PTFE/ST | 9.95 ea |
| **TVS 3015** | **150cm Guidewire** .035/150/PTFE/DE/3J & ST | 10.95 ea |
| **TVS 3070** | **Guidewire Torque Handle** | 16.95 box of 10 |

## AccuRate Tape

Sterile medical grade tape with 1mm, 1cm, and 5cm graduated markings.

| | | |
|---|---|---|
| TVS 7035 | AccuRate Tape, 35cm | 2.95 ea |
| TVS 7045 | AccuRate Tape, 45cm | 2.95 ea |
| TVS 7055 | AccuRate Tape, 55cm | 2.95 ea |




## 6F And 8F Introducer Kits

| | | | |
|---|---|---|---|
| TVS 3001 | **6F Introducer Kit**<br>Guidewire, .035/45/FC/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 6F, 11cm | 5<br>10<br>15+ | 24.95 ea<br>22.95 ea<br>19.95 ea |
| TVS 3002 | **8F Introducer Kit**<br>Guidewire, .035/45/FC/SS/DE-3J&ST<br>Introducer Sheath and Dilator, 8F, 11cm | 5<br>10<br>15+ | 24.95 ea<br>22.95 ea<br>19.95 ea |

To Order Call: (888) 868-8346

## TERMS AND CONDITIONS OF SALE

**INITIAL ORDER:** All initial orders are prepaid. Subsequent orders are net 10 days (with credit approval). Please allow 3-7 days for ground shipment.

**SHIPPING:** Products are normally shipped via UPS ground. Overnight and 2nd day shipping available upon request.

**RETURNED GOODS POLICY:** Total Vein Solutions will accept return of any standard item within 90 days of shipment from invoice date. All returned items must be received by Total Vein Solutions in saleable condition and all items must not have been held by customer more than 90 days. Request must be made by telephone to 713-863-1600 before shipment. All returned products must be accompanied by original invoice or facsimile. Return items are all subject to 20% restocking charge. No credit will be given for an item returned unsuitable for restocking.

To Order Call: (888) 868-8346



**1.888.868.8346**

901 Yale Street • Houston, Texas 77008 • 713.863.1600 • www.totalvein.com