# 2007 PRODUCT CATALOG

Your complete vein surgery supply source.™

# Surgical Supplies



**1.888.868.8346**

901 Yale Street • Houston, Texas 77008 • 713.863.1600 • www.totalvein.com

# Surgical Supplies
January 2007 Catalog

Ultrasound Probe Covers and Gel (Sterile)..........................Page 1

Drapes.................................................................Page 1

Surgical Gowns (Sterile)..............................................Page 2

Small Drapes and Towels (Sterile).....................................Page 2

Bandages and Dressings................................................Page 2

Syringes..............................................................Page 2

Hypodermic Needles....................................................Page 3

Spinal Needles........................................................Page 3

Intravenous Products and Solutions....................................Page 3

Miscellaneous Products................................................Page 4

Syringe Delivery Kit..................................................Page 4

Microphlebectomy Hooks................................................Page 5

Microphlebectomy Packs................................................Page 5

Compression Hosiery...................................................Page 6

To Order Call: (888) 868-8346

## Ultrasound Probe Covers And Gel *(Sterile)*

| | | |
|---|---|---|
| **TVS M001** | **TVS™ Economy Ultrasound Probe Cover w/Gel** <br> 7" x 48"cover, seamless, ready to use. <br> Includes sterile gel pack. | **5.95 ea** |
| **TVS M002** | **TVS™ Economy Ultrasound Probe Cover w/Gel** <br> 6" x 96"cover, seamless, ready to use. <br> Includes sterile gel pack. | **7.95 ea** |
| **TVS M003** | **TVS™ Premium Ultrasound Probe Cover w/Gel** <br> 6" x 48" cover, ready to use. <br> Includes sterile gel pack. | **9.95 ea** |
| **TVS M004** | **TVS™ Premium Ultrasound Probe Cover w/Gel** <br> 6" x 48" cover, seamless, ready to use. <br> Includes sterile gel pack. | **9.95 ea** |
| **TVS M1290** | **MicroTek™ Sterile Ultrasound Probe Cover w/ Gel** <br> 6" x 48" cover, seamless, ready to use. <br> Includes sterile gel pack. | **8.95 ea** |
| **TVS M1292** | **MicroTek™ Sterile Ultrasound Probe Cover w/ Gel** <br> 6" x 96" cover, seamless, ready to use. <br> Includes sterile gel pack. | **9.95 ea** |
| **TVS 0101** | **Sterile Aquasonic ® 100 Ultrasound Gel** <br> 20g overwrapped foil pouch | **14.90 box of 10** |
| **TVS 0308** | **Aquasonic® Ultrasound Gel, .25L bottle (non sterile)** | **2.89 each** |



**TVS™ 2498**
**"The ideal vein surgery drape"**

## Drapes *(Sterile)*

| | | |
|---|---|---|
| | | **9.90 ea** |
| **D2498** | **TVS™ Premium Split Drape.** <br> This is the same custom designed premium drape that is used in all TVS Universal and Custom Procedure Packs. ***Now available individually.*** | |
| **D2411** | ½ Drape Sheet, 40" x 58" | **2.49 ea** |
| **D2415** | ¾ Drape Sheet, 53" x 77" | **3.49 ea** |
| **D2417** | Large Drape Sheet, 70" x 85" | **5.49 ea** |
| **M12436** | Economy Fluff Underpad, 23" x 36" | **9.95 bag of 50** |
| **M20320** | Fluff Underpad, 23" x 36" | **12.95 bag of 50** |

To Order Call: (888) 868-8346

1

## Surgical Gowns *(Sterile)*

| | | |
|---|---|---:|
| **D2900** | M Gown, Non-Reinforced w/towel | **4.75 ea** |
| **D2901** | L Gown, Non-Reinforced w/towel | **4.75 ea** |
| **D2902** | XL Gown, Non-Reinforced w/towel | **5.25 ea** |
| **D2903** | XXL Gown, Non-Reinforced w/towel | **7.95 ea** |

