

**Your complete vein surgery supply source.™**

# SuperStore Specials 2007

**ALL PRICES ARE GOOD THROUGH MAY 18, 2007.**
Not to be combined with any other offer. Quantities limited.

## IVC CUSTOMER ORDER FORM

BILL TO _____    SHIP TO _____

ADDRESS _____    ADDRESS _____

CITY _____ STATE _____ ZIP _____    CITY _____ STATE _____ ZIP _____

PHONE NUMBER _____    FAX NUMBER _____

| TVS CATALOG NUMBER | DESCRIPTION | REGULAR PRICE | SALE PRICE | QUANTITY | TOTAL AMOUNT |
|---|---|---|---|---|---|
| ❏ TVS 2201 | Micro Introducer Kit, 5F | 30.95 | **24.95** | | |
| ❏ TVS 2211 | Micro Introducer Kit, 4F | 30.95 | **24.95** | | |
| ❏ TVS 2202 | Micro Introducer Kit, 5F echogenic needle and nitinol guidewire | 37.95 | **24.95** | | |
| ❏ TVS 2212 | Micro Introducer Kit, 4F echogenic needle and nitinol guidewire | 37.95 | **24.95** | | |
| ❏ TVS 3004 | Long Introducer Kit, 5F x 35cm | 31.95 | **24.95** | | |
| ❏ TVS 3005 | Long Introducer Kit, 5F x 45cm | 32.95 | **24.95** | | |
| ❏ TVS 3006 | Long Introducer Kit, 5F x 65cm | 34.95 | **24.95** | | |
| ❏ TVS 3104 | Long Introducer Kit, 4F x 35cm | 32.95 | **24.95** | | |
| ❏ TVS 3105 | Long Introducer Kit, 4F x 45cm | 33.95 | **24.95** | | |
| ❏ TVS 3106 | Long Introducer Kit, 4F x 65cm | 35.95 | **24.95** | | |
| ❏ TVS P0063CL | Surgical Laser Fiber | 119.95 | **89.95** | | |
| ❏ TVS 7035 | AccuRate™ Tape, 35cm | 2.95 | **1.95** | | |
| ❏ TVS 7045 | AccuRate™ Tape, 45cm | 2.95 | **1.95** | | |
| ❏ TVS 7055 | AccuRate™ Tape, 55cm | 2.95 | **1.95** | | |
| ❏ D2498 | TVS Premium Split Drape | 9.90 | **8.90** | | |
| ❏ TVS 4000 | Universal Procedure Pack | 84.95 | **69.95** | | |

METHOD OF PAYMENT  ❏ VISA  ❏ MASTERCARD  ❏ CHECK # _____    ORDERED BY _____

CREDIT CARD # _____    EXP. DATE _____

SIGNATURE _____    DATE NEEDED _____

**PLEASE FAX YOUR COMPLETED ORDER FORM TO 713 863-1601.**