

**TotalVein** SYSTEMS
Our Main Website — With over 300 products!

**SuperStore**
Internet Specials - May 2007

**ORDER FORM**

After we receive your order, a Total Vein Systems ™ representative will contact you.

**SUBMIT**

Name: _____  Company: _____

Address: _____

City: _____  State: _____

Zip: _____  Country: _____

Phone: _____  Fax: _____

Email: _____

ALL ORDERS ARE PREPAID.
Not to be combined with any other offers.

## LASER FIBERS

☐ Click box to order



**P0063CL    Surgical Laser Fiber 600 Micron**
For use with medical laser systems having transmission between 532 and 2100 nm, and accepting SMA 905 connector.

15 - $99.95 ea.

*"Being one of the largest Vein Centers in the United States, I have now user over 600 laser fibers in the last six months. Only one fiber was an issue, and this is a testimony to the quality of your fibers. I am so pleased with all of your fibers, catheters, introducers, disposables, etc."*

George E. Lovegrove, MD
Charleston, West Virginia

*"TVS laser fibers are remarkably reliable. I have performed over 3,000 endovenous procedures and I can only remember one or two instances when we experienced a problem with the fiber."*

John Landi, MD
Naples, Florida

## INTRODUCERS

☐ Click box to order



**TVS 3005    5F Introducer Kit, 45cm**
Guidewire, .035/125/FC/SS/DE-3J&ST
Introducer Sheath and Dilator, 5F, 45cm

15 - $27.95 ea.

## 2020 ONE-STEP INTRODUCER KIT

☐ Click box to order



**TVS 2020    4F One-Step Introducer Kit, 20cm**
Combination of Micro-Introducer Kit w/20cm 4F Introducer
Guidewire, .018/45cm/FC/SS/ST/Mandrel
Introducer Sheath and Dilator, 4F Coaxial, 20cm
Micro-dilator, 4F 1-step
Introducer Needle, 21g X 2.75"

15 - $39.95 ea.

901 Yale Street • Houston, Texas 77008 • 713.863.1600 • Fax 713.863.1601 • 888.868.8346 • email us    © Copyright 2007 Total Vein Systems™

Not to be combined with any other offers.



**TotalVein™**
SYSTEMS
Your complete vein surgery supply source.™

**SuperStore**
Internet Specials - May 2007

  

**LASER FIBERS**
Get 2 free when you buy 15.

**INTRODUCERS**
Get 2 free when you buy 15.

**2020 ONE-STEP INTRODUCER KIT**
Get 2 free when you buy 15.

**CLICK TO ORDER!**

ALL ORDERS ARE PREPAID.

901 Yale Street • Houston, Texas 77008 • 713.863.1600 • Fax 713.863.1601 • 888.868.8346 • email us         © Copyright 2007 Total Vein Systems™

Not to be combined with any other offers.