# Total Vein Systems Means Value

*Your complete vein surgery supply source.*™

Quality products with exceptional value are hallmarks of Total Vein Systems

*Please compare our pricing with your present supplier.*

      

Laser Fiber   +   Introducer   +   Access Needle

## ALL FOR $131.85

      

Laser Fiber   +   Introducer   +   Micro-Introducer

## ALL FOR $154.85

Pricing based on best case pricing. Products sold seperately.



Total Vein™ SYSTEMS

901 Yale Street • Houston, Texas 77008
713.863.1600 • 888.868.8346 • www.totalvein.com

©2007, Total Vein Systems