**Total Vein Solutions**
901 Yale Street
Houston, Texas 77008
713 863-1600
713 863-1601 fax
888 868-8346 toll free
totalvein@earthlink.net



Date: 9/15/05

To: Steven Elias, MD
Englewood Hospital

Fax #: (201) 816-8812

From: Randy Puddu, Sales

Pages: 3

cc:

Re: Total Vein Cost Comparison

Dear Dr. Elias,

We spoke this past July when you requested information on our vein center supplies.

I wanted to follow up by providing you with a price comparison to show you how cost effective Total Vein Solutions can be over the course of a year.

I've compared the cost of Total Veins components (laser fiber, access needle or Micro-Introducer kit and 45cm Introducer) vs the procedure kit you currently use @ 20 procedures per month. The Total Vein prices quoted are our best price at 15+ units per item. I think you'll find the savings impressive.

Substituting a Total Vein Micro-Introducer Kit (includes Echogenic needle & Nitinol wire) for access @ $32.95 plus Laser Fiber and 45cm Introducer is still amazingly cost effective at $159.85 per procedure.

Please call on me. I'd be happy to answer any questions you may have.

Yours truly,

Randy Puddu
Sales & Marketing

Sep 15 05 12:05p                                                             713 863-1601                    p.2

**TotalVein**™
SOLUTIONS

September 15, 2005

To: Steven Elias, MD
Englewood Hospital

## Cost Comparison
### 20 Procedures Per Month

**Diomed®**

| Diomed™ Procedure Kit (Discounted Price) | Laser Fiber | 19g Needle | Introducer Kit | Your Kit Total | Procedures Per Month | Procedures Per Year | Yearly Present Supplier |
|---|---|---|---|---|---|---|---|
| | Included | Included | Included | $495.00* | 20 | 240 | $118,800.00 |

**Total Vein Solutions**™

| Total Vein Solutions™ | Laser Fiber | 19g Needle | 45cm Introducer Kit | TVS™ Price | Procedures Per Month | Procedures Per Year | Yearly TVS™ Total |
|---|---|---|---|---|---|---|---|
| | 99.95 | 3.95 | 26.95 | $130.85 | 20 | 240 | $31,404.00 |

Annual Savings of <u>74%</u> for a total saving of <u>$87,396.00</u>

Diomed® is the trademark of Diomed, Inc.
*Based upon recently obtained sales literature from Diomed, Inc.