IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>        Defendant. | CIVIL ACTION NO. 04-CV-10686 NMG |

**DIOMED'S UNOPPOSED MOTION TO IMPOUND**

Plaintiff Diomed, Inc. ("Diomed") respectfully requests that the Court impound the following materials being filed in connection with Diomed's motion for a preliminary injunction against Defendant Total Vein Solutions, LLC ("TVS"):

- Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction; and

- Exhibits A, B, and N to the Declaration of Charles T. Steenburg.

The specified exhibits to the Steenburg declaration have been designated CONFIDENTIAL – ATTORNEYS' EYES ONLY by TVS pursuant to the Protective Order entered by Judge Stearns in this case on March 14, 2005. The memorandum in support of Diomed's motion discusses the contents of these documents.

Diomed respectfully requests that the impoundment order remain in effect until sixty days following settlement or final judgment (including exhaustion of all appeals), at which time the impounded documents may be released into the custody of counsel for TVS.

Counsel for TVS have stated that they do not oppose this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DIOMED, INC. |
|  | By its attorneys, |
| Dated: June 6, 2007 | /s/ Michael A. Albert<br>Michael A. Albert (BBO #558566)<br>malbert@wolfgreenfield.com<br>Michael N. Rader (BBO #646990)<br>mrader@wolfgreenfield.com<br>John L. Strand (BBO #654985)<br>jstrand@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 646-8000 |

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

The undersigned certifies that counsel for Diomed consulted with counsel for TVS and counsel agreed that the memorandum and specified exhibits in support of Diomed's motion for a preliminary injunction may be filed under seal.

/s/ Michael A. Albert

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert