IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 04-CV-10686 NMG |

**NOTICE OF PARTIAL WITHDRAWAL OF
DIOMED'S UNOPPOSED MOTION TO IMPOUND**

In connection with its motion for a preliminary injunction (D.I. 47) against Defendant Total Vein Solutions, LLC ("TVS"), Plaintiff Diomed, Inc. ("Diomed") moved to seal its supporting Memorandum (D.I. 48) as well as Exhibits A, B, and N to the Declaration of Charles T. Steenburg (D.I. 49) since those Exhibits have been designated by TVS as confidential and the Memorandum references the Exhibits.

Subsequently, after further consultation with counsel for TVS, Diomed learned that TVS does not consider any of the contents of the Memorandum itself to constitute confidential information.

Diomed accordingly withdraws its Unopposed Motion to Impound (D.I. 53) to the extent that it concerns the Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction. Attached as Exhibit A is a copy of the memorandum. Diomed requests that it be entered as D.I. 48 in place of the existing Notice of Manual Filing.

The Unopposed Motion remains pending to the extent that it concerns Exhibits A, B, and N to the Steenburg declaration.

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: June 12, 2007

/s/ Michael A. Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert