UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

DIOMED, INC.,

      Plaintiff,

v.

TOTAL VEIN SOLUTIONS, LLC,

      Defendant.

Civil Action No. 04-10686 NMG

**ASSENTED TO MOTION TO EXTEND DEADLINE FOR TOTAL VEIN SOLUTIONS
TO OPPOSE DIOMED'S MOTION FOR PRELIMINARY INJUNCTION**

Defendant Total Vein Solutions, LLC ("TVS") hereby moves this Court for a one week

extension until June 27, 2007, to file its Opposition to Plaintiff's Motion for Preliminary

Injunction.  The parties have conferred and agree that TVS be granted additional time to file the

opposition.  As such, this Motion should be granted.

WHEREFORE, TVS prays that this Court grant Total Vein Solutions, LLC an extension

to June 27, 2007 to file its Opposition to Plaintiff's Motion for Preliminary Injunction.

Date:  _June 19, 2007___

Respectfully Submitted,
TOTAL VEIN SOLUTIONS, LLC,
By its attorneys,
_____/s/  Merton E. Thompson_
Merton E. Thompson
BBO #637056
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

Barden Todd Patterson
(admitted *pro hac vice*)

Henry M. Pogorzelski
(admitted *pro hac vice*)
PATTERSON & SHERIDAN, LLP
3040 Post Oak Boulevard, Suite 1500
Houston, Texas 77056
Tel:  (713) 623-4844
Fax:  (713) 623-4846

Craig V. Depew
(admitted *pro hac vice*)
CLARK, DEPEW & TRACEY, LLP
4400 Louisiana, 16th Floor
Houston, Texas  77002
Tel: (713) 757-1400
Fax: (713) 759-1217
ATTORNEYS FOR DEFENDANT
TOTAL VEIN SOLUTIONS, INC.

### Local Rule 7.1(A)(2) Certification

I, Merton E. Thompson, attorney for defendant Total Vein Solutions, Inc., hereby certify that my co-counsel has conferred with counsel for plaintiff Diomed, Inc., in a good faith effort to resolve or narrow the issues raised in this Motion.  Diomed has indicated that it assents to the foregoing Motion to Extend Deadline for Total Vein Solutions to Oppose Diomed's Motion for Preliminary Injunction.

/s/ Merton E. Thompson _____
Merton E. Thompson

### CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this *Assented to Motion to Extend Deadline for Total Vein Solutions to Oppose Diomed's Motion for Preliminary Injunction* to be served through the ECF system and by electronic mail upon the following counsel of record:

Michael A. Albert
Michael N. Rader
John L. Strand

2

WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts  02210
Tel:  (617) 646-8000
Fax:  (617) 646-8646
ATTORNEYS FOR PLAINTIFF DIOMED, INC.
   __/s/_ Merton E. Thompson____