UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>    Defendant. | Civil Action No. 04-10686 NMG |

## [ PROPOSED ] ORDER

Upon consideration of Defendant Total Vein Solutions' Motion to Extend the Deadline to oppose Plaintiff Diomed's Motion for Preliminary Injunction, the Court is of the opinion that such motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline by which Defendant must file its opposition is extended until June 27, 2007.

IT IS SO ORDERED.

_____
Nathaniel M. Gorton
United States District Judge