UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

DIOMED, INC.,

       Plaintiff,

v.

TOTAL VEIN SOLUTIONS, LLC,

       Defendant.

Civil Action No. 04-10686 NMG

**TOTAL VEIN SOLUTIONS' UNOPPOSED MOTION TO FILE ITS OPPOSITION TO DIOMED'S MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL**

Defendant Total Vein Solutions, LLC ("TVS") respectfully requests that this Court impound the following materials being filed in connection with Total Vein Solutions' opposition to Diomed's Motion for Preliminary Injunction:

- Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction; and
- Exhibits I, N, O, Q, R, S, U, V, W, X, Y, FF and GG.

The exhibits have been designated CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order entered in this case on March 14, 2005. The Memorandum in Opposition to Plaintiff's Motion discusses the contents of these exhibits.

Total Vein Solutions respectfully requests that the impoundment order remain in effect until sixty (60) days following settlement or final judgment (including exhaustion of all appeals), at which time the impounded documents may be released into the custody of counsel for Total Vein Solutions.

Counsel for Diomed have indicated that they do not oppose this motion.

Date:  __June 27, 2007___                Respectfully Submitted,
                                         TOTAL VEIN SOLUTIONS, LLC,
                                         By its attorneys,
                                         ___/s/  Merton E. Thompson_
                                         Merton E. Thompson
                                         BBO #637056
                                         BURNS & LEVINSON LLP
                                         125 Summer Street
                                         Boston, MA 02110
                                         Tel: (617) 345-3000
                                         Fax: (617) 345-3299

                                         Barden Todd Patterson
                                         (admitted *pro hac vice*)
                                         Henry M. Pogorzelski
                                         (admitted *pro hac vice*)
                                         PATTERSON & SHERIDAN, LLP
                                         3040 Post Oak Boulevard, Suite 1500
                                         Houston, Texas 77056
                                         Tel:  (713) 623-4844
                                         Fax:  (713) 623-4846

                                         Craig V. Depew
                                         (admitted *pro hac vice*)
                                         CLARK, DEPEW & TRACEY, LLP
                                         4400 Louisiana, 16th Floor
                                         Houston, Texas  77002
                                         Tel: (713) 757-1400
                                         Fax: (713) 759-1217
                                         ATTORNEYS FOR DEFENDANT
                                         TOTAL VEIN SOLUTIONS, INC.

### **Local Rule 7.1(A)(2) Certification**

I, Merton E. Thompson, attorney for defendant Total Vein Solutions, Inc., hereby certify

that my co-counsel has conferred with counsel for plaintiff Diomed, Inc., and counsel agreed that

the Opposition and specified exhibits in support of Total Vein Solutions' opposition may be filed

under seal.                              /s/ Merton E. Thompson_____


                                         Merton E. Thompson

2

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the ECF system upon the following

counsel of record:

Michael A. Albert
Michael N. Rader
John L. Strand
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts  02210
Tel:  (617) 646-8000
Fax:  (617) 646-8646
Attorneys for Plaintiff Diomed, Inc.
__/s/_ Merton E. Thompson____