UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| DIOMED, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>　　Defendant. | Civil Action No. 04-10686 NMG |

## NOTICE OF MANUAL FILING

The Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction will be filed under seal with the clerk of the Court on June 27, 2007 pursuant to the Protective Order entered by the Court on March 14, 2005 (Docket #19).

Date:　June 27, 2007

Respectfully Submitted,
TOTAL VEIN SOLUTIONS, LLC,
By its attorneys,
　　/s/ Merton E. Thompson
Merton E. Thompson
BBO #637056
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

Barden Todd Patterson
(admitted *pro hac vice*)
Henry M. Pogorzelski
(admitted *pro hac vice*)
PATTERSON & SHERIDAN, LLP
3040 Post Oak Boulevard, Suite 1500
Houston, Texas 77056
Tel: (713) 623-4844
Fax: (713) 623-4846

Craig V. Depew
(admitted *pro hac vice*)
CLARK, DEPEW & TRACEY, LLP
4400 Louisiana, 16th Floor
Houston, Texas  77002
Tel: (713) 757-1400
Fax: (713) 759-1217
ATTORNEYS FOR DEFENDANT
TOTAL VEIN SOLUTIONS, INC.