UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>    Defendant. | Civil Action No. 04-10686 NMG |

# TOTAL VEIN SOLUTIONS' OPPOSITION TO DIOMED'S MOTION FOR PRELIMINARY INJUNCTION

# FILED UNDER SEAL