# EXHIBIT B

AngioDynamics

# ANGIODYNAMICS
INCORPORATED



Venous Products

- VenaCure Laser Treatment
- Sotradecol

SEARCH... 🔍    HOME | CONTACT US | SITE MAP

Products > Venous Products > Precision 980™ Vein Laser

## Precision 980™ Vein Laser

VenaCure® Laser Vein Treatment
*NEW Vascular Therapy Innovation!*

VenaCure Laser Vein Treatment. It is estimated that 25% of women and 15% of men worldwide have varicose veins. In the United States, more than half of adults over the age of 60 suffer from painful and unsightly venous disease.

The VenaCure Laser Vein Treatment is expanding the capabilities of vascular therapy for the treatment of varicose veins. VenaCure offers your patients an effective out-patient alternative to surgical ligation and vein stripping. The VenaCure treatment takes about 45 minutes and only local anesthesia is used - so your patients are up and walking immediately!

AngioDynamics' VenaCure Package includes: a most advanced procedure kit, a two-day vein training course and an award-winning business development kit.

Our minimally invasive laser treatment for varicose veins is revolutionizing the vascular field. Innovative, safe, and effective treatments are currently performed in-office, with excellent long-term results. Visit www.venacure.com for more information.

AngioDynamics Announces Plan to Launch NeverTouch™ VenaCure® Product Line



VenaCure®
*Laser Vein Treatment*

For more information, contact AngioDynamics'
Customer Service Department by phone
800-772-6446 (U.S. Only) or by
e-mail customerservice@angiodynamics.com

All Contents © copyright 2007 AngioDynamics, Inc. All rights reserved.

603 Queensbury Ave, Queensbury, NY 12804
Phone: 1-800-772-6446 Fax: 518-798-3625 Email: info@angiodynamics.com

Privacy Policy