# EXHIBIT D


**Dornier MedTech**
WE'RE ALL ABOUT PEOPLE

| HOME | About Us | News | Products | Patients | Physicians | Service | Events | Contact Us |

English   Spanish

## Lasers

Lithotripters
Urotables
Orthopedics
Lasers
   **Diode**
   Medilas D LiteBeam+
   Medilas D FlexiPulse
   **Holmium**
   Medilas H 20

### Medilas D LiteBeam+
*LPS.*

- Peak power 30 watt Diode laser (940 nm wavelength)
- Continuous or pulsed operation
- Light guide Protection System (LPS) for increased safety
- Fibertom mode: Fiber tip temperature feedback control for smooth and safe cutting
- Lightweight, compact and easily transportable
- Applications: Varicose veins, coagulation, ablation and vaporization



### Medilas D FlexiPulse
*LPS.*

- Peak power 120 watt Diode laser (940 wavelength)
- Continuous or pulsed wave operation
- Light guide Protection System (LPS) for increased safety
- Applications: Varicose veins, spider veins, ENT surgery, coagulation, ablation, contact cutting, interstitial coagulation




### Medilas H 20

- 20 watt Holmium laser (2.1 micron wavelength)
- State-of-the-art color touch screen display
- Green aiming beam for improved targeting
- Accelerator foot pedal for precise control of pulse frequency
- Applications: Stones, soft tissue



Terms of Use
This site is protected by copyright and trademark laws under US and International law.
All rights reserved. © 2007 Dornier MedTech





Dornier's Lightguide Fiber Protection System (LPS)



**Normal Operation**
A normal fiber tip achieving optimal results on vein tissue layers.



**No LPS Feedback**
Fiber tip starts to char, absorbing laser light and producing unwanted damaging heat.



**LPS Feedback**
Tip has charred, triggering feedback and the *LPS shut off* for protection.

## *Lightguide Fiber Protection System (LPS)*

Based upon proprietary technology, the Dornier *Medilas D LiteBeam+* comes equipped with an unique Lightguide Protection System (LPS) that protects the fiber from damage thus increasing patient safety. If light emissions originating from excess heat during the application of laser energy is detected at the applicator tip, the LPS system turns off the laser to prevent damage to the fiber.

## *fibertom™ Mode*

This feature produces even cutting by ensuring the temperature of the fiber tip remains within set limits. This provides well controlled application of energy while reducing carbonization and preventing damage to the fiber tip.

## *Variety of Applications*
The *Medilas D LiteBeam+* is ideal for performing endovenous laser treatment of varicose veins as well as a variety of surgical applications using the cutting and coagulation techniques.

## *Surgical Applications*

- *Vascular Surgery*
- *ENT*
- *Urology*
- *Neurosurgery*
- *Orthopedics*
- *Interventional Radiology*
- *Gynecology*
- *General Surgery*



## *Treatment Flexibility*
There are a variety of fibers that can be used with the *Medilas D LiteBeam+* to perform a number of surgical procedures. A variety of scopes can be used during treatment when used in combination with the thin flexible fibers.



## Dornier Medilas D LiteBeam+

The Dornier *Medilas D LiteBeam+* is a compact, high value diode laser with enhanced safety features. With an output power of up to 30 Watts and a 940 nm wavelength, procedures can be performed with reduced bleeding in a number of medical applications. The laser is designed to allow operation in continuous or pulse mode and is used for procedures involving cutting, coagulation, ablation and vaporization. The advanced safety features include the Lightguide Protection System (LPS) and fibertom™ mode which minimizes risk to the patient and fiber.

### 940 nm Wavelength



**Absorption Spectra** — Water, Melanin, Hemoglobin — Wavelength (μm) vs Molar Absorption Coefficient

### Ideal Wavelength
Due to the absorption in water and blood the 940 nm wavelength is ideal for the treatment of blood vessels and perfused tissue, making it ideal for application in vessel closure and surgical procedures.

### Benefits of LiteBeam+

- *High Value*
- *Compact & Transportable*
- *Variety of Flexible Fibers*
- *Intuitive Graphical Interface*
- *Enhanced Safety Features*

### Easy to Use
The high-resolution, color display is intuitive and makes set-up for treatments quick and easy. The touch screen allows simple adjustments of treatment parameters and the pre-defined hot-keys provide standard parameters for a variety of surgical applications.

### Ergonomic by Design
The small footprint and lightweight design of this tabletop laser make the Dornier *Medilas D LiteBeam+* perfect for any surgical setting. The unit is easily transportable using the integrated handle.


