# EXHIBIT E

# Laser Competitive Set*

|  | Diomed | Angio | Vasc | CoolTouch |
|---|---|---|---|---|
| Own EVLT® IP |  | No | No | No |
| FDA approval | 1st | 3rd | 5th | 6th |
| Market entry | 1st | 2nd | 5th | 6th |
| Market share | 1st | 2nd | 3rd | 4th – 5th |
| Laser placements | >1000 | 469+ | 125+ | 75+ |
| EVLT® Focus | Primary | < 20% | < 20% | Small/Growing |

*Excludes minor participants: Biolitec, Dornier and Total Vein Solutions



V 051707



DIOMED HOLDINGS, INC. (AMEX: DIO)

*Leadership in Minimally Invasive Medical Procedures*