# EXHIBIT F

   

« HOME

# Press Releases.

« Back to Investor Relations

Stock Quotes and Charts »

SEC Filings »

Press Releases »

Conference Call Link »

Analyst Coverage »

Annual Report »

Management »

E.Mail Request Form »

Meetings and Events »

Investor Conferences »

## Our Products.
Select a product to learn more about our solutions.



« all articles

**Vascular Solutions launches Vari-Lase Bright Tip laser fiber**
Posted: Apr 12, 2007

**NEWS RELEASE**

For Immediate Release: Thursday, April 12, 2007

Contact:

Howard Root, CEO
James Hennen, CFO
Vascular Solutions, Inc.
(763) 656-4300

**VASCULAR SOLUTIONS LAUNCHES VARI-LASE BRIGHT TIP LASER FIBER**
MINNEAPOLIS, Minnesota -- Vascular Solutions, Inc. (Nasdaq:VASC) today announced that it has completed the U.S. conversion to its groundbreaking new Vari-Lase Bright Tip laser fiber technology for performing endovenous laser therapy. The Bright Tip fiber features a proprietary ceramic distal tip to provide enhanced ultrasound visibility, protection against thermal degradation and complete protection from even unintended contact between the laser-emitting surface of the fiber and the vein wall. The Bright Tip has been evaluated at multiple U.S. centers with excellent clinical outcomes and highly favorable physician response. Beginning today, all Vari-Lase procedure kits and fibers sold in the U.S. will include the new Bright Tip fiber.

Howard Root, CEO of Vascular Solutions, commented: "The Bright Tip fiber provides the advantages of both a clinically superior product and a solution to Diomed's patent litigation. Many physicians have requested a fiber that provides improved ultrasound visualization of the distal tip to ensure correct location before firing the laser, which was the reason we designed the Bright Tip. At the same time, the Bright Tip prevents even the possibility of the vein wall contact with the laser-emitting surface of the fiber that was the requirement of Diomed's sole patent claim in the litigation. Diomed was well aware of Vascular Solutions' Bright Tip design during the recently-completed trial, and Diomed's lawyers characterized the Bright Tip in their written memorandum to the Court as follows:

'If VSI and AngioDynamics truly wanted their customers to avoid contact (as their litigation-driven disclaimer suggests), and if they truly believed that contact is not the method by which effective endovenous laser treatment works, they could simply have provided customers with the 'centering' devices they have both developed.'"

Mr. Root concluded: "With the conversion complete, we are now exclusively providing our U.S. customers Bright Tip fibers containing that centering device. We are pleased that even Diomed's lawyers have acknowledged that Vascular Solutions' systems utilizing the Bright Tip fiber do not infringe Diomed's sole patent in this area."

*About Vascular Solutions*

Vascular Solutions, Inc. is a medical device company that focuses on developing unique solutions for unmet clinical opportunities within interventional radiology and interventional cardiology. The company's five main product categories consist of hemostat (blood clotting) products, extraction catheters, vein products, specialty catheters and access products. New products introduced since the second half of 2003 include the Vari-Lase® endovenous laser product line for the treatment of varicose

veins, the D-Stat Dry™ hemostatic bandage for the rapid control of topical bleeding, the Pronto™ extraction catheter for the aspiration of soft thrombus, the Langston® dual lumen specialty catheter for the measurement of aortic stenosis and the Twin-Pass® dual access specialty catheter for dual wire access in interventional procedures.

The information in this press release contains forward-looking statements that involve risks and uncertainties. Our actual results could differ materially from those anticipated in these forward-looking statements. Important factors that may cause such differences include those discussed in our Annual Report on Form 10-K for the year ended December 31, 2006 and other recent filings with the Securities and Exchange Commission. The risks and uncertainties include, without limitation, risks associated with the need for adoption of our new products, limited working capital, lack of profitability, exposure to intellectual property claims, dependence on key vendors, exposure to possible product liability claims, the development of new products by others, doing business in international markets, limited manufacturing experience, the availability of third party reimbursement, and actions by the FDA.

For further information, connect to **www.vascularsolutions.com**

Duett, Duett Pro, Diagnostic Duett Pro, Pronto, Langston, Max-Support and ThrombiGel are trademarks of Vascular Solutions, Inc. D-Stat, Vari-Lase, Acolysis are registered trademarks of Vascular Solutions, Inc.

©1999-2007 Vascular Solutions Inc. All rights reserved. Terms of Use

**Vascular Solutions, Inc.**
6464 Sycamore Court
Minneapolis, MN 55369
763.656.4300


Site by Electric Pulp