# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DIOMED, INC.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No.: 04-10019-NMG |
| | ) | |
| **ANGIODYNAMICS, INC.** | ) | |
| **Defendant.** | ) | |

| | | |
|---|---|---|
| **DIOMED, INC.** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | Civil Action No.: 04-10444-NMG |
| | ) | **(CONSOLIDATED UNDER** |
| **VASCULAR SOLUTIONS, INC.** | ) | **04-10019 NMG)** |
| **Defendant.** | ) | |

## DECLARATION OF JONATHAN HAMMOND
## IN OPPOSITION TO DIOMED'S MOTION FOR PERMANENT INJUNCTION

I, Jonathan Hammond, declare:

1.      I am the Director of Process Development of Defendant Vascular Solutions, Inc. ("VSI"). I offer this declaration in opposition to Plaintiff Diomed, Inc.'s motion for permanent injunction. I make the statements in this declaration based on my own personal knowledge.

2.      In my position with VSI, I am responsible for and have directed the process development and manufacture of the Vari-Lase Bright Tip fiber, as well as the inspection of the Bright Tip fibers manufactured for sale in the U.S. to ensure they conform to the VSI product specifications and release standards.

3.    The Bright Tip version of the Vari-Lase fiber utilizes a high-temperature resistant ceramic cylinder that is bonded on the distal tip of the fiber to completely encircle and extend beyond the distal edge of the laser-emitting core and cladding.

4.    Attached as Exhibit 1 is a true and correct copy of the approved current drawing of the Vari-Lase Bright Tip fiber as manufactured for sale in the U.S.

5.    Each Bright Tip fiber is manufactured to ensure that the ceramic tip covers all lateral surfaces of the laser-emitting core and cladding of the distal tip of the fiber. The distal edge of the ceramic tip on all Bright Tip fibers also extends by a minimum of .002" and a maximum of .008" beyond the distal edge of the laser-emitting core of the fiber. All Bright Tip fibers manufactured and released for sale in the U.S. have been inspected before release, and any Bright Tip fiber not meeting these specifications has been scrapped and not released for sale.

6.    I inspected four samples of the Bright Tip fiber that were returned to me for evaluation following clinical use in Vari-Lase procedures performed by Dr. Ariel Soffer of Hollywood, Florida. The ceramic tip on each of the four returned Bright Tip fibers maintained its complete coverage of all lateral surfaces of the laser-emitting core and cladding, and was undamaged other than discolorization. The distal edge of each of the ceramic tips on the four returned Bright Tip fibers extended beyond the distal edge of the laser-emitting core of the fiber. There was no evidence of laser emission from any lateral side of any of the four Bright Tip fibers I tested after clinical use.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 12, 2007.

Jonathan Hammond

2

# EXHIBIT 1

