# EXHIBIT M



# the**vein**store™
## Your One-Stop Endovenous Source

Packs, Accessories,
Instruments
and Supplies for
Endovenous Laser
Procedures

# PROCEDURE PACKS

A choice of different procedure supply packs for endovenous laser (EVL) procedures.



| Two Packs To Choose From | | Standard Laser Procedure Pack | Economy Laser Procedure Pack |
|---|---|---|---|
| Model # | | SLP | ELP |
| Drapes & Gowns | Drape sheet | 1 | |
| | Utility drapes w/tape | 4 | |
| | Blue cloth towels | 4 | 3 |
| | xl gowns | 2 | 2 |
| | Split sheet | 1 | 1 |
| | Absorbent towels | 2 | 2 |
| | Table cover | 1 | 1 |
| Prep | Syringe 10cc | 2 | 2 |
| | Solution bowl 8oz | 1 | 1 |
| | 4x4 gauze | 10 | 20 |
| Ultrasound | Sterile gel | 3  COMPARE | 2  COMPARE |
| | Ruler | 1 | |
| | Probe cover | 1 | 1 |
| | Surgical marker | 1 | 1 |
| Local Anesthesia | Syringe 5cc | 1 | |
| | Needles 25g x 1.5" | 2 | |
| | Needle 27g x 1.25" | | 1 |
| | 5ml 1% lidocaine | 1 | 1 |
| Access | Needle 19g UTW | 1 INCLUDED | |
| | #11 blade scalpel | 1 | 1 |
| Tumescent | Syringe 30cc | 2 | 2 |
| | Spinal needle 20g x 3.5" | 1 INCLUDED | 1 INCLUDED |
| | Needle 20g x 1.5" | 1 | |
| | IV set | 1 | |
| | Utility bowl 16oz | 1 | 2 |
| Extras | Light handles covers | 1 | |
| | Steri-strips | 3 | 1 |
| | Procedure tray | 1 | 1 |

### Laser Procedure Packs — Ordering Information

| Order# | Product Name |
|---|---|
| SLP | Standard Laser Procedure Pack |
| ELP | Economy Laser Procedure Pack |

*www.veinstore.com*

# SINGLE ACCESSORIES

Single use products designed to meet the needs of the endovenous laser procedure and differing patient anatomies.







### Introducer Sheath Sets
- Single sterile package includes .035" guidewire, sheath and dilator

### Compression Bandages
Designed for quality and performance, cohesive compression bandages are the ideal complement to your endovenous procedures
- Light weight nylon, easy tear material
- Latex Free

### Tumescent Infiltration Kit
- Single sterile package includes syringe and tubing to instill tumescent solutions more efficiently

### Veinlite LED
Lightweight and portable device



### Veinlite
High intensity office machine



# VEINLITE®

Excellent high quality transillumination of the skin
- Ideal for sclerotherapy, phlebectomy and other venous procedures
- Enhance the visualization of veins up to 8mm under the skin
- Variety of models available for multiple applications including special filters, adjustments for different skin tones, and portability



| Veinlite — Ordering Information | |
|---|---|
| Order# | Product Name |
| VLR | Veinlite I |
| VHB | Replacement Halogen Bulb |
| VLED | Veinlite LED |
| VLED-DPC | Protective Covers for Veinlite LED |
| VLED-BAT | Veinlite LED Replacement Battery |
| VLED-LS | Light Shield for Veinlite LED |

*To order: call 1-877-844-VEIN (8346), fax 408-365-8480 or www.veinstore.com*









**Micro Puncture Kits**
- Single sterile package includes 21G entry needle, .018" guidewire and 2 vessel dilators

**Guidewires**
- All VNUS guidewires are stainless steel, made with a fixed core and are PTFE coated

**Percutaneous Entry Needle**
- 19G UTW and 21G echogenic and standard needles in single sterile packages

**Probe Cover**
- Single sterile plastic sleeve protects the ultrasound probe while maintaining sterility

### Single Accessories — Ordering Information

**Introducer Sheath Set**

| Order # | Size | Length |
|---|---|---|
| IS-4F35 | 4F | 35cm |
| IS-4F45 | 4F | 45cm |
| IS-4F65 | 4F | 65cm |
| IS-5F35 | 5F | 35cm |
| IS-5F45 | 5F | 45cm |
| IS-5F65 | 5F | 65cm |

**Compression Bandages**

| Order # | Width | Length | Type |
|---|---|---|---|
| CB-CO-4x5 | 4" | 5 yards | Cohesive |
| CB-CO-6x5 | 6" | 5 yards | Cohesive |

**Tumescent Infiltration Kit**

| Order # | Size | Length |
|---|---|---|
| TIK-01 | 12cc syringe | 108" tube |

**Micro Puncture Kits**

| Order # | Coaxial Dilator | Needle |
|---|---|---|
| MPK-4F | 3F/4F | 21G x 2.75 |
| MPK-5F | 3F/5F | 21G x 2.75 |

**Guidewires**

| Order # | Diameter | Length | Configuration |
|---|---|---|---|
| GW-018-45 | .018" | 45cm | Single-ended: Straight |

**Percutaneous Entry Needle**

| Order # | Size | Length | Type | Max. Wire |
|---|---|---|---|---|
| AN-19G | 19G | 2.75" | UTW | .035 |
| AN-19GE | 19G | 2.75" | UTW Echogenic | .035 |
| AN-21G | 21G | 2.75" |  | .018 |
| AN-21GE | 21G | 2.75" | Echogenic | .018 |

