# EXHIBIT P





Home > Products > Product Catalog > Procedure Trays and Packs > Vein Closure Tray

## Vein Closure Tray



The Vein Closure Tray is designed to meet the ancillary needs of endovascular laser procedures as well as vascular radiofrequency procedures. Each Vein Closure Tray contains a proprietary syringe to help streamline procedural tasks with less hand fatigue. This proprietary tumescent syringe system allows administration while maintaining access to the source.

Part Number: K12T-01822
Packaging: 4 per case

**Merit Manufactured Components:**

- Tumescent Syringe Vascular Fluid Administration Set (1)
- ShortStop® Temporary Sharps Holder (1)
- Fluid Administration Set Small Bore, User-Selectable Vented Macro Drip Chamber, 108" (1)

**Other Components:**

- Band Bag 50" x 50" (1)
- Syringe, 3ml, L/L (1)
- Syringe, 5ml, L/L (1)
- Syringe, 10ml, L/L (1)
- Syringe, 20ml, L/L (1)
- Needle, 18G x 1 ½", Regular Bevel (1)
- Needle, 20G x 1 ½", Regular Bevel (1)
- Needle, 22G x 1 ½", Regular Bevel (1)
- Needle, 25G x 1 ½", Regular Bevel (1)
- #11 Scalpel (1)
- Set Up Cover, Clear, 44" x 70" (1)
- Skin Marker (1)
- Bowl, 250ml (1)
- Bowl, 500ml (1)
- Bowl, 1000ml (1)
- Tray, 9" x 5" x 2" (1)
- Probe Cover, 6" x 48" w/Gel (1)
- Steri Strip ½" x 4" (1)
- Aquasonic Gel, 20gm (2)
- Curved Forceps, 5" (1)
- Gauze Pads, 4" x 4", 12 Ply (40)
- Cloth Towel (4)
- Shoe Covers, Pair, XL (1)
- Towel Clamp (2)
- Sponge Sticks, 6" (3)
- Gown, XL, Non-Reinforced (1)
- Back Table Cover, 44" x 76" (1)
- Split Drape, 77" x 117", 3 ½" x 43" (1)
- Half Drape, 44" x 55" (1)

**Other Components:**

- Tumescent Syringe
- Merit Inject 8™ Control Syringe
- Fluid Administration Sets