# EXHIBIT T

 

HOME   OVERVIEW   PROGRAM   FACULTY   EXHIBITORS   REGISTRATION   ACCOMODATIONS AND TRAVEL   CONTACT US

## IVC 2007 Exhibitors

Download 2007 Floorplan - (PDF)

- American College of Phlebology
- Ames Walker Hosiery
- AngioDynamics
- Barrier Technologies
- Biolitec
- Boiron
- BSN Medical
- Carolon Company
- CircAid Medical Products
- → Cook Medical
- CoolTouch, Inc.
- Diomed, Inc.
- Dornier MedTech
- Elsevier
- Endovascular Today
- → ePhlebology
- GE Healthcare
- HK Surgical
- Iridex
- Juzo
- → Laser Peripherals
- Medi USA
- Precision Sclero
- S & S Medical Books
- Scanlan International
- Sciton
- Sigvaris, Inc.
- Sonomark
- Syris Scientific
- Terason
- → The Vein Store
- Total Vein Solutions
- United Medical Instruments
- Vascular Access Centers
- Vascular Solutions, Inc.
- Vein Centers For Excellence
- VNUS Medical Technologies
- Wagner Medical



Click on the graphic to the left to download the **IVC 2007 Exhibitor Prospectus** in PDF format.



Click on the graphic to the left to download the **Exhibitor Service Kit (3MB)** in PDF format.



Click on the graphic to the left to download the **Educational Session Information and Registration Form** in PDF format.



Click on the graphic to the left to download the **Product Pages Information Sheet** in PDF format.

HOME   © 2007 International Vein Congress™   CONTACT US