**THIS EXHIBIT REMOVED AND FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER DATED MARCH 14, 2005 (DOCKET #19)**

Case 1:04-cv-10686-NMG　　Document 59-23　　Filed 06/27/2007　　Page 1 of 1