# EXHIBIT Z



# DIOMED*plus*
# DIODE LASER PLATFORMS

For multi-speciality applications



*Using high power semiconductor diodes as their energy source, DIOMEDplus lasers combine clinical efficacy, operational efficiency and bottom-line cost effectiveness in a versatile, compact and easy to use system...*



Fig 1

DIOMEDplus lasers operate at a wavelength of 810nm in the near infra-red portion of the spectrum. This wavelength induces excellent haemostasis due to its high absorption in melanin and haemoglobin. (fig 1)

Tissue interaction characteristics demonstrate distinct and different advantages for varied multi-speciality applications.

## ■ FIBER APPLICATIONS...

DIOMEDplus lasers are suited to both single and multi-speciality application in minimally invasive surgery, open surgery and interstitial laser therapy. The laser energy is delivered by a flexible optical fiber, allowing easy access to confined areas and providing compatibility with endoscopic instrumentation. Energy can be delivered at different powers and in different modes to achieve diverse but highly controllable tissue effects.



'Contact'

- For incision, excision, vaporisation or coagulation of soft tissue, the laser fiber is used in 'contact' with the tissue using sculpted tip or bare end fibers. As the fiber touches the tissue, the tip heats creating a thermal effect that produces excellent haemostasis yet minimal penetration or lateral damage (from 300μm-600μm depending on the power levels used). *Ref 2.



'Non-contact'

- To simply achieve vaporisation or coagulation of tissue, a bare end or cooled fiber is held a short distance from the target in 'non-contact' or 'free beam' mode. High temperatures are generated at the tissue surface, resulting in rapid vaporisation and underlying coagulation of up to 3mm. *Ref 3.

### Optical Fiber

- Highly versatile, Diomed lasers can be used in the broadest range of surgical applications owing to the wide selection of Diomed optical fibers. Fibers are compatible with endoscopic instrumentation with core sizes from 400μm to 1000μm and have sculpted, bare end or cooled tips. (see separate literature for detailed description)

*Ref 1: Anderson RR, Optics of the Skin, Clinical Photomedicine, New York 1993, Marcel Dekker
*Ref 2: Midard M Judy, Soft Tissue Studies with 805nm Diode Laser Radiation, Lasers in Surgery & Medicine 13: 528-536 (1993)
*Ref 3: S L Jacques, Laser photocoagulation with diode laser 805nm vs Nd: YAG laser (1064nm), SPIE Proceedings, 1646, Los Angeles 1992



*Fig 2*
*Fig 3*
*Fig 4*

## SPOT HANDPIECE (FLUENCE MODE)...

Fluence mode treatments provide laser energy delivered transdermally from a fixed diameter spot handpiece. The 810nm wavelength is highly selective and demonstrates certain key characteristics. *Ref 5*

- Excellent absorption in haemoglobin, promoting accurate targeting of blood vessels *(Fig 1) *Ref 1*

- Deep penetration into subcutaneous tissue with reduced scatter *(Fig 2 & 3) *Ref 5*

- Long and variable pulse widths, allowing effective heating of the target, with minimised collateral tissue damage. Pulse widths range from 50ms - 950ms, depending on laser model. *(Fig 4) *Ref 4*

### Spot Handpieces



*2mm*
*4mm*



To switch from fiber to transdermal applications, simply attach a fixed focus spot handpiece of either 2mm or 4mm beam and select the handpiece in use from the laser display.

**2mm Fixed Focus Spot Handpiece    Ref: AS/510**
This handpiece delivers a 2mm width beam of 810nm laser energy. It incorporates a spacer to ensure that the handpiece is held at the correct distance from the treatment area. Connects to the laser by SMA-905 connector and 1.9 meter length of 600μm core fiber.

**4mm Fixed Focus Spot Handpiece    Ref: AS/358**
This handpiece delivers a 4mm width beam of 810nm laser. It incorporates a spacer to ensure that the handpiece is held at the correct distance from the treatment area. Connects to the laser by SMA-905 connector and 1.9 meter length of 600μm core fiber.

*Ref 4: Dover JS, Sadick NS, Goldman MP. The use of lasers and light sources in the treatment of leg veins. Dermatol Surg 1999; 25: 328-36*

*Ref 5: S Barton & S Hogan. Test techniques & laser cooling devices: clinical evaluation of the Sirona diode laser. Clinical and experimental Dermatology 2000; 25:210-40*

*There's a DIOMED laser to meet the demands of your practice and your patients...*

## PRODUCTS

Available in 15W & 30W power outputs. Diomed*plus* diode lasers incorporate many operator friendly features and advantages.

- **Compact and portable**, they fit neatly into the doctor's office or operating suite and can be easily transported from one clinic to another or between hospital departments.

- **Quick to set up**, the laser runs from a standard electrical wall socket and is ready for use within seconds.

- **Maintenance & service requirements are minimal** as the Diomed *plus* is a solid state system.

- **Easy to use**, the menu driven user interface gives immediate access to fiber or spot handpiece treatment options and energy delivery in continuous, pulsed, repeat pulse, timed countdown or fluence operating modes.



### DIOMED 15

The affordable option for the office or outpatient practice, private clinic or single speciality hospital use where space is at a premium. The laser incorporates a radiometer for calibration of the spot handpiece.

