# EXHIBIT AA

[Tenth UIP Conference, Strasbourg, 25 – 29, September, 1989]
Phlebology '89, A. Davy, R. Stemmer, eds, © 1989 John Libbey Eurotext Ltd., pp.839-842



EXHIBIT 5
IRVINE
7-15-05 D

## 299

# Application of the ND-YAG laser in the treatment of varicose syndrome

B. Puglisi, A. Tacconi, F. San Filippo

*Vascular Surgery Department, U.S.S.I. 67 Garbagnate Milanese, Milan, Italy*

Varicose veins of the lower limbs are the result of a pathological blood reflux from deep areas under high pressure to surface areas under lower pressure.

We will not discuss the etiopathogenesis of the condition here, but it should be noted that all schools of angiology share the opinion that these points of leakage need to be identified and eliminated as radically as possible, in order to obtain a more long-lasting and, sometimes even, permanent remission of varicose syndrome.

The goals we set ourselves from a medical/social standpoint are:

- radical therapy
- reduction of trauma
- limited time spent at the hospital
- reduced time away from work
- limitation of social costs

Sclerotherapy satisfied some of these conditions, but often the ostial incontinence of the recidivating saphenous vein, contrary to the traditional surgical treatment (stripping or invagination), requires longer recovery times.

In this regard, we have perfected a technique for the treatment of venous insufficiency, with which the traditional surgical technique for correcting of sapheno-femoral and/or sapheno-popliteal insufficiency (resection of the saphenic bend) may be combined, while isolating the roots of the major and/or minor saphenous vein

ANG 11146   ANG 26000



and their branches of origin, by means of the ND-YAG laser, transported, in a closed manner, by optical fiber, for the correction of insufficiency of the saphenous vein, their afferents, and perforating or communicating veins that may be connected.

## MATERIALS AND METHODS

Clinical exam, along with Doppler exam are the fundamental preliminary matters. Clinical exam is able to reveal a venous ectasis in the anatomical zone of the internal and/or external saphenous vein, to estimate its permeability by tapping, and to detect the inguinal ostial reflux for the internal saphenous vein and the incontinence along the external saphenous vein by tapping (the countercurrent Schwartz's test). We also look for large incontinent afferent and perforant veins, both on the external and internal surface of the thighs and legs. Doppler can be a very useful means of evaluating and drawing, by means of indelible pencil, lines on the surface that will allow the surgeon to reliably find the reference points responsible for the hemodynamic alteration of the region of the saphenous vein. The patient is taken to the operating room and anesthetized in bed. <u>We have chosen, and used, the total anesthesia technique, but an epidural or local anesthesia may also be performed.</u> The sterile environment should make it possible to keep the limb exposed as far as the thigh attachment. At the start of the surgical procedure, we will make a transverse inguinal incision and isolate the internal saphenous vein at Scarpa's triangle and the junction with the femoral vein, which [saphenous vein] has to be tied off with all the upstream and downstream afferents to guarantee the procedure is thorough and recidivation is limited. By another longitudinal incision, we isolate the root of the greater saphenous vein and the branches that form it. We must choose this zone with care to avoid injuring the saphenic nerve and thoroughly strip the origin of the greater saphenous vein, which is a very important factor in preventing perimalleolar reflux, something that may produce ulcers that are hard to treat. According to the traditional stripping procedure, at this point in time we [would] introduce the stripper into the saphenous vein. We [would] have to make it ascend along the length of the vessel and make it possible to have the vessel slide, by means of an appropriate head. <u>The procedure that we have developed calls for introducing</u>

840

a 1.7 mm diameter optical fiber into the saphenous vein, connected to the model 2100 Sharplan Nd-YAG laser apparatus. After making the tip of the fiber ascend as far as the groin region, we will perform one or more pulses of variable intensity between 10 and 20 Watts for 6-12 seconds. After visually inspecting the most appropriate combination to alter the intimal and medial layers of the vein, we withdraw the fiber backwards and produce a series of variably spaced (2-5 cm) pulses in order to target the areas of collateral and perforating branches. This procedure is made possible thanks to the transparency of the skin, which allows us to visualize the guide light at each point in time and, as a result, the exact position of the fiber tip. We must pay particular attention during the treatment of the III inferior branch of the greater saphenous vein, because of the proximity of the saphenic nerve, injuring which can cause annoying effects to the sensory perception of the peri- and supramalleolar region inside the leg.

