# EXHIBIT BB

```
 1                  UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
 2

 3

 4   DIOMED, INC.,                    )
                    Plaintiff,        )
 5                                    )
                                      )
 6   vs.                              ) CA No. 04-10444-NMG
                                      )
 7                                    )
     VASCULAR SOLUTIONS, INC.,        )
 8                  Defendant.        )

 9   _____
     DIOMED, INC.,                    )
10                  Plaintiff,        )
                                      )
11                                    )
     vs.                              ) CA No. 04-10019-NMG
12                                    )
                                      )
13   ANGIODYNAMICS, INC.,             )
                    Defendant.        )
14

15   BEFORE:  THE HONORABLE NATHANIEL M. GORTON

16                     DAY ONE OF JURY TRIAL

17

18       John Joseph Moakley United States Courthouse
                        Courtroom No. 4
19                     One Courthouse Way
                        Boston, MA 02210
20                   Monday, March 12, 2007
                          9:50 A.M.
21

22                 Cheryl Dahlstrom, RPR, RMR
                   Shelly Killian, RMR, CRR
23                   Official Court Reporters
           John Joseph Moakley United States Courthouse
24              One Courthouse Way, Room 3209
                        Boston, MA 02210
25         Mechanical Steno - Transcript by Computer
```

1   which closes the vein permanently and redirects the flow of
2   blood through the deep vein system, through other veins located
3   deeper inside the body. And those veins are healthier. The
4   varicose vein simply gets closed off and isn't needed anymore.
5          And as you'll hear from the inventors themselves
6   and you'll also see in the patent, the key to their invention
7   was placing the tip of the laser fiber into contact with the
8   inside of the vein wall while the laser is firing. The
9   evidence will show that if you don't have that contact between
10  the fiber tip and the vein wall during laser treatment, you
11  won't get an effective laser treatment. You might get a little
12  blood clot which may block the vein temporarily, but it won't
13  seal the vein off and bring about a long-term cure of the
14  varicose vein problem.
15         So how do you make sure that you get that contact
16  that you need between the fiber tip and the vein wall? Well,
17  the inventors realized that you need some kind of compression
18  on the vein to drain out the blood and to have the vein wall
19  collapse and touch the fiber that's inside it. Now, there are
20  a lot of ways you can put pressure on a vein. You can put hand
21  pressure from the outside of the leg right down on the
22  patient's body. That's one way. But as the evidence will
23  show, it turns out that there's an even better way, and that is
24  to inject what the doctors call tumescent anesthesia all around
25  the vein.

1    what the ultrasounds show that were created without this

2    lawsuit in mind and draw your own conclusions.

3         You'll also hear from two independent experts who

4    are very familiar with the laser treatment technique, although

5    they weren't part of the team that invented it. Dr. Chieh-Min

6    Fan is a doctor who works right here in Boston at Brigham and

7    Women's. Varicose veins are a big part of her practice. She's

8    done more than 500 laser vein procedures since she helped

9    introduce the technique to the Boston area about five years

10   ago.

11        Diomed asked Dr. Fan if she would testify as an

12   expert witness to do an independent evaluation of laser

13   treatment. She'll explain how she did a series of experiments

14   which showed that during the defendants' procedures the laser

15   fiber tip does make contact with the vein wall and that contact

16   is actually a big part of why the procedure works.

17        You'll also hear from Dr. Rox Anderson. He's a

18   leading expert on the effect of laser energy on human tissue.

19   He's a professor at Harvard Medical School and is also the head

20   of the Wellman Center for Photomedicine at Mass. General

21   Hospital, which is the world's largest research institute on

22   the use of lasers in medicine. Dr. Anderson applied his

23   expertise to the laser vein treatment technique and he'll

24   explain to you why making contact between the fiber tip and

25   vein wall is essential if you want a procedure that reliably

1  closes varicose veins and keeps them closed permanently.
2         Together these experts will provide many pieces of
3  the puzzle. They'll explain how the physical evidence as well
4  as the sciences, both point to contact as an important and
5  necessary part of the laser treatment procedure that Diomed
6  provides and the defendants are promoting now with their own
7  kits and their own lasers.
8         You'll also see and hear evidence that the
9  defendants themselves and their own trainers and promoters of
10 their systems have actually admitted their procedure involves
11 contact and that they instruct doctors who use the kits to put
12 a fiber in a vein and then deliberately inject substantial
13 amounts of tumescent anesthesia around that vein before firing
14 the laser. You'll see their own memos and e-mails where
15 they've admitted that this procedure results in contact between
16 the fiber tip and the vein wall.
17        You'll also hear how the defendants considered
18 designing a type of fiber that has a spacer device to prevent
19 contact, but they have never actually used that device in the
20 market. What they sell is the original fiber setup which comes
21 into contact with the vein wall. You can ask yourselves why
22 they came up with that device if they're not actually using
23 it. Why are they using the contact device instead of the space
24 device?
25        Here's another piece of the puzzle. You'll hear