# EXHIBIT CC

# Ambulatory Phlebectomy Using the Tumescent Technique for Local Anesthesia

MONIQUE S. COHN, DO
ERIC SEIGER, DO
SANDY GOLDMAN, DO




BACKGROUND. *Ambulatory phlebectomy is a cosmetically elegant procedure that provides outpatient office-based surgical removal of large truncal varicose veins. The process of local anesthetic infiltration using traditional means is a time-consuming process that can be painful, and carries with it the inherent risk of accidental intravascular injection.*

OBJECTIVE. *To introduce the tumescent technique for local anesthesia as it relates to the procedure of ambulatory phlebectomy and discuss the benefits of this form of anesthesia.*

METHODS. *A description of the technique utilizing a dilute anesthetic solution, an injection syringe, and blunt-tipped anesthetic probe is provided.*

RESULTS. *Using the tumescent technique for local anesthesia, large areas can be anesthetized quickly, safely, effectively, and relatively painlessly, offering multiple advantages over simple local infiltration, and eliminating the need for regional or general anesthesia.*

CONCLUSION. *The authors consider the tumescent anesthesia technique to be highly effective and an important adjunct to the procedure of ambulatory phlebectomy.* Dermatol Surg 1995; 21:315–318.

Varicose veins are a medical condition that affects up to 8 million adults in the United States alone.[1] In addition to the local pain, swelling, fatigue, restlessness, and general discomfort experienced by some patients with varicose veins, long-standing varicosities may lead to stasis dermatitis, hyperpigmentation, lipodermatosclerosis, atrophie blanche, ulcerations, superficial thrombophlebitis, and deep venous thrombosis.

Many surgical and nonsurgical techniques have been developed over the years for the treatment of varicose veins. Our experience with sclerotherapy for the treatment of large truncal varicosities using sodium tetradecyl sulphate (S.T.D. Pharmaceutical Ltd., Hereford, England) has been extremely satisfying, but tolerated side effects such as tender firm intravascular hematomas (even with post sclerotherapy compression) and long-lasting hyperpigmentation are not uncommon. In selected cases, ambulatory phlebectomy, as described below, provides a more permanent method of varicose vein removal with superior cosmetic results and in a shorter time course.

Robert Muller, a Swiss dermatologist, developed in the 1950s a technique by which it is possible to remove varicose veins through multiple microincisions in the skin.[2–4] Ambulatory phlebectomy is an outpatient office-based surgical procedure that can be used for the treatment of truncal varicosities, their major tributaries, and perforant and reticular veins.[5–7] This treatment can be used alone or in conjunction with high ligation (for patients with saphenofemoral junction incompetence)[8] or with sclerotherapy (for patients with multiple small reticular and spider veins).[9]

*From the Department of Dermatology, Pontiac Osteopathic Hospital, Pontiac, Michigan.*

*Address correspondence and reprint requests to: Monique S. Cohn, DO, 4100 Warrensville Center Road, Warrensville Heights, OH 44122.*

## Preoperative Evaluation

After medical clearance, preoperative evaluation with light reflective rheography[10,11] and venous Doppler study is used primarily to confirm competency of the saphenofemoral and sapheno-popliteal junctions. These tests also confirm competency of the deep venous system, although real deep venous obliteration is relatively rare and in most cases can already be suspected on clinical grounds. Further evaluation with superficial venous Doppler is used to map out varicosities and identify clinically "invisible" incompetent perforators.

We routinely do basic screening preoperative blood work on all patients, including complete blood count, chemistry profile, protime/partial thromboplastin time

© 1995 by Elsevier Science Inc. • 1076-0512/95/$9.50 • 1076-0512(94)00093-C

Dermatol Surg
1995;21:315–318



*Figure 1. Preoperative marking of varicose vein segment with gentian violet. Hash and cross marks drawn over bulge areas indicate all possible sites for puncture wound incisions. Approximately one out of every two to three marks is actually used for an incision.*

(PT/PTT), hepatitis profile, veneral disease research lab test (VDRL), and human immunodeficiency virus testing.

