# EXHIBIT DD

# High Ligation and Stripping of the Long Saphenous Vein Using the Tumescent Technique for Local Anesthesia

THOMAS M. PROEBSTLE, MD, MSc • UWE PAEPCKE, MD
GUIDO WEISEL, MD • STEFFEN GASS, MD
LUTZ WEBER, MD

BACKGROUND. Advantages of tumescent local anesthesia (TLA) have been described for use in ambulatory phlebectomy removing large varicose side branches.
OBJECTIVE. To evaluate the TLA method for high ligation and stripping of the long saphenous vein with or without administration of intravenous sedatives.
METHODS. Forty-nine patients underwent 58 phlebosurgical procedures, including 41 ligations and strippings of the long saphenous vein. They were kept in the hospital for 24 hours after surgery to record potential complications and demand for medical assistance.

RESULTS. The surgical procedures were easily performed under TLA without major complications. Minor complications were mild hematoma (n = 2) and temporary inguinal seroma (n = 1). Forty-one percent of the patients required additional IV sedation and analgesia perioperatively. Postsurgical guidance by a physician was necessary only in patients on full-dose heparin.
CONCLUSION. The tumescent technique for local anesthesia allows high ligation and stripping of the long saphenous vein even in both legs in one session, however, frequently with additional IV medication. © 1998 by the American Society for Dermatologic Surgery, Inc. Dermatol Surg 1998;24:149–153.

Treatment of varicose veins is a major issue in public health. In Germany in 1995, the costs for prescription of questionably effective antivaricose drugs exceeded the costs for chemotherapeutic anticancer agents. Widespread availability of less expensive and more effective office-based phlebosurgical procedures could help to reduce costs and increase the quality of phlebological treatment.

Ambulatory phlebectomy, an outpatient office-based surgical procedure, allows removal of varicose veins through multiple microincisions with excellent cosmetical results.[1–4] However, the use of this method is limited by the potential toxicity of local anesthetics. Lidocaine, when used in a 1% dilution, is recommended not to exceed 7 mg/kg of body weight and not to surpass a maximum total dose of 500 mg.[5] Recently, the use of a 0.1% dilution of lidocaine with epinephrine 1:100,000 was described with average volumes from 60 to 160 mL per session for ambulatory phlebectomy allowing removal of bigger varicosities.[6] However, any of these methods for local anesthesia should hardly allow stripping of the long saphenous vein in both legs with concomitant removal of all other varicosities in one session.

From the Department of Dermatology, University of Ulm, Ulm, Germany.
Address correspondence and reprint requests to: Thomas M. Proebstle, MD, MSc, Department of Dermatology, University of Ulm, Oberer Eselsberg 40, D-89081 Ulm, Germany.

In another recent paper the tumescent technique for local anesthesia (TLA), originally developed for liposuction,[7,8] was described to be highly effective and to be an important adjunct to the procedure of ambulatory phlebectomy of varicose side branches.[9] Its use also proved to be of great value with other dermatosurgical procedures.[10] Since TLA can be used in large amounts exceeding volumes of 3000 mL without substantial risk for the patients in liposuction,[11] we evaluated the use of this method with the performance of extensive phlebosurgery with or without the intravenous coadministration of sedative and analgetic drugs. Additionally, patients were kept in the hospital for 24 hours after surgery to record their demands for medical assistance.

## Methods

### Patient Characteristics

Forty-nine patients, 29 female and 20 male, underwent either phlebectomy of varicose side branches (nine patients) or high ligation and stripping of the short (four patients) or the long (36 patients) saphenous vein. The median age was 57 years (range, 24–82 years). Also, patients with additional risk factors were included into this study. Table 1 gives in more detail the characteristics of the 36 patients who underwent 41 ligations and strippings of the long saphenous vein with or without additional removal of other varicosities. Patients up to an age of 82 years were included, particularly if there was presence of a venous ulcer. Less frequently observed conditions were insulin-dependent diabetes mellitus, patients switched

Table 1. Characteristics of 36 Patients Who Underwent 41 Procedures of High Ligation and Stripping of the long Saphenous Vein

| | |
|---|---|
| Age (median) | 57 years (range 24–82) |
| Sex (female) | 30 (73%) |
| Revisions of the saphenofemoral junction | 5 (12%) |
| Risk factors: | |
| Obesity | 22 (54%) |
| Presence of venous ulcer | 17 (41%) |
| Age >70 years | 11 (27%) |
| Full dose heparine | 4 (10%) |
| Insuline dependent diabetes mellitus | 3 (7%) |
| Stable angina pectoris or history of MI | 2 (5%) |
| Intermittent claudication | 2 (5%) |
| Hypercholesterinemia (>1000 mg/dL) | 1 (2%) |
| Nicotine with concomitant estrogens | 1 (2%) |

