# EXHIBIT EE

1        UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS
2

3

4   DIOMED, INC.,                    )
                    Plaintiff,       )
5                                    )
                                     )
6   vs.                             )  CA No. 04-10444-NMG
                                     )
7                                    )
    VASCULAR SOLUTIONS, INC.,        )
8                   Defendant.       )

9   _____
    DIOMED, INC.,                    )
10                  Plaintiff,       )
                                     )
11                                   )
    vs.                             )   CA No. 04-10019-NMG
12                                   )
                                     )
13  ANGIODYNAMICS, INC.,             )
                    Defendant.       )
14

15  BEFORE:  THE HONORABLE NATHANIEL M. GORTON

16
                DAY ONE OF JURY TRIAL
17

18      John Joseph Moakley United States Courthouse
                   Courtroom No. 4
19                 One Courthouse Way
                   Boston, MA 02210
20            Monday, March 12, 2007
                     9:50 A.M.
21

22            Cheryl Dahlstrom, RPR, RMR
              Shelly Killian, RMR, CRR
23            Official Court Reporters
    John Joseph Moakley United States Courthouse
24         One Courthouse Way, Room 3209
               Boston, MA 02210
25  Mechanical Steno - Transcript by Computer

1    laser vein treatment are not doing what the patent covers.  And

2    the dispute here, again, is really focused on this issue of

3    contact.

4         Again, Claim 9 of the patent covers a method of

5    laser vein treatment where the fiber tip is held in contact

6    with the vein wall.  What you'll hear from AngioDynamics and

7    VSI is that in their procedure they say users of the kits don't

8    make contact with the vein wall.  And they say no contact; no

9    infringement.  And you'll hear a lot of evidence about this

10   issue of contact during the trial.

11        But the evidence will show that the defendants'

12   procedure, just like Diomed's procedure, does involve contact

13   between the fiber tip and the vein wall.  It's the exact same

14   procedure.  In fact, contact is how the procedure works and

15   what makes it effective to close the varicose veins

16   successfully and permanently.

17        The evidence will also show that Diomed -- that

18   AngioDynamics and VSI instruct the users of their kits to bring

19   about this contact deliberately.  In fact, they use the exact

20   same key technique that Diomed's inventors use to achieve that

21   contact.  Again, it's that tumescent anesthesia, that fluid

22   that acts like a pressure cuff around the vein to squeeze the

23   vein down onto the fiber and drain out the blood so that the

24   fiber that was inserted inside the vein gets pressed right up

25   against the vein wall and hugs the vein wall the whole time

1    that the laser fiber is being pulled back.

2         You'll hear from experts who will explain and also

3    show with images how the defendants' procedures put the fiber

4    in contact with the vein, and each doctor will help fill in

5    different parts of the puzzle.

6         First, Diomed will call to the witness stand

7    Dr. Luis Navarro.  Dr. Navarro will give you some background on

8    the invention and the ten-year journey between when he and his

9    team first started developing this procedure and until today

10   when they're finally getting their day in court.  Dr. Navarro

11   will explain the role of tumescent anesthesia in compressing

12   the vein, draining the blood, and ensuring contact between the

13   vein wall and the fiber tip.

14        Dr. Navarro will also tell you about a series of

15   experiments he did which show that laser treatment involves

16   vein wall contact.  For example, the evidence will show that

17   when he tried treating vein segments using a special device

18   that centers the fiber in the vein and prevents contact between

19   the fiber tip and the vein wall, the procedure didn't work.

20   The vein didn't get damaged the way it typically does during

21   the laser vein treatment, which is what you need in order to

22   have the vein scar and ultimately seal and close.

23        Dr. Navarro will also show how when you put a hot

24   laser fiber tip in contact with the vein wall and you pull it

25   back, you literally burn a trench into the vein wall.  This is