UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

DIOMED, INC.,

     Plaintiff,

v.

TOTAL VEIN SOLUTIONS, LLC,

     Defendant.

Civil Action No. 04-10686 NMG

## <u>NOTICE OF MANUAL FILING</u>

Exhibits I, N, O, Q, R, S, U, V, W, X, Y, FF and GG to Total Vein Solutions'

Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction will be filed under

seal with the clerk of the Court on June 27, 2007 pursuant to the Protective Order entered by the

Court on March 14, 2005 (Docket #19).

Date:  <u>June 27, 2007</u>

Respectfully Submitted,
TOTAL VEIN SOLUTIONS, LLC,
By its attorneys,
    <u>/s/  Merton E. Thompson</u>
Merton E. Thompson
BBO #637056
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

Barden Todd Patterson
(admitted *pro hac vice*)
Henry M. Pogorzelski
(admitted *pro hac vice*)
PATTERSON & SHERIDAN, LLP
3040 Post Oak Boulevard, Suite 1500
Houston, Texas 77056

Tel:  (713) 623-4844
Fax:  (713) 623-4846

Craig V. Depew
(admitted *pro hac vice*)
CLARK, DEPEW & TRACEY, LLP
4400 Louisiana, 16th Floor
Houston, Texas  77002
Tel: (713) 757-1400
Fax: (713) 759-1217
ATTORNEYS FOR DEFENDANT
TOTAL VEIN SOLUTIONS, INC.