IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| DIOMED, INC. | § § | |
| Plaintiff, | § § | Civil Action No. 04-10686 NMG |
| vs. | § § | Judge Nathaniel M. Gorton |
| TOTAL VEIN SOLUTIONS, LLC, | § § § | |
| Defendant. | § | |

## DECLARATION OF DIANA L. DIMAS

I hereby declare under penalties of perjury that the following facts are within my knowledge, and are believed to be true and correct:

1. My name is Diana L. Dimas. I am over the age of twenty-one (21) years. I am a paralegal at Patterson & Sheridan, LLP, which represents Total Vein Solutions, LLC.

2. Exhibit A, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of VSI Materials.

3. Exhibit B, attached Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of Angiodynamics Materials.

4. Exhibit C, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of CoolTouch materials.

5. Exhibit D, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of Dornier MedTech America, Inc.'s website advertising lasers for multiple medical applications, including endovenous laser procedures.

6. Exhibit E, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of Diomed's website describing market shares and other information concerning Diomed, VSI, Angiodynamics, and CoolTouch.

7. Exhibit F, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of the VSI Press Release dated Apr. 12, 2007.

8. Exhibit G, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of the declaration of VSI director of process development, Mr. Jonathan Hammond.

9. Exhibit H attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of Angiodynamics Press Release dated June 6, 2007.

10. Exhibit J, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of TVS's Procedure Pack Catalog.

11. Exhibit K, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of TVS's Laser Fiber and Access Device Catalog.

12. Exhibit L, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of TVS's Surgical Supply Catalog.

13. Exhibit M, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of pages from the website of The Vein Store (procedure packs).

14. Exhibit N, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of pages from the website of ePhlebology (distributing laser fibers from Laser Peripherals, micropuncture kits from Cook Medical).

15. Exhibit O, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of a product list from Cook Medical (misc. "products for varicose vein ablation").

16. Exhibit P, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of pages from the website of Merit Medical.

17. Exhibit Q, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of a product list from Avid Medical.

18. Exhibit R, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of a product list from Professional Hospital Supply.

19. Exhibit S, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of a product list from MedQuest.

20. Exhibit T, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of a webpage from the 2007 International Vein Congress (including The Vein Store, Laser Peripherals, ePhlebology and Cook Medical.

21. Exhibit W, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of instructions for use of The SaphFire™.

22. Exhibit Y, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of 510k FDA Premarket Notification for ▓▓▓▓ fibers (indicating multiple general medical applications).

23. Exhibit Z, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of Diomed Laser Sales Brochure.

24. Exhibit AA, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of Dr. Puglisi's article entitled "Application of the ND-YAG laser in the treatment of varicose syndrome" from the September Edition of Phlebology '89.

25. Exhibit BB, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of an excerpt from the trial transcript of the VSI/Angiodynamics litigation (04-CV-10019, D.I. 233, 128:8-14, 137:22-138:1).

26. Exhibit CC, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of an article by Cohn et al., Ambulatory Phlebectomy Using the Tumescent Technique for Local Anesthesia" from Phlebology (1995).

27. Exhibit DD, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of an article by Proebstle et al., "High Litigation and Stripping of the Long Saphenous Vein Using Tumescent Technique for Local Anesthesia" from Phlebology (Jan. 1998).

28. Exhibit EE, attached to Defendant's Opposition To Plaintiff's Motion For A Preliminary Injunction is a true and correct copy of an excerpt from the trial transcript of the VSI/Angiodynamics litigation (04-CV-10019, D.I. 233, 134:21-25; 135:10-13).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 27th day of June, 2007 at Houston, Texas.

*Diana L. Dimas*