IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>      Defendant. | CIVIL ACTION NO. 04-CV-10686 NMG |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Diomed, Inc. ("Diomed") respectfully requests leave to file the attached reply brief in support of its June 6, 2007 Motion for a Preliminary Injunction (D.I. 47). Diomed believes that the reply is necessary to address arguments that Total Vein Solutions, LLC ("TVS") has raised, including invalidity theories that TVS had not previously articulated. Counsel for TVS have stated that they do not oppose this motion.

                                            Respectfully submitted,

                                            DIOMED, INC.

                                            By its attorneys,

Dated: July 5, 2007                   /s/ Michael A. Albert
                                            Michael A. Albert (BBO #558566)
                                            malbert@wolfgreenfield.com
                                            Michael N. Rader (BBO #646990)
                                            mrader@wolfgreenfield.com
                                            John L. Strand (BBO #654985)
                                            jstrand@wolfgreenfield.com
                                            WOLF, GREENFIELD & SACKS, P.C.
                                            600 Atlantic Avenue
                                            Boston, MA 02210
                                            (617) 646-8000

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Diomed consulted with counsel for defendants, who agreed not to oppose Diomed's motion.

/s/ Michael A. Albert