IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED, INC.,

    Plaintiff,

v.

TOTAL VEIN SOLUTIONS, LLC,

    Defendant.

CIVIL ACTION NO. 04-CV-10686 NMG

### DECLARATION OF DR. LUIS NAVARRO IN SUPPORT OF DIOMED'S MOTION FOR A PRELIMINARY INJUNCTION

1. I, Luis Navarro, M.D., FACS, submit this declaration under penalty of perjury in support of Diomed's motion for a preliminary injunction against Total Vein Solutions, LLC ("TVS"). My background and qualifications are detailed in the declaration that I previously submitted in support of Diomed's motion for a preliminary injunction.

2. I have read Dr. B. Puglisi's 1989 article concerning "Application of the ND-YAG laser in the treatment of varicose syndrome." Dr. Puglisi described a series of laser procedures done in conjunction with tubular ligation (i.e., tying off the vein). Ligation is not a reliable long-term treatment for varicose veins, but it is known to be effective for periods of time. While Dr. Puglisi may have felt that he had achieved satisfactory short-term results using his procedure, one cannot say with any authority whether the results were attributable to the ligation or to the laser treatment.

3. Nor does Dr. Puglisi say anything about long-term results using his procedure. This omission is notable. Many early attempts to treat varicose veins using laser energy yielded favorable results in the short term, but those results did not last.

Dated: July 3, 2007

_____
Luis Navarro, M.D., FACS