UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>　　Defendant. | Civil Action No. 04-10686 NMG |

## DEFENDANT'S MOTION FOR ERIK A. KNOCKAERT
## TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Defendant Total Vein Solutions, LLC ("TVS"), by its counsel Merton E. Thompson, Esq., hereby moves that Attorney Erik A. Knockaert ("Attorney Knockaert"), of the law firm Patterson & Sheridan, LLP, 3040 Post Oak Boulevard Suite 1500, Houston, TX 77056 (phone 713.623.4844; fax 713.623.4846), be allowed to appear on behalf of TVS and practice in this Court in the above-captioned action. As grounds for this Motion, TVS states as follows:

　　1.　　Attorney Knockaert (1) is familiar with the Local Rules of the United States District Court for the District of Massachusetts; (2) is a member in good standing in every jurisdiction where he has been admitted, such jurisdictions including the state bar of Texas, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the Southern District of Texas, and the District of Colorado; and (3) there are no disciplinary proceedings pending against him as a member of the bar in any

jurisdiction. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Knockaert is attached hereto.

2.  Attorney Knockaert is assisting with the defense of this action.

3.  Counsel for TVS has conferred with counsel for plaintiff Diomed, Inc. in good faith to resolve the issues raised by this motion, and counsel for plaintiff has informed counsel for TVS that he has no objection to Attorney Knockaert being admitted *pro hac vice*.

4.  The within motion for admission is brought by TVS's counsel, Merton E. Thompson, a member of the Bar of this Court, who previously filed an appearance in the above-captioned action.

WHEREFORE request is made that this Court admit Attorney Erik A. Knockaert to appear and practice in this Court in the above captioned case.

Respectfully submitted,

TOTAL VEIN SOLUTIONS, LLC,
By its attorneys,

_____
Merton E. Thompson
BBO #637056
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

Dated: December 4, 2007

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for Total Vein Solutions, LLC, hereby certifies that counsel for TVS has conferred with plaintiff's counsel in a good faith effort to resolve or narrow any issues related to this Motion.

_____
Merton E. Thompson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>Defendant. | Civil Action No. 04-10686 NMG |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's Motion for Erik A. Knockaert to Appear *Pro Hac Vice* pursuant to Local Rule 7.1 and Rule 83.5.3 Certificate Erik A. Knockaert was served on December 4, 2007, via overnight mail, upon the following counsel of record.

    Michael A. Albert
    Michael N. Rader
    John L. Strand
    WOLF, GREENFIELD & SACKS, P.C.
    600 Atlantic Avenue
    Boston, MA 02210

Attorney for Defendant Total Vein Solutions, LLC.

                                            Merton E. Thompson
                                            BBO #637056
                                            Burns & Levinson LLP
                                            125 Summer Street
                                            Boston, MA 02110
                                            Tel: (617) 345-3000
                                            Fax: (617) 345-3299

Dated: December 4, 2007

J:\Docs\27502\00000\01196743.DOC

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>　　　　Defendant. | Civil Action No. 04-10686 NMG |

### RULE 83.5.3. CERTIFICATE OF ERIK A. KNOCKAERT

I, Erik A. Knockaert, hereby certify as follows:

1.　　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2.　　I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the state bar of Texas, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the Southern District of Texas, and the U.S. District Court for the District of Colorado.

3.　　As far as I know, there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Signed under the penalties of perjury this 4th day of December 2007.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Erik A. Knockaert

J:\Docs\27502\00000\01196743.DOC