UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>    Defendant. | Civil Action No. 04-10686 NMG |

## SUGGESTION OF BANKRUPTCY

Defendant, Total Vein Solutions, by its counsel, suggests as a matter of record that, on January 17, 2008, Total Vein Solutions, LLC filed a Chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas, which is pending as Chapter 11 Case No. 08-30203. Accordingly, the automatic stay of 11 U.S.C. § 362 is in effect and this action is stayed as a matter of law.

    Respectfully submitted,

    TOTAL VEIN SOLUTIONS, LLC,
    By its attorneys,

    /s/Merton E. Thompson
    Merton E. Thompson
    BBO #637056
    Burns & Levinson LLP
    125 Summer Street
    Boston, MA 02110
    Tel: (617) 345-3000
    Fax: (617) 345-3299

Dated: January 18, 2008

J:\Docs\27502\00000\01209591.DOC