AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF _Massachusetts_

## APPEARANCE

CASE NUMBER: 04-10686 NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Total Vein Solutions_

1/15/08
*Date*

_Anne C Pareti_
*Signature*

Anne C Pareti
*Print Name*

Burns & Levinson LLP    125 Summer St
*Address*

Boston         MA         02110
*City*         *State*    *Zip Code*

617-345-3732
*Phone Number*