AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Massachusetts

Diomed Inc

v.

Total Vein Solutions, LLC

APPEARANCE

CASE NUMBER: 04-10686

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Diomed, Inc.

1/18/08
Date

_Signature_

Charles Steenburg
Print Name

Wolf Greenfield + Sacks
600 Atlantic Ave
Address

Boston
City          State          Zip Code

617-646-8265
Phone Number