IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOTAL VEIN SOLUTIONS, LLC, <br><br> Defendant. | CIVIL ACTION NO. 04-CV-10686 NMG |

## DIOMED'S MOTION TO IMPOUND

Pursuant to Local Rule 7.2 and paragraph 7 of the Stipulated Protective Order (D.I. 19) entered by Judge Stearns in this case on March 14, 2005, Plaintiff Diomed, Inc. ("Diomed") respectfully requests that the Court impound the following materials being filed in connection with Diomed's motion for Leave to Amend Its Complaint by Adding David S. Centanni and Tyrell L. Schiek:

- Memorandum in Support of Diomed's Motion for Leave to Amend Its Complaint by Adding David S. Centanni and Tyrell L. Schiek as Defendants; and

- Exhibits D, E, G, H, I, J, and K to the Declaration of Charles T. Steenburg in Support of Diomed's Motion for Leave to Amend Its Complaint by Adding David S. Centanni and Tyrell L. Schiek as Defendants.

The specified exhibits to the Steenburg declaration have been designated CONFIDENTIAL – ATTORNEYS' EYES ONLY by TVS pursuant to the Protective Order. The memorandum in support of Diomed's motion discusses the contents of these documents, which concern TVS's sales and internal business operations.

Diomed respectfully requests that the impoundment order remain in effect until sixty days following settlement or final judgment (including exhaustion of all appeals), at which time the impounded documents may be released into the custody of counsel for TVS.

                                                            Respectfully submitted,
                                                            DIOMED, INC.,
                                                            By its attorneys,

Dated: February 19, 2008                    /s/ Michael N. Rader
                                                      Michael A. Albert (BBO #558566)
                                                      malbert@wolfgreenfield.com
                                                      Michael N. Rader (BBO #646990)
                                                      mrader@wolfgreenfield.com
                                                      WOLF, GREENFIELD & SACKS, P.C.
                                                      600 Atlantic Avenue
                                                      Boston, MA 02210
                                                      (617) 646-8000

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Diomed consulted with Henry Pogorzelski, Esq., counsel for TVS, who stated that he was not sure of his authority to consent to the motion given TVS's status in bankruptcy. The undersigned was unable to secure consent from Mr. Centanni and Ms. Schiek, as their counsel (if any) is unknown. Mr. Pogorzelski confirmed that his firm was not representing Mr. Centanni and Ms. Schiek in their individual capacities.

                                                                /s/ Michael N. Rader

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

The confidential materials referenced above are being filed with the Court in paper copy pursuant to Local Rule 7.2. Copies of these confidential materials were served upon counsel for TVS as indicated below:

| **Via First Class Mail** | **Via Hand Delivery** |
|---|---|
| Barden Todd Patterson<br>Henry M. Pogorzelski<br>Patterson & Sheridan, L.L.P.<br>3040 Post Oak Boulevard<br>Suite 1500<br>Houston, TX 77056 | Merton E. Thompson<br>Anne C. Pareti<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110 |

Copies of the confidential materials were previously served by first class mail upon David S. Centanni and Tyrell L. Schiek at the addresses below on February 1, 2008 pursuant to Fed. R. Civ. P. 5(b) and D. Mass. L.R. 15.1. A copy of Diomed's motion to impound was served on Centanni and Schiek by first class mail on February 19, 2008:

| **David Centanni** | **Tyri Schiek** |
|---|---|
| c/o Total Vein Solutions | c/o Total Vein Solutions |
| 901 Yale Street | 901 Yale Street |
| Houston, TX  77008 | Houston, TX  77008 |

/s/ Michael N. Rader