IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED, INC.,

    Plaintiff,

v.

TOTAL VEIN SOLUTIONS, LLC,

    Defendant.

Civil Action No. 04-CV-10686-NMG

**MOTION FOR LEAVE TO AMEND COMPLAINT BY ADDING
DAVID S. CENTANNI AND TYRELL L. SCHIEK AS DEFENDANTS**

Pursuant to Fed. R. Civ. P. 15, D. Mass. L.R. 15.1, and the permission granted by the Court at the hearing held January 18, 2008, Diomed requests leave to file an amended complaint adding David S. Centanni and Tyrell L. Schiek as defendants in this action.  A copy of Diomed's Proposed Amended Complaint is submitted concurrently herewith as Exhibit A.  The grounds for this motion are described in the accompanying memorandum of law.

**CERTIFICATION PURSUANT TO D. Mass. L.R. 15.1(b)**

This motion was served on David S. Centanni and Tyrell L. Schiek in the manner authorized by Fed. R. Civ. P. 5(b) at least ten (10) days in advance of filing.  The motion and all supporting papers were sent to Centanni and Schiek by first class mail on February 1, 2008.

    Respectfully submitted,

    DIOMED, INC.,

    By its attorneys,

Dated: <u>February 19, 2008</u>          <u>/s/ Michael N. Rader</u>
    Michael A. Albert (BBO #558566)
    malbert@wolfgreenfield.com
    Michael N. Rader (BBO #646990)

mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

### CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.  David S. Centanni and Tyrell L. Schiek were previously served by first class mail to the addresses below pursuant to Fed. R. Civ. P. 5(b) and D. Mass. L.R. 15.1.

| **David Centanni** | **Tyri Schiek** |
|---|---|
| c/o Total Vein Solutions | c/o Total Vein Solutions |
| 901 Yale Street | 901 Yale Street |
| Houston, TX  77008 | Houston, TX  77008 |

/s/ Michael N. Rader