IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOTAL VEIN SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No. 04-CV-10686-NMG |

**MEMORANDUM OF LAW IN SUPPORT OF DIOMED'S MOTION
FOR LEAVE TO AMEND ITS COMPLAINT BY ADDING
DAVID S. CENTANNI AND TYRELL L. SCHIEK AS DEFENDANTS**

FILED UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER
(D.I. 19) ENTERED IN THIS CASE ON MARCH 14, 2005