IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>　　　　Defendant. | Civil Action No. 04-CV-10686-NMG |

**DECLARATION OF CHARLES T. STEENBURG IN SUPPORT OF DIOMED'S
MOTION FOR LEAVE TO AMEND ITS COMPLAINT BY ADDING
<u>DAVID S. CENTANNI AND TYRELL L. SCHIEK AS DEFENDANTS</u>**

1.　　I, Charles T. Steenburg, an associate at Wolf, Greenfield & Sacks, P.C., attorneys for Diomed, Inc. in the above captioned matter, state as follows:

2.　　Attached hereto as Exhibit A is a true and accurate copy of Total Vein Solutions, LLC's Bankruptcy Petition as filed with the United States Bankruptcy Court for the Southern District of Texas, Houston Division on January 17, 2008.

3.　　Attached hereto as Exhibit B is a true and accurate copy of Total Vein Solutions, LLC's Statement of Financial Affairs as filed with the United States Bankruptcy Court for the Southern District of Texas, Houston Division on January 17, 2008.

4.　　Attached hereto as Exhibit C is a disc containing a true and accurate copy of a video clip captured from http://www.youtube.com.

5.　　Attached hereto as Exhibit D are true and accurate copies of select pages from the Deposition of Randolph Puddu taken on December 12, 2007 in this matter. [FILED UNDER SEAL]

6. Attached hereto as Exhibit E are true and accurate copies of select pages from the Deposition of Kala Osenbaugh taken on December 12, 2007 in this matter. [FILED UNDER SEAL]

7. Attached hereto as Exhibit F are true and accurate copies of select pages from Defendant Total Vein Solutions' Response to Plaintiff Diomed's First Interrogatories in this matter.

8. Attached hereto as Exhibit G are true and accurate copies of production pages labeled TVS 20081-TVS 20082 in this matter. [FILED UNDER SEAL]

9. Attached hereto as Exhibit H is a true and accurate copy of a production page labeled TVS 20088 in this matter. [FILED UNDER SEAL]

10. Attached hereto as Exhibit I is a true and accurate copy of a production page labeled TVS 20200 in this matter. [FILED UNDER SEAL]

11. Attached hereto as Exhibit J are true and accurate copies of pages printed from a native-format document produced by Total Vein Solutions, LLC as part of TVS 22770. [FILED UNDER SEAL]

12. Attached hereto as Exhibit K are true and accurate copies of select pages from the Deposition of David Centanni taken on December 11, 2007 in this matter. [FILED UNDER SEAL]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2008

/s/ Charles T. Steenburg_____
Charles T. Steenburg

## CERTIFICATE OF SERVICE

I certify that this document and exhibits A, B, and F are being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

I further certify that on February 19, 2008, true copies of exhibits C, D, E, G, H, I, J, and K were served upon counsel for TVS as indicated below:

| **Via First Class Mail** | **Via Hand Delivery** |
|---|---|
| Barden Todd Patterson<br>Henry M. Pogorzelski<br>Patterson & Sheridan, L.L.P.<br>3040 Post Oak Boulevard<br>Suite 1500<br>Houston, TX 77056<br>tpatterson@pattersonsheridan.com<br>hpogorzelski@pattersonsheridan.com | Merton E. Thompson<br>Anne C. Pareti<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110<br>mthompson@burnslev.com<br>apareti@burnslev.com |

I further certify that true copies of this declaration and all exhibits were served by first class mail on David S. Centanni and Tyrell L. Schiek at the addresses below on February 1, 2008 pursuant to Fed. R. Civ. P. 5(b) and D. Mass. L.R. 15.1:

| **David Centanni** | **Tyri Schiek** |
|---|---|
| c/o Total Vein Solutions<br>901 Yale Street<br>Houston, TX  77008 | c/o Total Vein Solutions<br>901 Yale Street<br>Houston, TX  77008 |

/s/ Michael N. Rader