IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED, INC.,

Plaintiff,

v.

TOTAL VEIN SOLUTIONS, LLC,

Defendant.

Civil Action No. 04-CV-10686-NMG

**EXHIBIT G TO THE DECLARATION OF CHARLES T. STEENBURG  IN SUPPORT OF DIOMED'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT BY ADDING DAVID S. CENTANNI AND TYRELL L. SCHIEK AS DEFENDANTS**

FILED UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER
(D.I. 19) ENTERED IN THIS CASE ON MARCH 14, 2005