IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>   Defendant. | Civil Action No. 04-CV-10686-NMG |

**EXHIBIT J TO THE DECLARATION OF CHARLES T. STEENBURG IN SUPPORT OF DIOMED'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT BY ADDING <u>DAVID S. CENTANNI AND TYRELL L. SCHIEK AS DEFENDANTS</u>**

FILED UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER
(D.I. 19) ENTERED IN THIS CASE ON MARCH 14, 2005