IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>　　　　Defendant. | Civil Action No. 04-CV-10686-NMG |

## NOTICE OF MANUAL FILING

The following documents were filed under seal with the clerk of the Court on February 19, 2008 pursuant to the Protective Order (D.I. 19) entered by the Court on March 14, 2005:

- Memorandum in Support of Diomed's Motion for Leave to Amend Its Complaint by Adding David S. Centanni and Tyrell L. Schiek as Defendants

- Exhibits D, E, G, H, I, J and K to the Declaration of Charles T. Steenburg in Support of Diomed's Motion for Leave to Amend Its Complaint by Adding David S. Centanni and Tyrell L. Schiek as Defendants ("Steenburg Declaration").

A redacted version of Diomed's memorandum is being filed via the Court's ECF system.

In addition, Exhibit C (a digital video disc) to the Steenburg Declaration has been manually filed with the Court on February 19, 2008 and is available in disc form only.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　DIOMED, INC.,
　　　　　　　　　　　　　　　　　　　By its attorneys,


Dated: February 19, 2008　　　　　　　　/s/ Michael N. Rader
　　　　　　　　　　　　　　　　　　　Michael A. Albert (BBO #558566)
　　　　　　　　　　　　　　　　　　　malbert@wolfgreenfield.com
　　　　　　　　　　　　　　　　　　　Michael N. Rader (BBO #646990)
　　　　　　　　　　　　　　　　　　　mrader@wolfgreenfield.com
　　　　　　　　　　　　　　　　　　　WOLF, GREENFIELD & SACKS, P.C.
　　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　(617) 646-8000

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                            /s/ Michael N. Rader