# EXHIBIT D

Case 1:04-cv-10686-NMG   Document 79-5   Filed 03/04/2008   Page 1 of 3



DIOMED

DIOMED HOLDINGS, INC. (AMEX: DIO)

*Leadership in Minimally Invasive Medical Procedures*

V 110907

## Laser Competitive Set*

| | Diomed | Angio | Vasc | CoolTouch |
|---|---|---|---|---|
| Own EVLT® IP | Yes | No | No | No |
| FDA approval | 1st | 3rd | 5th | 6th |
| Market entry | 1st | 2nd | 5th | 6th |
| Market share | 1st | 2nd | 3rd | 4th – 5th |
| Laser placements | >1,250 | 510 ± | 215 ± | 125 ± |
| EVLT® Focus | Primary | < 10% | < 15% | Small/Growing |

*Excludes minor participants: Biolitec, Dornier and Total Vein Solutions

EVLT® by DIOMED