UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>Defendant. | Civil Action No. 04-10686 NMG |

**DEFENDANT'S MOTION FOR KEITH JAASMA
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Defendant Total Vein Solutions, LLC ("TVS"), by its counsel Merton E. Thompson, Esq., hereby moves that Attorney Keith Jaasma ("Attorney Jaasma"), of the law firm Patterson & Sheridan, LLP, 3040 Post Oak Boulevard Suite 1500, Houston, TX 77056 (phone 713.623.4844; fax 713.623.4846), be allowed to appear specially to represent David S. Centanni and Tyrell L. Schiek and practice in this Court in the above-captioned action. As grounds for this Motion, TVS states as follows:

1. Attorney Jaasma (1) is familiar with the Local Rules of the United States District Court for the District of Massachusetts; (2) is a member in good standing in every jurisdiction where he has been admitted, such jurisdictions including the state bar of Texas, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the Southern District of Texas, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Supreme Court; and (3) there are no disciplinary proceedings

pending against him as a member of the bar in any jurisdiction. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Jaasma is attached hereto.

2. Attorney Jaasma is assisting with the defense of this action, for the limited purpose of representing David S. Centanni and Tyrell L. Schiek, especially for the purpose of contending lack of personal jurisdiction.

3. By appearing in this case, Attorney Jaasma does not intend to waive the personal jurisdiction defense of David S. Centanni and Tyrell L. Schiek. Attorney Jaasma will sufficiently inform the Court of the bases of the defendants' challenges to personal jurisdiction, as stated in Defendant's Opposition to Plaintiff's Motion to Amend its Complaint by Adding David S. Centanni and Tyrell L. Schiek as Defendants, previously filed on March 4, 2008, Docket #79.

4. Counsel for TVS has conferred with counsel for plaintiff Diomed, Inc. in good faith to resolve the issues raised by this motion, and counsel for plaintiff has informed counsel for TVS that he has no objection to Attorney Jaasma being admitted *pro hac vice*.

5. The within motion for admission is brought by TVS's counsel, Merton E. Thompson, a member of the Bar of this Court, who previously filed an appearance in the above-captioned action.

WHEREFORE request is made that this Court admit Attorney Keith Jaasma to appear and practice in this Court in the above captioned case.

           Respectfully submitted,

           TOTAL VEIN SOLUTIONS, LLC,
           By its attorneys,

           /s/ Merton E. Thompson
           Merton E. Thompson
           BBO #637056
           Burns & Levinson LLP
           125 Summer Street
           Boston, MA 02110
           Tel: (617) 345-3000
           Fax: (617) 345-3299

Dated: May 13, 2008

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for Total Vein Solutions, LLC, hereby certifies that counsel for TVS has conferred with plaintiff's counsel in a good faith effort to resolve or narrow any issues related to this Motion.

           /s/ Merton E. Thompson
           Merton E. Thompson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOTAL VEIN SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No. 04-10686 NMG |

### RULE 83.5.3. CERTIFICATE OF KEITH JAASMA

I, Keith Jaasma, hereby certify as follows:

1.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2.    I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the state bar of Texas, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the Southern District of Texas, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Supreme Court.

3.    As far as I know, there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Signed under the penalties of perjury this 12th day of May 2008.

_____
Keith Jaasma

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>Defendant. | Civil Action No. 04-10686 NMG |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's Motion for Keith Jaasma to Appear *Pro Hac Vice* pursuant to Local Rule 7.1 and Rule 83.5.3 Certificate of Keith Jaasma was served on May 13, 2008, via overnight mail, upon the following counsel of record.

    Michael A. Albert
    Michael N. Rader
    John L. Strand
    WOLF, GREENFIELD & SACKS, P.C.
    600 Atlantic Avenue
    Boston, MA 02210

Attorney for Defendant Total Vein Solutions, LLC.

                                            /s/ Merton E. Thompson
                                            Merton E. Thompson
                                            BBO #637056
                                            Burns & Levinson LLP
                                            125 Summer Street
                                            Boston, MA 02110
                                            Tel: (617) 345-3000
                                            Fax: (617) 345-3299

Dated: May 13, 2008