AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

## APPEARANCE

DIOMED, INC., v. TOTAL VEIN SOLUTIONS, LLC          Case Number:  04-10686 NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
TOTAL VEIN SOLUTIONS, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/19/2008 | *[signature]* |
| Date | Signature |
| | Diane A.D. Noel, Esq.  —  656430 |
| | Print Name / Bar Number |
| | Burns & Levinson LLP - 125 Summer Street |
| | Address |
| | Boston, MA 02110 |
| | City / State / Zip Code |
| | (617) 345-3000  /  (617) 345-3299 |
| | Phone Number / Fax Number |