UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOTAL VEIN SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No. 04-10686 NMG |

## PROPOSED ORDER

The Court has reviewed Defendants David S. Centanni and Tyrell L. Schiek's Motion to Dismiss for Lack of Personal Jurisdiction or for Improper Venue, the exhibits, any response or reply, and the arguments of counsel and is of the opinion that that motion should be GRANTED. Venue in this district for Diomed's patent claims against Centanni and Schiek is improper under 28 U.S.C. § 1400(b). Accordingly, Diomed's claims against Centanni and Schiek are DISMISSED.

_____
Nathaniel M. Gorton,
United States District Judge