UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC,<br><br>    Defendant. | Civil Action No. 04-10686 NMG |

**DEFENDANTS DAVID S. CENTANNI'S AND TYRELL L. SCHIEK'S MOTION FOR LEAVE TO FILE A REPLY BRIEF TO DIOMED'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR FOR IMPROPER VENUE**

Defendants David S. Centanni ("Centanni") and Tyrell L. Schiek ("Schiek") hereby move for leave to file a reply brief to Diomed's opposition to their motion to dismiss for lack of personal jurisdiction and improper venue pursuant to Federal Rule of Civil Procedure 12(b)(2) and (3). It is necessary for Centanni and Schiek to file a reply brief to respond to Diomed's arguments (1) that Centanni and Schiek have waived their 12(b)(3) motion to dismiss for improper venue (2) that this district is a proper venue for patent claims against Centanni and Schiek individually since they have ownership of and control over TVS, even though there are no allegations in the complaint that Centanni and Schiek are alter egos of TVS; and (3) that the doctrine of "pendent venue" makes venue over the Centanni and Schiek appropriate. These arguments were not anticipated by Centanni and Schiek in their opening brief. The proposed Reply is filed herewith.

For the foregoing reason, Centanni and Schiek's motion for leave to amend should be granted.

Date: September 12, 2008          Respectfully Submitted,

TOTAL VEIN SOLUTIONS, LLC,
By its attorneys,

     /s/ **Merton Thompson**
Merton E. Thompson
BBO #637056
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

Barden Todd Patterson
(admitted *pro hac vice*)
Henry M. Pogorzelski
(admitted *pro hac vice*)
Keith Jaasma
(admitted *pro* hac vice).
PATTERSON & SHERIDAN, LLP
3040 Post Oak Boulevard, Suite 1500
Houston, Texas 77056
Tel: (713) 623-4844
Fax: (713) 623-4846

Craig V. Depew
(admitted *pro hac vice*)
CLARK, DEPEW & TRACEY, LLP
4400 Louisiana, 16th Floor
Houston, Texas 77002
Tel: (713) 757-1400
Fax: (713) 759-1217

ATTORNEYS FOR DEFENDANT
TOTAL VEIN SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this *Defendants David S. Centanni and Tyrell L. Schiek's Motion For Leave to File A Reply Brief to Diomed's Opposition to Platintiff's Motion to Dismiss for Lack of Personal Jurisdiction or Improper Venue* to be served through the ECF system and by electronic mail upon the following counsel of record:

        Michael A. Albert
        Michael N. Rader
        John L. Strand
        WOLF, GREENFIELD & SACKS, P.C.
        600 Atlantic Avenue
        Boston, Massachusetts 02210
        Tel: (617) 646-8000
        Fax: (617) 646-8646

        ATTORNEYS FOR PLAINTIFF DIOMED, INC.

          /s/ Diane Noel