## Small Drapes And Towels *(Sterile)*

| | | |
|---|---|---:|
| **D2220** | Sterile Absorbent Towels, 2's | **.79 pk** |
| **D2309** | Table Cover, 44" x 76" | **2.95 ea** |
| **D2405** | Utility Drape w/Tape, 15" x 24", 2's | **1.25 pk** |
| **D2406** | Utility Drape w/ Tape, 15" x 26", 4's | **2.45 pk** |
| **D2500** | Mayo Stand Cover | **1.50 ea** |
| **M8202** | Disposable Blue Cloth Towels, 2's | **2.49 pk** |
| **D8204** | Towel Clamps, 4's | **2.95 pk** |

## Bandages And Dressings

| | | |
|---|---|---:|
| **B001** | ABD Pads, 5" x 9" (sterile) | **2.40 box of 10** |
| **B005** | Kerlix 4 ½" x 5 yds. (sterile) | **17.90 box of 10** |
| **B010** | Coban, 4" x 5 yds. | **24.90 box of 10** |
| **B015** | EZe-Band Elastic bandage 4"  (double Velcro, front & end self closure) | **24.90 box of 10** |
| **B020** | Eze-Band Elastic bandage 6"  (double Velcro, front & end self closure) | **28.90 box of 10** |
| **B025** | Gauze, sterile, 4" x 4" 12-ply in plastic tray 10 per tray | **10.95 box of 10** |
| **M5151** | Wound Closure Strips, 3 x 1/4" x 3" (sterile) | **9.80 box of 10** |
| **M5157** | Wound Closure Strips, 6 x 1/2" x 4" (sterile) | **9.95 box of 10** |

## Syringes

| | | |
|---|---|---:|
| **TVS 6011** | 1cc with luer lock | **47.95 box of 100** |
| **TVS 6003** | 3cc with luer lock | **9.95 box of 100** |
| **TVS 6005** | 5cc with luer lock | **17.95 box of 100** |
| **TVS 6010** | 10cc with luer lock | **19.95 box of 100** |
| **TVS 6020** | 20cc with luer lock | **10.95 box of 40** |
| **TVS 6030** | 30cc with luer lock | **19.95 box of 40** |
| **TVS 6012** | 1cc Tuberculin syringe with 27 g x 1/2" detachable needle, slip tip | **13.95 box of 100** |

To Order Call: (888) 868-8346

## Hypodermic Needles

| | | | |
|---|---|---|---:|
| **TVS 5007** | 18g x 1.5" TW | | **7.95 box of 100** |
| **TVS 5008** | 20g x 1" UTW | | **7.95 box of 100** |
| **TVS 5009** | 22g x 1.5" UTW | | **7.95 box of 100** |
| **TVS 5010** | 25g x 1" TW | | **7.95 box of 100** |
| **TVS 5011** | 25g x 1.5" TW | | **7.95 box of 100** |
| **TVS 5012** | 30g x 1" | | **43.95 box of 100** |
| **TVS 5013** | 30g x 1/2" | | **4.95 box of 100** |
| **TVS 5060** | 27g x 1/2" Winged Infusion Set | | **59.95 box of 100** |

## Spinal Needles

| | | |
|---|---|---:|
| **TVS 5050** | Spinal Needle, 20g x 3.5" | **3.75 ea** |
| **TVS 5055** | Spinal Needle, 22g x 3.5" | **3.75 ea** |