**Probe Cover**

| Order # | Length | Width |
|---|---|---|
| PC-6x96 | 96" | 6" |



www.veinstore.com

# VarEx™

## Phlebectomy Instruments

The wide variety of VarEx instrument shapes and sizes facilitate phlebectomy technique

- 22 different models and tip designs
- High quality 440A stainless surgical grade steel
- Unique octagonal handle design permits user to roll the instrument between the fingers, reducing wrist stress
- Flat, ridged surfaces for ease of gripping



### VarEx — Ordering Information

| Order # | Description |
|---|---|
| **VarEx SmoothTip Family** | |
| VPH-M1L | Blunt, Left-Handed, Size 1 (smallest) |
| VPH-M2L | Blunt, Left-Handed, Size 2 |
| VPH-M3L | Blunt, Left-Handed, Size 3 |
| VPH-M4L | Blunt, Left-Handed, Size 4 (largest) |
| VPH-M1R | Blunt, Right-Handed, Size 1 (smallest) |
| VPH-M2R | Blunt, Right-Handed, Size 2 |
| VPH-M3R | Blunt, Right-Handed, Size 3 |
| VPH-M4R | Blunt, Right-Handed, Size 4 (largest) |
| **VarEx FineTip Family** | |
| VPH-R1L | Sharp, Left-Handed, Size 1 |
| VPH-R2L | Sharp, Left-Handed, Size 2 |
| VPH-R1R | Sharp, Right-Handed, Size 1 |
| VPH-R2R | Sharp, Right-Handed, Size 2 |
| **VarEx Duo Family** | |
| VPH-VA1 | Double Ended, Dissector |
| VPH-VA2 | Double Ended, Extractor – Small Hook |
| VPH-VA3 | Double Ended – Large Hook |
| VPH-VA4 | Double Ended, Microspatula |
| VPH-VA5 | Double Ended, Micro-Extractor |
| VPH-VA6 | Double Ended, Mini-Extractor |
| **VarEx Crochet Hooks** | |
| VPH-CH1 | Crochet hook style, smaller |
| VPH-CH2 | Crochet hook style, larger |
| **VarEx Forceps** | |
| VPH-MOS1 | Mosquito Forceps – 5.5" Curved |
| VPH-MOS2 | Mosquito Forceps – 5.5" Straight |



*To order: call 1-877-844-VEIN (8346), fax 408-365-8480 or www.veinstore.com*



**theVeinstore**™

## THE VEIN STORE ORDER FORM

| Billing Name | _____ | Shipping Address | _____ |
| Address #1 | _____ | Address #1 | _____ |
| | _____ | | _____ |
| City | _____ | City | _____ |
| State, Zip | _____ | State, Zip | _____ |
| Phone Number | _____ | Purchase Order # | _____ |
| Fax Number | _____ | Contact Name | _____ |

| Item Number | Description | Qty/Ea. | Price/ Each 1-5 | 6+ | Extended Cost |
|---|---|---|---|---|---|
| ☐ SLP | Standard Laser Procedure Pack | | $82.95 | $74.75 | |
| ☐ ELP | Economy Laser Procedure Pack | | $54.95 | $49.75 | |
| ☐ IS-4F35 | 4F, 35cm Introducer Sheath Set | | $31.95 | $27.75 | |
| ☐ IS-4F45 | 4F, 45cm Introducer Sheath Set | | $32.95 | $28.75 | |
| ☐ IS-4F65 | 4F, 65cm Introducer Sheath Set | | $34.95 | $30.75 | |
| ☐ IS-5F35 | 5F, 35cm Introducer Sheath Set | | $30.95 | $26.75 | |
| ☐ IS-5F45 | 5F, 45cm Introducer Sheath Set | | $31.95 | $27.75 | |
| ☐ IS-5F65 | 5F, 65cm Introducer Sheath Set | | $33.95 | $29.75 | |
| ☐ CB-CO-4x5 | 4" x 5yds Cohesive Compression Bandage (12 rolls) | | $44.00 (box) | | |
| ☐ CB-CO-6x5 | 6" x 5yds Cohesive Compression Bandage (12 rolls) | | $60.00 (box) | | |
| ☐ AN-19G* | 19G Ultra Thin Wall Needle, 2.75" | | $3.25 | | |
| ☐ AN-19GE* | 19G Ultra Thin Wall Needle with echogenic tip, 2.75" | | $5.25 | | |
| ☐ AN-21G* | 21G Needle, 2.75" | | $3.25 | | |
| ☐ AN-21GE* | 21G Needle with echogenic tip, 2.75" | | $5.25 | | |
| ☐ MPK-4F* | Micro Puncture Kit, 4F | | $24.95 | | |
| ☐ MPK-5F* | Micro Puncture Kit, 5F | | $24.95 | | |
| ☐ MIS-6F07* | Micro Introducer Sheath Set 6F, 7cm | | $24.95 | | |
| ☐ MIS-8F07* | Micro Introducer Sheath Set 8F, 7cm | | $24.95 | | |
| ☐ GW-018-45* | Guidewire, .018", 45cm | | $12.00 | | |
| ☐ PC-6X96* | Ultrasound Probe Cover, 6" x 96" | | $10.00 | | |
| ☐ TIK-01* | Tumescent Infiltration Kit | | $14.50 | | |

All items are subject to sales tax and freight charges.

Date Needed _____ Ship Via: ☐ Ground ☐ Next Day, AM ☐ Next Day, PM ☐ 2nd Day Air

Signature _____ Title _____ Date _____

**Please fax this form to The Vein Store Customer Service at 1-408-365-8351**

*Effective 4-1-07*