**Fibers:** 400µm - 1000µm core
**Handpiece:** 2mm Fixed Focus Spot



### DIOMED 30

Delivering additional power, this is an ideal system for 'contact' and 'non-contact' (under 30W) fiber delivered applications and for a broader range of spot handpiece applications. The laser incorporates a radiometer for calibration of the spot handpieces.

**Fibers:** 400µm - 1000µm core
**Handpieces:** 2mm & 4mm Fixed Focus Spot

——————————— Specifications ———————————

### DIOMED 15

| | |
|---|---|
| Laser Type | GaAlAs Laser Diode |
| Wavelength | 810nm ± 20nm |
| Power Output to Laser Aperture | 0.5 - 15W |
| Treatment Mode (Spot Handpiece) | Single pulse or repeat pulse - default 'single pulse'. |
| | Pulse duration 50-950ms |
| | Pulse interval 0.1s - 1.0s |
| | Fluence 119J/cm² (max) |
| Treatment Mode (Fiber) | Continuous Wave, Single Pulse, Repeat Pulse - default CW |
| | Pulse Duration (Single Pulse) 0.1s - 9.9s |
| | Repeat Mode interval 0.1s - 1.0s (in 0.1s increments) |
| Countdown | 10 - 3200 seconds |
| Aiming Beam | Visible laser diode 635-655nm, nominally 5mW (max) at |
| | laser aperture continuous or intermittent |
| Cooling | Forced air |
| Power Supply | 100V, 120V, 220V, 240V ± 10% or |
| | 110V, 130V, 230V, 250V -10% |
| | 125VA 50, 60 Hz ±5% |
| Dimensions (H x W x D) | 185mm x 395mm x 400mm (nominal) |
| Weight | 12kg maximum |
| Fibers (contact) | 400µm, 600µm and 1000µm contact fibers |
| Fiber Connector | Standard SMA 905 |
| Spot Handpiece | 2mm diameter treatment spot +/-10% (Blue Anodised) |
| Fiber length | 1.9m nominal |
| Safety Standards | EN60601-1, EN60601-1-2, EN60601-2-22, |
| | EN60825-1, 21 CFR 1040.10 & 1040.11 |

### DIOMED 30

| | |
|---|---|
| Laser Type | GaAlAs Laser Diode |
| Wavelength | 810nm ± 20nm |
| Power Output to Laser Aperture | 0.5 - 30W |
| Treatment Mode (Spot Handpiece) | Single pulse or repeat pulse - default 'single pulse'. |
| | Pulse duration 50-950ms |
| | Pulse interval 0.1s - 1.0s |
| | Fluence 400J/cm² (max) |
| Treatment Mode (Fiber) | Continuous Wave, Single Pulse, Repeat Pulse - default CW |
| | Pulse Duration (Single Pulse) 0.1s - 9.9s |
| | Repeat Mode interval 0.1s - 1.0s (in 0.1s increments) |
| Countdown | 10 - 3200 seconds |
| Aiming Beam | Visible laser diode 635-660nm, nominally 5mW (max) at |
| | laser aperture continuous or intermittent |
| Cooling | Forced air |
| Power Supply | 100V, 120V, 220V, 240V ± 10% or |
| | 110V, 130V, 230V, 250V -10% |
| | 125VA 50, 60 Hz ±5% |
| Dimensions (H x W x D) | 185mm x 395mm x 400mm (nominal) |
| Weight | 12kg maximum |
| Fibers (contact) | 400µm, 600µm and 1000µm contact fibers |
| Fibers (non-contact) | 600µm and 1000µm fibers with or without gas/fluid assist |
| Spot Handpieces | 2mm diameter treatment spot +/-10% (Blue Anodised) |
| | 4mm diameter treatment spot +/-10% (Gold Anodised) |
| Fiber length | 1.9m nominal |
| Fiber Connector | Standard SMA 905 |
| Safety Standards | EN60601-1, EN60601-1-2, EN60601-2-22, |
| | EN60825-1, 21CFR 1040.10 & 1040.11 |

## 5 APPLICATIONS

**DIOMED 15**

FIBER
- EndoVenous Laser Treatment* (EVLT™) •
- Otorhinolaryngology (ENT) •

- Laparoscopic Gynaecology •
- Neurosurgery
- General Surgery
- Gastroenterology (Contact applications)
- SPOT HANDPIECE
- Transdermal •

**DIOMED 30**

FIBER
- EndoVenous Laser Treatment* (EVLT™) •
- Otorhinolaryngology (ENT) •

- Laparoscopic Gynaecology •
- Neurosurgery •
- General Surgery •
- Gastroenterology (Contact applications) •
- SPOT HANDPIECE
- Transdermal •

*Not all applications available in all countries


CE 0086


DIOMED

**EUROPE / RoW**
Diomed Limited, Cambridge Research Park, Ely Road, Cambridge CB5 9TF, United Kingdom
Tel: +44 1223 729930  •  Fax: +44 1223 729329  •  Email: info@diomedinc.com

**USA**
Diomed Inc, 1 Dundee Park, Andover, MA 01810
Tel: +1 978 475 7771  •  Fax: +1 978 475 8488  •  Email: diomed@diomedinc.com

http://www.diomedinc.com / http://www.evlt.com