Hemostasis, which is really quite scant, and the suturing of the two incisions complete the procedure. Immediately following the procedure, and for 2-3 weeks, compression will be provided by an elastic bandage. The patient can leave the hospital the same day.

DISCUSSION

The cases we have examined (5 surgical procedures on the greater saphenous vein) lead us to the following conclusions. The surgical trauma is limited exclusively to the inguinal and submalleolar incisions; this is not the case with the procedures using the traditional method, because in this case the trauma of many more incisions will be combined with that of the "stripping."

As a result, there is a total absence of pain, even in the period immediately following the procedure. The aforementioned reduction in the number of incisions, the reduced use of resorbable catgut, the absence of hematoma, likely—and remarkably—constitute the reason for reducing the possibility of septic complications. The total absence of blood in the vessel of the saphenous vein eliminates not only post-operative hematomas and edemas, but also the troubling effect of secondary fibrosis. As a result, phlogistic effects, and effects from resorption are limited. Therefore, mobility is more immediate and easier,

841

ANG 11148   ANG 26002

as is normal kinetics and muscular activity, leading to a recovery of function. From a social standpoint, we can therefore achieve a shorter hospitalization and post-operative period, thereby reducing time away from work.

## CONCLUSIONS

We are of the opinion that the new method we propose can fulfill the standards of radical treatment for varicose syndrome; it also allows us to achieve this goal with so little trauma that we believe it can be carried out at the Day-Hospital. The result is in an improved post-operative course, both objectively and in terms of symptomatology, all the while reducing the post-operative complications, hospitalization period, and absence from work, putting fewer burdens on society. For the above reasons, we feel it is very beneficial to add this method to the traditional ones that have made it possible at present to provide a medical/surgical solution for varicose syndrome of the lower limbs.

## BIBLIOGRAPHY

1. Rossi, G.: Varices of the lower limbs, Ed. Doin, Paris, 1982.
2. Bergan, J. J., Yao, I. S. I., Diseases of the veins, Ed. Mediche-Scientifiche Internazionali, Rome 1981.
3. [in English]
4. Montorsi, M., Ghiringhelli, C., Longoni, L., Update on the current state of surgical treatment of varicose veins, Min. Chir. 37, 1753, 1982.
5. Hobbs, J. I., Diseases of the veins – Il Pensiero Scientifico, Rome, 1981.

842

[see original for bilingual (Fre-Eng) abstract]

ANG 11150

ANG 26004

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

## LanguageWorks

STATE OF NEW YORK )
                  )  ss
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached, to the best of my knowledge and belief, is a true and accurate translation into English of Article 299: Application of the ND-YAG laser in the treatment of varicose syndrome, dated September 25 – 29, 1989, originally written in French.

_____
Susanna Mitton
Vice President
The LanguageWorks, Inc.

Sworn to and subscribed before me
This Fifteenth day of April, 2005

_____
Notary Public

SCOTT R. SHENKMAN
Notary Public, State of New York
No. 01SH6049060
Qualified in Westchester County
Commission Expires Oct. 2, 2006

ANG 26005

Phlébologie '89, A. Davy, R. Stemmer eds, © 1989 John Libbey Eurotext Ltd, pp. 839-842

## 299

# L'application du laser ND - YAG dans le traitement du syndrome variqueux

B. Puglisi, A. Tacconi, F. San Filippo

*Divisione Chirurgia Vascolare, U.S.S.L. 67 Garbagnate Milanese, Milano, Italy.*

Les veines variqueuses des membres inférieurs sont le résultat d'un reflux hématique pathologique de districts profonds à haute pression aux superficiaux, à pression inférieure.

On ne va pas discuter ici l'étiopathogenesis du phénomène, mais il faut remarquer que toutes les écoles d'angiologie sont du même avis sur la necessité d'identifier et d'éliminer dans la manière la plus radicale possible ces point de fugue, pour obtenir una rémission plus durable et quelque fois même définitive du syndrome variqueuse.

Les buts que nous nous proposons du point de vue médico-social sont:
- thérapie radicale
- réduction du trauma
- limitation du temp de séjour à l'hopital
- réduction de la période d'abstention du travail
- limitation des frais sociaux

La sclérothérapie satisfait partiellement ces conditions, mais souvent l'incontinence ostiale de la saphene récidive, au contraire le traitement chirurgical tradictionnel (le stripping ou l'invagination) exige des temps de rétablissement plus longs.