## Procedure

Using gentian-violet and a cotton tip applicator the clinically evident and Doppler-identified varicosities are outlined with the patient standing. Hash marks are drawn over the "bulge" areas to be used as references for skin puncture sites (Figure 1). It is essential that the surgeon responsible for the operation mark the veins personally. Marking is the design for the operation and is of first importance to its success.[8]

The area is then cleansed from groin to ankle with betadine wash. The patient is placed in a modified trendelenberg position. Local anesthesia is delivered using the local area multiple injection system (Lamis) TM injection syringe and 12-gauge 15- or 30-cm Byron SVC anesthetic probe (Byron Medical, Tucson, AZ) (Figure 2). Probe length varies depending on the length of the vein being treated. The Byron SVC anesthetic probe has multiple injection ports around the distal end; because it is blunt it does not tear tissue or vessels (Figure 3).[12] A small stab incision is made with a #11 scalpel blade for insertion of the probe either proximal or distal to the varicose vein segment. A dilute .05% lidocaine solution (25 cc of 1% lidocaine with 1:100,000 epinephrine, 2.5 cc of 8.4%



*Figure 2. Lamis TM injection syringe with 12-gauge 30-cm Byron SVC anesthetic probe attached via IV tubing to anesthetic solution.*

$NaH_2CO_3$, in 500 cc .9% NaCl)[13] is delivered through IV tubing into the Lamis TM injection syringe and pumped into the subcutaneous tissue as the blunt-tipped probe is passed directly below the vein and slowly advanced along the length of the vein until the skin surface becomes firm or tumescent (Figure 4). To help reduce cost of instrumentation, instead of using the Lamis syringe with IV tubing, one may use a 30-cc syringe with luer lock top attached directly to the anesthetic probe and simply manually unscrew and refill the syringe with solution as needed. The volume of anesthetic solution required varies greatly depending on the size of the intended operative site.

Puncture wounds are then made using a 16- or 18-gauge 1.5-in hypodermic needle. The vein is dissected out and grasped with a phlebectomy hook (various hooks are available: Muller, Oesch, Ramelet, Millet, Dortu, and Varady hooks)[14] or fine artery hemostats (F-107; Mill-Bilt Equipment, Toledo, OH). The small loop of vein is then clamped proximally and distally and pulled from each end using steady traction, a teasing or twirling motion, or

*Figure 3. Close-up view of Byron SVC anesthetic probe blunt distal end with injection ports.*



Dermatol Surg
1995;21:315–318





*Figure 4. Anesthetic probe being inserted in a stab wound just medial to the proximal portion of the vein segment and advanced along the length of the vein as anesthetic is delivered with the tumescent technique.*

by repeated pulling and subsequent clamping until the vein breaks free. The procedure is repeated along the length of the vein at 5–10-cm intervals until the entire segment has been avulsed. Hemostasis, when needed, is easily achieved with locally applied pressure. Most puncture wounds can be closed with steri strips alone.[15] However, for slightly larger stab wounds a single 5-0 nylon suture may be used.

*Figure 5. Preoperative appearance of crural anterior saphenous truncal varicosity.*



## Postoperative Management

Postoperatively the area is cleansed. Antibiotic ointment and Telfa pads are placed over each puncture wound site. The areas are then covered with ABD pads (Kendal Health Care Products, Mansfield, ME). The leg is wrapped from foot to high thigh with Kling (Johnson & Johnson, Arlington, TX) followed by an Elastoplast compression wrap (Bersdorf Inc, Norwalk, CT). The bandage is kept on for 1 week following surgery. The patient is given an oral analgesic to use as needed for pain. The patient can resume normal activities immediately after surgery and may return to work the following day. One week later surgery bandages, steri strips, and/or sutures are removed. A compression Mediwrap (Conco Medical, Bridgeport, CT) is then applied and worn for an additional 2 weeks.

## Advantages of Tumescent Anesthesia

Anesthesia is an important part of ambulatory phlebectomy.[14] The tumescent technique for delivering local anesthesia is a technique commonly used in patients undergoing liposuction surgery.[16,17] The benefits of using this technique (with Lamis injection syringe and Byron SVC anesthetic probe) for ambulatory phlebectomy are as follows. 1) This method reduces pain experienced during local anesthetic infiltration by eliminating the need for multiple injections to be given along the length of the vein, consequently eliminating the need for additional

*Figure 6. Clinical appearance 12 weeks after ambulatory phlebectomy procedure: excellent cosmetic results. Stab wound incision sites are barely visible.*