Obesity was defined as more than 20% excess of ideal body weight. Patients with intermittent claudication had arteriographically proven stenosis. MI = myocardial infarction.

from coumarines to full dose heparin, patients with stable angina pectoris, or patients with intermittent claudication. The reasons for preexisting coumarine treatment were atrial fibrillation (n = 2), carotis stenosis (n = 1), and an ischiofemoral bypass (n = 1). The two patients with intermittent claudication, stage IIB, both had high grade stenosis of the superficial femoral artery. However, the blood pressure of either the tibial posterior artery or the arteria dorsalis pedis exceeded 80 mm Hg.

*Preoperative Management*

All patients underwent preoperative continuous wave Doppler and light reflection rheographic investigation.[12] Patients selected for high ligation and stripping of the long or short saphenous vein additionally received duplex sonography or phlebography prior to phlebosurgery. Before high ligation and stripping of the short saphenous vein a positive duplex scan was necessary. Written informed consent was obtained from the patients at an office visit at least 24 hours before surgery. Patients with intermittent claudication needed a preoperative peripheral arterial pressure above 80 mm Hg to allow tight postsurgical bandage of the leg. Patients on coumarines were switched to full-dose heparin before surgery and set back on coumarines the day after. An IV line was placed before entering the theatre.

*Intraoperative Monitoring*

Intraoperative monitoring consisted of continuous pulse oximetry, three channel electrocardiography, and automatic measurement of blood pressure every 10 minutes. Standby of an anesthetist was unnecessary in all cases.

*Administration of the Tumescent Local Anesthesia*

A TLA solution based on prilocaine was freshly prepared as described by Sattler et al.[13] In detail, 1 liter of the TLA consisted of 700 mg prilocaine (0.07%), 1 mg epinephrine (0.001%), 10 mg triamcinolone acetonide (0.01%), and 10 mL of sodium bicarbonate 8.4% added to saline (NaCl 0.9%). The TLA solution was infiltrated at room temperature within 5–10 minutes to the groin region, along the course of the long saphenous vein and its tributaries as necessary by use of an automatic syringe (multi-purpose 2-cc MK 10; E. Nechmad Ltd., Petah Tikva, Israel). TLA solution was injected until the tumescence of the subcutaneous fat tissue resulted in a white blanching effect of the above lying skin. Additionally, cutaneous cut lines were infiltrated intradermally. Surgery was started immediately after.

*Surgical Procedure*

Ligation of the saphenofemoral junction was performed as described elsewhere. In brief, by an inguinal cut of 4–5 cm length, the long saphenous vein was prepared and, after ligation and dissection of tributaries (Vicryl 3-0; Ethicon, Hamburg, Germany), ligated twice at the level of the common femoral vein with permanent sutures (Ethibond 3-0; Ethicon). The sutures were finally stitched through the vein to prevent accidental insufficiency of the ligation. The long saphenous vein usually was stripped by use of the invagination method down to the infraglenoidal region. After placement of the stripper, but before the stripping procedure itself, phlebectomy of varicose side branches according to the Muller technique[1-4] was performed.

*Intraoperative Sedation and Analgesia*

Patients who reported a history of previously ineffective local anesthesia with surgical or dental procedures or noticed even minor pain during the surgical procedure additionally received fixed doses of trifluperazine (10 mg) and tramadol (100 mg) intravenously as a twin medication. Beneath its sedative and neuroleptic action trifluperazine counteracts desirably the emetic side effects of tramadol. If the patient still felt uncomfortable, intravenous midazolam (0.03–0.05 mg/kg) was added.

*Bandage and Drainage*

Inguinal sutures (Vicryl 3-0 and Ethilon 5-0; Ethicon) were stitched without placement of a drainage. The 2–3-mm cuts for phlebectomy were closed with strips.[14] Two layers of sterile 10 × 10-cm gauzes were placed above regions of extracted veins. An elastic compression wrap was fixed in two counter-running spiral layers from the foot up to the groin. After the first removal of the bandage 1 week later, the patients were instructed to put on the compression wrap during the daytime for at least 2 more weeks or as long as they felt comfortable with it.