## Intravenous Products And Solutions

| | | | |
|---|---|---|---:|
| **TVS 8010** | Bacteriostatic Sodium Chloride, .09% | 30mL vial | **13.50 box of 25** |
| **TVS 8015** | Concentrated Sodium Chloride, 23.4% (4mEq.mL) | 50mL vial | **25.95 box of 25** |
| **TVS 8016** | Concentrated Sodium Chloride, 23.4% (4mEq.mL) | 100mL vial | **73.95 box of 25** |
| **TVS 8020** | Epinephrine, 1:1000 | 30mL vial | **10.95 ea** |
| **TVS 8030** | Lidocaine Hydrochloride 1% | 5mL ampule | **21.75 box of 25** |
| **TVS 8031** | Lidocaine Hydrochloride 1% | 50mL vial | **18.75 box of 25** |
| **TVS 8032** | Lidocaine Hydrochloride 2% | 50mL vial | **21.45 box of 25** |
| **TVS 8040** | Normal Saline | 500mL bag | **1.95 ea** |
| **TVS 8050** | Sodium Bicarbonate, 8.4% (4.2grams; 50mEq/50mL) | 50mL vial | **21.95 box of 25** |
| **M1402** | IV Administration Set, 89" LL, w/drip chamber (15 drops/ml) with Universal Spike and SpinLock Connector | | **24.95 box of 10** |
| **M5484** | Extension Sets, 30" LL, w/roller clamp (sterile) | | **15.95 box of 10** |
| **TVS 3080** | Three way stopcock (sterile) | | **9.95 box of 10** |

**Venoscope II**™ Ideal for imaging deep reticular veins and spider veins. Used for marking veins and during Sclerotherapy.

**175.00 ea**



## To Order Call: (888) 868-8346

## *Miscellaneous Products*

| | | |
|---|---|---|
| **M1020** | Scalpel, #11 Blade w/handle (sterile) | **13.95 box of 10** |
| **M1025** | Surgical Marking Pen w/ Ruler (sterile) | **11.95 box of 10** |
| **M1035** | Half Shallow Tray, 9" x 5" x 1" (sterile) | **29.50 box of 10** |
| **LHS1000** | Sterile Light Handle Covers | **13.95 box of 10** |
| **4AVAIL** | Prevail One Step Topical Preoperative Prep Gel and Applicator, 2 oz. | **99.50 box of 10** |
| **D50315** | Procedure Bowl, 16oz (sterile) | **9.95 box of 10** |
| **M2607** | Chloro prep, 10.5 mL | **65.00 box of 10** |

| | | | |
|---|---|---|---|
| **TVS 6001** | **Syringe Delivery Kit** | 5 | 18.95 ea |
| | For rapid delivery of sterile solutions | 10 | 16.95 ea |
| | | 15+ | 14.95 ea |



| | | |
|---|---|---|
| **ROS** | **Raulerson One-Step™ without needle** | **69.95 box of 10** |



To Order Call: (888) 868-8346

## Microphlebectomy Hooks

**PH 1150**    Bardwil™ Double-Ended Phlebectomy Hooks and Spatula
1.4mm Hook/1.5mm Spatula, Stainless Steel, 7" (15cm)    **149.95 ea**



**PH 1152**    Bardwil™ Double-Ended Phlebectomy Hooks and Spatula
1.65mm Hook/2mm Spatula, Stainless Steel, 7" (15cm)    **149.95 ea**



**PH 1160**    Bardwil™ Double-Ended Phlebectomy Hooks and Spatula
Small Ball Tipped Hook/2mm Spatula, Stainless Steel, 7" (15cm)    **149.95 ea**



## Microphlebectomy Packs

**TVS 4001**    **Microphlebectomy Pack**
Includes the necessary items to successfully perform surgeries.
**No gowns included.**

| | |
|---|---|
| 5 | 49.95 ea |
| 10 | 44.95 ea |
| 15+ | 39.95 ea |

**Drapes, Towels & Sponges**
1 split sheet
1 drape sheet (¾)
4 blue cloth towels
10 sponges, 4 x 4
1 table cover

**Needles & Syringes**
2 syringes, 10cc
1 syringe, 30cc
1 needle, 18g x 1.5"
1 spinal needle, 20g x 3.5"
1 needle, 25g x 1.5"
1 IV set