A ce point de vue, nous avons perfectionné une technique pour le traitement de l'insuffisance veineuse, avec laquelle on peut associer la technique chirurgicale tradictionelle pou corriger l'insuffisance saphéno- fémorale et/ou saphéno-poplitée (crossectomie) tout en isolant la racines de la grande et/ou petite saphène

ANG 11155

et de leur branches d'origine, avec l'utilisation du Laser Nd.Yag vehiculé a ciel couvert par fibre optique, pour corriger l'insuffisance saphénienne, de ses afférents et des veines perforantes ou communicantes éventuellement connexées.

MATERIAUX ET METHODES

L'examen clinique joint avec l'examen Doppler, représentent des préliminaires fondamentales. L'examen clinique permet de mettre en evidence une ectasie veineuse dans la zone anatomique de la saphène interne et/ou externe, d'estimer sa perméabilité à la percussion, de réléver le reflux ostiale inguinal pour la saphène interne et l'incontinence lelong de la saphène externe à la percussion (signe du flot contre-courant). On cherche aussi grosses veines incontinentes afférentes et perforantes, soit sur la surface externe que interne de la cuisse et de la jambe. Le Doppler peut contituer un moyen très utile pour cette évaluation et puor mettre, a l'aide d'un pinceau indélébile, de dessiner sur la surface cutenée, un tracé qui permettra à l'operateur de déterminer constamment les points de repère responsables de l'altération hémodinamique du territoire de la saphene. Le patient transporté dans la salle d'operation vient anesthésié sur le lit. On a choisi et utilisé la technique d'anesthésie totale, mais il est possible d'effectuer une anesthésie peridurale ou locale. Le milieu stérile doit permettre de maintenir découvert le membre intéressé jusqu'a l'attache de la cuisse. Au debut de l'intervention chirurgical on effectue une incision inguinale transversale et on isole la saphène interne au triangle de Scarpa et la crosse avec la veine fémorale qu'il faut lier avec toutes les afferentes sur et sous ostiales pour garantir la radicalité de l'intervention et limiter la récidive. Par une autre incision longitudinale on isole la racine de la Saphèna Magna et les branches qui la forment. On doit choisir cette zone pour éviter de leser le nerf saphène et pour radicaliser le décharnement de l'origine de la Saphène Magna, facteur très important puor éviter réflux perimalléolaires qui pourraient causer des ulcères difficiles a soigner. Suivent la méthode d'intervention tradictionelle de stripping à ce moment là on fait suivre l'introduction du stripper dans la saphène. Il faut le faire remonter lelong le cour du vaisseau et permettre, avec l'apposition d'une tête appropiée, da faire glisser le vaissau. Le procédé que nous avon mis a point, prevoit l'introduction dans la Saphène

840

ANG 11156

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

d'una fibre optique du diamètre de 1,7 mm. connexxe avec l'appareil Laser Nd-Yag modèle 2100 Sharplan. Après avoi fait remonter la pointe de la fibre jusqu'à la region inguinale, on faira suivre un ou plusieurs spot à intensité variable entre 10 et 20 Watt avec exposition de 6-12 sec. Après avoir évalué a vue la combinaison la plus propre à provoquer una altération des couches intime et moyen de la veine, en retirant en arriere la fibre, on effectuerà una série de spot variablement espacés (2-5 cm.) et de façon de viser la localisation des collaterales et perforantes. Cette maneuvre est rendue possible par la trasparence de la peau qui permet a chaque instant de visualiser la lumière de guide et par consequént la position exacte de la pointe de la fibre.

Il faut exercer una attention particulière pendant le traitement du III ème inferieur de la Saphène Magna, à cause de la proximité du nerf homonyme, dont la lesion pourrait provoquer altérations gênantes de la sensibilité dans la région peri et sur-malléolaire a l'intérieur de la jambe.

L'hémostase, à vrai dire assez exigue, et la suture des deux incisions achevent l'intervention.

Tout de suite après l'intervention et pendant 2-3 semaines, on utilisera une bande élastique pour la compression. Le patient pourra sortir de l' hopital le jour même.