*Dermatol Surg*
*1995;21:315–318*

forms of sedation (i.e., oral[18] or IV sedation), inhalation sedation with nitrous oxide,[5] or spinal anesthesia.[14] 2) The blunt end of the Byron SVC anesthetic probe prevents accidental intravascular injection of anesthetic solution, which, although rare, can occur using a standard needle for local infiltration. 3) The tumescent technique produces swelling, firmness, or "tumescence,"[16] which presses the vein up against the skin surface making it easier to grasp and avulse. 4) This "tumescence" also provides a pressure hemostasis, which results in a relatively bloodless surgical field. 5) The tumescent technique provides quick and effective regional local anesthesia to a large area using a relatively dilute anesthetic solution. This technique offers the advantages of decreased absorption at the site of infiltration, increased anesthetic infiltration, and a longer lasting anesthetic affect over the simple local infiltration method.[16,19]

## Conclusion

Ambulatory phlebectomy is a safe and effective procedure for the treatment of varicose veins. Complications such as hemorrhage, hematoma, lymphocele, and nerve damage are relatively infrequent and milder than those seen with other types of varicose vein surgery.[3–5] The procedure is cost saving in comparison with other similar in-hospital vascular surgery techniques (ie, vein stripping). Also, patients are able to return to work and regular daily activities the following day. Most importantly, ambulatory phlebectomy provides a cosmetically elegant technique for the treatment of varicose veins. Stab wounds made along the length of the vein are so tiny that within 3–4 months scars are barely visible (Figures 5 and 6).

The tumescent technique of anesthesia using the Lamis injection syringe and Byron SVC anesthetic probe is a quick and simple method of delivering a dilute anesthetic solution to a large area. We find this technique to be highly effective in patients undergoing ambulatory phlebectomy for large truncal varicosities.

## References


1. Goldman MP. Sclerotherapy: Treatment of Varicose and Telangiectatic Leg Veins. St. Louis: Mosby Year Book, 1991:ix–x.
2. Neumann HAM. Microsurgical phlebectomy for the treatment of varicose veins. In: Raymond-Martimbeau P, Prescott R, Zummo M, eds. Phlebologie 92. Paris: John Libbey Eurotext, 1992:975.
3. Muller R. Traitement des varices par la phlebectomie ambulatoire. Phlebologie 1966;19:277–9.
4. Muller R. La Phlebectomie ambulatoire. Phlebologie 1978;31: 273–8.
5. Ricci S, Georgiev M. Office varicose vein surgery under local anesthesia. J Dermatol Surg Oncol 1992;18:55–8.
6. Ramelet AA. Muller phlebectomy: a new phlebectomy hook. J Dermatol Surg Oncol 1991;17:814–6.
7. Ramelet AA. La Phlebectomie ambulatoire: Technique, avantages, desavantages. J Mal Vasc 1991;16:119–22.
8. Large J. Surgical treatment of saphenous varices, with preservation of the main great saphenous trunk. J Vasc Surg 1985;2:886–91.
9. Lary BG. Varicose veins and intracutaneous telangiectasia: combined treatment in 1500 cases. South Med J 1987;80:1105–10.
10. Neumann HAM, Boersma I. Light reflective rheography: a non-invasive diagnostic tool for screening for venous disease. J Dermatol Surg Oncol 1992;18:425–30.
11. Hubner K. Is the light reflection rheography (LRR) suitable as a diagnostic method for the phlebology practice? Phlebology and Proctology 1986;15:209–12.
12. Coleman WP, Badame A, Phillips JH. A new technique for injection of tumescent anesthetic mixtures. J Dermatol Surg Oncol 1991;17:535–7.
13. Klein JA. Tumescent technique for regional anesthesia permits lidocaine doses of 35 mg/kg for liposuction. J Dermatol Surg Oncol 1990;16:248–63.
14. Neumann HAM. Ambulant minisurgical phlebectomy. J Dermatol Surg Oncol 1992;18:53–4.
15. Ana JN, Stewart AE. Varicose vein avulsion: Any need for sutures? NZ Med J 1992;105:269–70.
16. Klein JA. The Tumescent technique: anesthesia and modified liposuction technique. Dermatol Clinics 1990;8:425–35.
17. Lillis PJ. The Tumescent technique for liposuction surgery. Dermatol Clin 1990;8:439–50.
18. Goren G, Yellin AE. Ambulatory stab evulsion phlebectomy for truncal varicose veins. Am J Surg 1991;162:166–74.
19. Coleman WP, Klein JA. Use of the tumescent technique for scalp surgery, dermabrasion, and soft tissue reconstruction. J Derm Surg Oncol 1992;18:130–5.