## Results

Within 6 months we performed 58 TLA-based phlebosurgical procedures in 49 patients. Diagnoses were incompetent saphenofemoral (n = 41) or saphenopopliteal (n = 4) junctions with variable insufficiency of the adjunct saphenous vein. Coexisting varicose side branches and major tributaries were treated in the same session by using the microincision technique. A part of procedures (n = 13) was restricted to microincisions without saphenous vein stripping.

Table 2. Numbers of Procedures and Volumes of Administered TLA According to the Type of Phlebosurgery Performed

| Main Procedure | Without Phlebectomy | One Leg's Phlebectomy | Two Legs' Phlebectomy | All Procedures |
|---|---|---|---|---|
| Phlebectomy alone | — | n = 8<br>300 (80–550) | n = 5<br>325 (100–500) | n = 13<br>300 (80–550) |
| Short saphenous vein stripping | n = 3<br>80 (70–200) | n = 1<br>250 | — | n = 4<br>140 (70–250) |
| Long saphenous vein stripping | n = 4<br>375 (200–500) | n = 30<br>500 (150–1000) | n = 7<br>500 (400–1000) | n = 41<br>500 (150–1000) |

Data (in mL) shown as median (range). Two procedures listed under "long saphenous vein stripping" and "one leg's phlebectomy" have been performed bilaterally at the same patient in one session. 700 mL of TLA was used for each leg.

*TLA Volume Used for Different Procedures*

Table 2 displays the amounts of TLA needed for various combinations of phlebosurgical procedures. Only one patient underwent saphenofemoral ligation, stripping of the long saphenous vein, and removal of other varicosities in both legs in one session. These data were separated for each leg and added to the class "stripping with one leg's phlebectomy" with 700 mL of TLA volume each. Mainly depending on the patient's weight and height, the demand for TLA was 200–500 mL for ligation and stripping of the long saphenous vein, 70–200 mL for ligation and stripping of the short saphenous vein, and 80–550 mL for removal of varicose side branches.

Generally, equal amounts of TLA had to be infiltrated to the groin, along the course of the long saphenous vein and along other side branches.

*Intravenous Sedative and Analgetic Drugs*

Preoperatively, neither sedative nor analgetic drugs were administrated. Furthermore, none of our patients who underwent either stripping of the short saphenous vein or phlebectomy of side branches required any sedative or analgetic drug peri- or postsurgically.

However, a substantial part of the patients (n = 17, 41%) with ligation and stripping of the long saphenous vein was not completely satisfied with infiltration of the TLA alone. To allow a quick response to the patient reporting pain, an IV route was in place. The primary schedule consisted of trifluperazine 10 mg, a low potent neuroleptic agent with useful sedative and antiemetic side effects, and tramadol 100 mg, an opiod analgetic. After this, 11 patients (27%) still felt uncomfortable and received IV midazolam 2 mg. Two of them (5%) needed repetitive doses up to a total dose of 6 mg.

*Complications*

All patients were mobilized immediately after placement of the bandage. According to our hospital records covering 24 hours after phlebosurgery, none of the patients, except those on full-dose heparin, required additional treatment or consultation of a physician. Six hours after surgery one patient with intermittent claudication experienced pain in his lower leg as a result of his compression bandage. After a check for sufficient arterial perfusion the physician administrated 1000 mg of paracetamol without changing the bandage. All other patients had no demand for analgetics.

Up to 4 hours after surgery in five cases, moderate bleeding starting to penetrate the bandage has been recorded. The adequate and effective measure was additional compression with aseptic 10 × 10-cm gauzes and an additional layer of bandage applied by a nurse.

One week after surgery the patients had another office visit to remove the compression wrap for the first time. At this occasion two patients with excessive body mass indices showed minor hematomas at the medial upper tigh and another patient had an inguinal seroma of 30 mL. The hematomas resolved spontaneously with prolonged compression wraping for 2 weeks as the seroma did after 10 days and three sterile punctations. All other patients had only moderate ecchymoses along the area of removed veins. No infection was observed.

## Discussion

*TLA Volumes Used for Different Procedures*

To ensure a good analgesic effect of the TLA solution, a good tumescence of the subcutaneous fat has to be obtained. This means the above-lying skin should finally reach a high tension with a clear blanching effect. For high ligation and stripping of the long saphenous vein with additional removal of varicose side branches and their major tributaries, generally around 500 mL of TLA was necessary (Table 2). However, we observed a range from 150 to 1000 mL caused by a varying thickness of the subcutaneous fat tissue layer according to height and body mass of the patient. For short saphenous vein removal only small volumes of TLA between 70 and 250 mL were necessary reflecting the limited thickness of the subcutaneous fat tissue at the dorsal lower tigh.