**Ancillary Products**
1 scalpel #11 long handle
3 steri-strips ½" x 4"
1 procedure tray
1 solution bowl 8oz

**TVS 410**    **Microphlebectomy Pack w/Gowns**
Includes the necessary items to successfully perform surgeries.
**Includes gowns.**

| | |
|---|---|
| 5 | 59.95 ea |
| 10 | 54.95 ea |
| 15+ | 49.95 ea |

**Drapes, Towels & Sponges**
1 split sheet
1 drape sheet (¾)
4 blue cloth towels
10 sponges, 4 x 4
1 table cover
2 XL gowns

**Needles & Syringes**
2 syringes, 10cc
1 syringe, 30cc
1 needle, 18g x 1.5"
1 spinal needle, 20g x 3.5"
1 needle, 25g x 1.5"
1 IV set

**Ancillary Products**
1 scalpel #11 long handle
3 steri-strips ½" x 4"
1 procedure tray
1 solution bowl 8oz

## To Order Call: (888) 868-8346

## Compression Hosiery

### *Total Vein Systems™ Brand Hosiery*
**Available in Class II Full Length Thigh and Class I Cushion Foot Socks.**

| Style | Size | Description | Compression | Color | Price |
|-------|------|-------------|-------------|-------|-------|
| SC2112B-B | B | Full Length Thigh | 30-40mmHg | Beige | 24.90 |
| SC2113C-B | C | Full Length Thigh | 30-40mmHg | Beige | 24.90 |
| SC2114D-B | D | Full Length Thigh | 30-40mmHg | Beige | 24.90 |
| SC2812B-K | B | Cushion Foot Sock | 20-30mmHg | Black | 13.35 |
| SC2812B-W | B | Cushion Foot Sock | 20-30mmHg | White | 13.35 |
| SC2812C-K | C | Cushion Foot Sock | 20-30mmHg | Black | 13.35 |
| SC2812C-W | C | Cushion Foot Sock | 20-30mmHg | White | 13.35 |

### *Sigvaris ™ Select Comfort Series*
**Please call for measurement and correct sizing information.**

| Style | Size | Description | Compression | Color | Price |
|-------|------|-------------|-------------|-------|-------|
| U2 | S (1-4) M (1-4) L (1-4) XL (1-4) | Thigh with grip top Open Toe, Unisex | 20-30mmHg | Crispa | 46.25 |
| U3 | S (1-4) M (1-4) L (1-4) XL (1-4) | Thigh with grip top Open Toe, Unisex | 30-40mmHg | Crispa | 46.25 |
| M2 | S (1-4) M (1-4) L (1-4) | Thigh with grip top Open Toe, Men's | 20-30mmHg | Khaki, Black | 46.25 |
| M3 | S (1-4) M (1-4) L (1-4) | Thigh with grip top Open Toe, Men's | 30-40mmHg | Khaki, Black | 46.25 |
| W2 | S (1-4) M (1-4) L (1-4) | Thigh with grip top Open Toe, Women's | 20-30mmHg | Natural, Black | 46.25 |
| W3 | S (1-4) M (1-4) L (1-4) | Thigh with grip top Open Toe, Women's | 30-40mmHg | Natural, Black | 46.25 |

To Order Call: (888) 868-8346

## TERMS AND CONDITIONS OF SALE

**INITIAL ORDER:** *All initial orders are prepaid.  Subsequent orders are net 10 days (with credit approval). Please allow 3-7 days for ground shipment.*

**SHIPPING:** *Products are normally shipped via UPS ground. Overnight and 2nd day shipping available upon request.*

**RETURNED GOODS POLICY:** *Total Vein Solutions will accept return of any standard item within 90 days of shipment from invoice date. All returned items must be received by Total Vein Solutions in saleable condition and all items must not have been held by customer more than 90 days. Request must be made by telephone to 713-863-1600 before shipment.  All returned products must be accompanied by original invoice or facsimile.  Return items are all subject to 20% restocking charge.  No credit will be given for an item returned unsuitable for restocking.*

To Order Call: (888) 868-8346



**1.888.868.8346**

901 Yale Street • Houston, Texas 77008 • 713.863.1600 • www.totalvein.com