DISCUSSION

Les cas que nous avons examinés (5 interventions chirurgicales sur la Saphène Magna) nous ont permis de énoncer ce qui suit. Le trauma opératoire se limite exclusivement aux incisions inguinale et sous-malléolaire; il arrive autrement dans les interventions suivantes la méthode traditionelle, car dans ce cas le trauma de bien plus nombreuses incisions va se joindre à ce du "stripping".

Il s'ensuit une absence absolue des douleurs même dans les premières heures immediatement après l'intervention. La surmentionnée réduction du nombre des incisions, l'emploi réduit du catgut reabsorbable, l'absence de hématome, représentene la raison pour laquelle on reduit, sans doute et remarquablement, la possibilité des complications septiques. L'absence absolue de sang dans le vaisseau del la Saphène élimine non seulement les hématomes et l'oedème postoperatoire, mais aussi l'effect genant des fibroses sécondaires. Par conséquent les phénomènes phlogistiques et ceux que sont liés à la reabsorbtion sont li-

841

ANG 11157

mités. La mobilité en résulte plus immédiate et plus facile ainsi que la normale cinétique et l'activité musculaire qui portent à un recouvrement fonctionnel. Du point de vue social on peut obtenir ainsi la réduction de la periode d'hospitalisation et du décours post-operatoire, qui abrègent la période d'absence de la place du travail.

CONCLUSIONS

Nous sommes d'avis que la nouvelle méthode que nous proposons puisse respecter les canons de la radicalité dans le traitement du syndrome variqueux; elle nous permet aussi d'atteindre le but avec un trauma tellement léger que nous estimons qu'il soit possible la pratiquer en Day-Hospital. Il résulte de là que le décours post-opératoire est amelioré soit du point de vue symptomatologique, que objectif, tout en reduissant les complications post-operatorires, la période d'hospitalisation et l'abstention du travail, avec degrèvement des charges sociales. Pour le faits qu'on a exposé ci-dessus il nous semble très avantageux adjoindre cette méthode a celles traditionelles qui on permis jusqu'a aujour'hui de donner une solution médico-chirurgicale au syndrome variqueux des membres inférieurs.

BIBLIOGRAPHIE

1) Rossi,G.: Les varces des membres inferieurs - Ed. Doin, Paris, 1982
2) Bergan, J.J., Yao I.S.T.: Malattie delle vene Ed. Mediche-Scientifiche Internazionali, Roma 1981
3) Ghiringhelli, C., Scarduelli,A.,Albonico,O., Gregoratti, L.: Clinical Experiences in the treatement of venous pathology. Phlebology: proceedings of the V Int. Congr. Phlebology - Piccin Medical Books, 1, 181, 1982.
4) Montorsi, M.,Ghiringhelli,C.,Longoni,L.: Aggiornamento sullo stato attuale della terapia chirurgica delle varici. Min. Chir. 37, 1753, 1982.
5) Hobbs,J.I.: Malattie delle vene - Il Pensiero Scientifico. Roma, 1981

ANG 11158

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

**Whitney, Joy**

| | |
|---|---|
| From: | Jennifer Bradley [JBradley@nerac.com] |
| Sent: | Friday, April 15, 2005 5:13 PM |
| To: | Whitney, Joy |
| Subject: | Re: Document search |

This document was obtained at the National Library of Medicine. The call# is WG 600 U58p 1989.

Best Regards,

Jennifer Bradley

> Jennifer,
>
> Please tell us the name of the library in which the document titled,
> "L-application du laser ND-YAG dans le traitement du syndrome
> variqueux" was found, and the reference/call number where the document
> can be located, within that library.
>
> Thank you.
>
>
>
> Joy Whitney
> IP Paralegal
> McCarter & English, LLP
> CityPlace I
> 185 Asylum Street
> Hartford, CT  06013-3495
> jwhitney@mccarter.com
>
> 860.275.7020 (tel)
> 860.724.3397 (fax)
>
> This email message from the law firm of McCarter & English, LLP is for
> the sole use of the intended recipient(s)and may contain confidential
> and privileged information. Any unauthorized review, use, disclosure
> or distribution is prohibited. If you are not the intended recipient,
> please contact the sender by reply email(or helpdesk@mccarter.com) and
> destroy all copies of the original message.
>

ANG 26012