Noticably, removal of varicose side branches either in one leg or in both legs simultaneously did not require administration of significantly different volumes of TLA (Table 2). This fact is due to selection of patients,

since phlebectomy of both legs in one session was mainly performed if presence of varicose veins was not too extreme. Otherwise, most patients underwent a second session for the other leg.

Compared with the literature of ambulatory phlebosurgery,[1–4,6,9] the volumes of local anesthetic solution up to 1200 mL as administered in the presented study are quite big. However, TLA volumes reported with liposuction[11,13] are reaching 3–6 liters, corresponding to a total dose of 35 mg lidocaine or prilocaine per kg body weight. In our study the maximum dose was 15 mg prilocaine per kg, implicating still a large gap to doses of pontential systemic toxicity.

*Intravenous Sedative and Analgetic Drugs*

For sedation and analgesia of the patients a schedule without preoperative routine administration was applied. The aim was to minimize potential hazard to the immediate postsurgical mobilization process of the patients. After all, if the patients required trifluperazine 10 mg and tramadol 100 mg intravenously, this did not turn out to become a significant problem. This was different if perioperative additional administration of midazolam, which is widely used with endoscopic procedures, was necessary. In these cases patients had to be mobilized with the guidance of a nurse for up to 1 hour, as long as coordination problems were noticable. In summary, the presented schedule for additional intravenous sedation and analgesia on demand turned out to be safe and effective.

Only patient with intermittent claudication needed any analgetic medication postoperatively. In our opinion, immediate mobilization without administration of additional analgetics was solely possible because of the favorable action profile of local anesthetics and particularly of the TLA. Unlike in patients with general anesthesia who experience immediate pain afterwards, the analgetic effect of the TLA remained for up to 6 hours postoperatively. After this period of time the pain elicited by phlebosurgical tissue damage no longer seems to be present.



*Feasibility of Ambulatory Treatment*

The most striking advantage of the method is the instant mobilization of the patient postoperatively. This is even true if saphenofemoral ligation and stripping were performed in both legs in one session.

According to our hospital records, covering a time intervall of 24 hours after phlebosurgery, no patient, except those on full-dose heparin, required postsurgical treatment by a physician. Five patients had moderate bleeding within 4 hours after surgery that started to penetrate the bandage. In all cases additional compression with an extra bandage placed by a nurse was sufficient. Analgetics were unnecessary in all but one patient with intermittent claudication. In this case the bandaged leg was well perfused and the patient therefore was symptomaically treated with 1 g of paracetamol orally. However, postoperative pain in patients, also with early stages of intermittent claudication, could be caused by a too tightly fixed bandage. In this case a personal check by the responsible physician could become necessary. We therefore believe that patients with intermittent claudication should be kept in hospital for safety reasons. As suggested by the results of all other patients the method generally should be well suited for an office-based ambulatory treatment.

However, to prevent complications, one could not overemphasize the necessity of a conveniently and strongly fixed bandage that must stay in place for 1 week.

## Conclusion

In conclusion, we showed that the presented method is safe and well suited for ligation and stripping of the long or short saphenous vein in an ambulatory office-based setting, also in patients with additional risk factors. It could help to reduce health care expenses and increase the quality of phlebological treatment.

*Acknowledgements* We are grateful to Prof. Andreas Zehle, Prof. Gerhard Sattler, and Dr. Helmut Gall.

## References

1. Muller R. Traitement des varices par la phlebectomie ambulatoire. Phlebologie 1966;19:277–9.
2. Muller R. La phlebectomie ambulatoire. Phlebologie 1978;31:273–8.
3. Neumann HAM. Microsurgical phlebectomy for the treatment of varicose veins. In: Raymond-Martimbeau P, Prescott R, Zummo M, eds. Phlebologie 92. Paris: John Libbey Eurotext, 1992:975.
4. Neuman HAM. Ambulant minisurgical phlebectomy. J Dermatol Surg Oncol 1992;18:53–4.
5. Physicians' Desk Reference, 4th ed. Montvale, NJ: Medical Economics, 1993:662.
6. Goldman MP. Anesthetic Section II: Golman method. In: Ricci X, Georgiev X, Goldman X, eds. Ambulatory Phlebectomy. St. Louis: Mosby, 1995:74–6.
7. Klein JA. Anesthesia for liposuction in dermatologic surgery. J Dermatol Surg Oncol 1988;14:1124–32.
8. Klein JA. Tumescent technique for regional anesthesia permits lidocaine doses of 35 mg/kg for liposuction. J Dermatol Surg Oncol 1990;16:248–63.
9. Cohn MS, Seiger E, Goldman S. Ambulatory phlebectomy using the tumescent technique for local anesthesia. Dermatol Surg 1995;21:315–8.

*Dermatol Surg*
*1998;24:149–153*

10. Coleman WP, Klein JA. Use of the tumescent technique for scalp surgery, dermabrasion, and soft tissue reconstruction. J Dermatol Surg Oncol 1992;18:130–5.
11. Hanke CW, Bernstein G, Bullock S: Safety of tumescent liposuction in 15,336 patients. National survey results. Dermatol Surg 1995;21:315–8.
12. Neuman HAM, Boersma I. Light reflective rheography: a noninvasive diagnostic tool for screening for venous disease. J Dermatol Surg Oncol 1992;18:425–30.
13. Sattler G, Rapprich S, Hagedorn M. Tumescent technique for local anesthesia: clinical investigation to examine the pharmacokinetics of prilocaine. Zschr Hautkr 1997; 72:522–5.
14. Ana JN, Stewart AE. Varicose vein avulsion: any need for sutures? NZ Med J 1992;105:269–70.

## Commentary

*This report is most welcome because it signals the acceptance of outpatient varicose vein surgery in Germany. In Western European countries, outpatient varicose vein surgery has been slow to gain acceptance, even though in the United States it has been mandated for nearly 10 years.*

*Our experiences with tumescent techniques as detailed in reference 6 above is to use 0.1% lidocaine without additives as described by Klein and by Sattler (references 7 and 13 above). We have been impressed by two things. First, the marked decrease in pain experienced by patients. This is probably due to the action of the local anesthetic before the creation of the surgical incisions. Second, the apparent decrease in ecchymosis caused by greater saphenous invagination stripping. Since we do not use epinephrine in our solution, it is apparent that the anesthetic itself, perhaps by local pressure, decreases the ecchymoses. Certainly, the vasodilating effect of local anesthetic does not produce an apparent increase in ecchymosis.*

*Although the details of our own technique vary greatly from those reported in this manuscript, the overall objectives remain the same. That is, removal of the refluxing greater saphenous vein from groin to knee and removal of clusters of varicose veins wherever they appear. While we favor unilateral operations, in fact bilateral procedures as utilized in one patient in the manuscript above are possible. As indicated in the manuscript, patient satisfaction can be increased by use of intravenous sedation. This can be accomplished according to the wishes of the attending anesthesiologist but we find the combination of Versed and Diprovan to be most satisfactory.*

*Finally, we would question the need for varicose vein surgery and saphenous stripping in a patient with intermittent claudication and with an ankle pressure of 80 mm Hg. This value might approach an ankle brachial index of 0.50. Also, we have yet to encounter a patient whose Coumadian anticoagulation needed to be stopped for surgery. If that were to occur, we would certainly favor the use of low molecular weight heparin in the perioperative period.*

JOHN J. BERGAN, MD, FACS
La Jolla, California



**1:** Dermatol Surg. 1998 Jan;24(1):149-53.

### High ligation and stripping of the long saphenous vein using the tumescent technique for local anesthesia.

Proebstle TM, Paepcke U, Weisel G, Gass S, Weber L.

Department of Dermatology, University of Ulm, Germany.

BACKGROUND: Advantages of tumescent local anesthesia (TLA) have been described for use in ambulatory phlebectomy removing large varicose side branches. OBJECTIVE: To evaluate the TLA method for high ligation and stripping of the long saphenous vein with or without administration of intravenous sedatives. METHODS: Forty-nine patients underwent 58 phlebosurgical procedures, including 41 ligations and strippings of the long saphenous vein. They were kept in the hospital for 24 hours after surgery to record potential complications and demand for medical assistance. RESULTS: The surgical procedures were easily performed under TLA without major complications. Minor complications were mild hematoma (n = 2) and temporary inguinal seroma (n = 1). Forty-one percent of the patients required additional i.v. sedation and analgesia perioperatively. Postsurgical guidance by a physician was necessary only in patients on full-dose heparin. CONCLUSION: The tumescent technique for local anesthesia allows high ligation and stripping of the long saphenous vein even in both legs in one session, however, frequently with additional i.v. medication.

PMID: 9464303 [PubMed - indexed for MEDLINE]

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

http://www.ncbi.nlm.nih.gov/sites/entrez?Db=pubmed&Cmd=ShowDetailView&TermToSearch=946...